Merry-Water Farms, Inc.,
          Plaintiff,

          v.                                          Case No.

Agri-Services Agency, LLC,
Great American Alliance Insurance Co.,
and
Westfield Insurance Co.,
          Defendants.

## NOTICE OF REMOVAL

Defendant Great American Alliance Insurance Company, by and through the undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files its Notice of Removal of the action styled *Merry-Water Farms, Inc. v. Agri-Services Agency, LLC, et al.*, Case No. 2025CV345, from the Walworth County Circuit Court to the U.S. District Court for the Eastern District of Wisconsin, Milwaukee Division. The grounds for removal are as follows:

### I.      The State Court Action

1.      Plaintiff Merry-Water Farms, Inc. ("Merry-Water") commenced the underlying action on April 2, 2025, when it filed its Summons and Complaint in the Walworth County Circuit Court, styled *Merry-Water Farms, Inc. v. Agri-Services Agency*, Case No. 2025CV345 (the "State Court Action"). The initial Complaint named Merry-Water as the plaintiff and Agri-Services Agency, LLC; Jordan Wollenberg; and

fictitious ABC Insurance Company, as defendants. A true and correct copy of the Complaint is included as Exhibit A attached hereto.

2.      On January 13, 2026, Merry-Water filed an Amended Complaint which removed Jordan Wollenberg as a defendant and named as defendants for the first time Great American Alliance Insurance Co. ("Great American") and Westfield Insurance Company. The Amended Complaint alleged cases of action for professional malpractice and reformation. A true and correct copy of the Amended Complaint is included as Exhibit E attached hereto.

3.      Merry-Water served the Amended Complaint on Great American via an admission of service which provided a date of service of February 9, 2026, and which stipulated to an answer deadline of March 26, 2026. A true and correct copy of the Admission of Service is included as Exhibit F attached hereto.

4.      Great American has not yet filed an answer to the State Court Action, and no answer is required to be filed until March 26, 2026. Neither Agri-Services Agency, LLC nor Westfield Insurance Company have yet filed answers to the Amended Complaint.

## II.    Grounds for Removal

5.      This action is properly removed to this Court pursuant to 28 U.S.C. § 1441. There is complete diversity of citizenship between Merry-Water and all defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1). Pursuant to 28 U.S.C. § 1446(b), Great American timely filed this Notice of Removal within one year of the filing of the Complaint and

within thirty days of Great American's receipt through service of a pleading or other paper in which Great American could ascertain that the case is one which is removable.

### III. Procedural Requirements for Removal

6. The Complaint was served on Great American on February 9, 2026. Therefore, the removal of this action is timely in accordance with 28 U.S.C. § 1446(b) because the Notice of Removal was filed within thirty days of Great American's receipt of Merry-Water's Complaint. *See* 28 U.S.C. § 1446(b).

7. Under 28 U.S.C. § 1446(b), all defendants who have been properly joined and served must consent to removal. Defendant Agri-Services Agency, LLC, by undersigned counsel, consents to removal. So far as Great American is aware, Defendant Westfield Insurance Company has not yet been properly joined and served, and so its consent is not necessary for removal.

8. Pursuant to 28 U.S.C. § 1446(a), copies of process, pleadings, motions, and orders that have been filed in the State Court Action are attached hereto as Exhibits A–F. A true and correct copy of the State Court Docket Sheet reflecting all filings to date is attached hereto as Exhibit G.

9. Venue is proper in this Court pursuant to 28 U.S.C. §§ 130, 1391, 1441(a), and 1446(a) because this action was filed in the Walworth County Circuit Court, which is within the territory of the Eastern District of Wisconsin.

10. No previous application has been made for the requested relief.

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on all other parties to this action, and a copy is being filed with the Walworth County Circuit Court.

12. Great American has submitted the required filing fee to the Clerk of Court.

13. By filing this Notice of Removal, Great American does not waive any defense that may be available to it.

14. If any question arises regarding the propriety of the removal of this action, Great American respectfully requests the opportunity to present a brief and/or oral argument in support of its position that this case is removeable.

## A. Diversity of Citizenship

15. This is an action with complete diversity of citizenship between Merry-Water and all defendants. This Court has original jurisdiction over the State Court Action under federal diversity jurisdiction, 28 U.S.C. § 1332, which provides, in relevant part:

> The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between —
>
> (1) citizens of different States.

28 U.S.C. § 1332(a)(1).

16. Plaintiff Merry-Water Farms, Inc. is a corporation registered under the laws of Wisconsin with its principal place of business at N1240 Hillside Road, Lake Geneva, Wisconsin 53149.

17.    Defendant Agri-Services Agency, LLC is a limited liability company organized under the laws of New York, with its principal place of business located at 5001 Brittonfield Parkway, East Syracuse, New York 13057.

18.    Defendant Westfield Insurance Company is an insurance company organized under the laws of Ohio, with its principal place of business located at One Park Circle, Westfield Center, Ohio 44251.

### B.    *Amount in Controversy*

19.    The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a). A removing defendant must show "what the plaintiff hopes to get out of the litigation," and "if this exceeds the jurisdictional amount, then the case proceeds in federal court unless a rule of law will keep the award under the threshold." *Rising-Moore v. Red Roof Inns, Inc.*, 435 F.3d 813, 816 (7th Cir. 2006); *see also Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 449 (7th Cir. 2005) ("The demonstration concerns what the plaintiff is claiming (and thus the amount in controversy between the parties), not whether plaintiff is likely to win or be awarded everything he seeks.").

20.    The Complaint alleges that "Merry-Water Farms has suffered damages in an amount not less than $250,000." (Ex. 33 at 8, ¶40). This amount exceeds the $75,000 amount-in-controversy requirement for diversity jurisdiction.

## IV.    Notice

21.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Walworth County Circuit Court and is being served on all other parties to this action.

## V.    Conclusion

Defendant Great American hereby removes this case from the Walworth County Circuit Court, where it is now pending, to this Court and respectfully requests that this Court assume full jurisdiction of this action and place this action upon the docket of the Court for further proceedings.

Dated: February 17, 2026

Respectfully submitted,

MEISSNER TIERNEY FISHER & NICHOLS S.C.

*/s/ Michael J. Cohen*
Michael J. Cohen (SBN 1017787)
mjc@mtfn.com
Caleb R. Gerbitz (SBN 1122558)
crg@mtfn.com
111 E. Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202
Tel: (414) 273-1300
Fax: (414) 273-5840

*Counsel for Defendants*
*Agri-Services Agency, LLC and*
*Great American Alliance Insurance Co.*

FILED
05-02-2025
Walworth County
Clerk of Circuit Court
2025CV000345
Honorable Daniel S.
Johnson
Branch 2

STATE OF WISCONSIN      CIRCUIT COURT      WALWORTH COUNTY

MERRY-WATER FARMS, INC
N1240 HILLSIDE ROAD
LAKE GENEVA, WI 53147

                 PLAINTIFF,

v.

                                     CASE NO. 2025-CV
                                     CASE CODE:  30301, 30301
                                     Money Judgment
                                     Other – Contracts

AGRI-SERVICES AGENCY
5001 Brittonfield Parkway
East Syracuse, New York 13057

JORDAN WOLLENBERG
687 W Main Street
Evansville, WI 53536

ABC INSURANCE COMPANY

                 DEFENDANTS.

---

## SUMMONS

---

THE STATE OF WISCONSIN, to each person named above as a defendant:

       You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you.  The Complaint, which is attached, states the nature and basis of the legal action.

       Within 45 days of receiving this Summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Complaint.  The Court may reject or disregard an answer that does not follow the requirements of the statutes.  The answer must be sent or delivered to the court, whose address is Clerk of Circuit Court, 100 W. Walworth Street, Elkhorn, WI 53121, and to Axley Brynelson LLP, 2620 N. Pontiac Drive, Janesville, WI 53545, Plaintiffs' attorneys.  You may have an

EXHIBIT
A

attorney help or represent you. If you require the assistance of auxiliary aids or services because of a disability, call (608) 266-4678 (TDD 608-266-9138) and ask for the court ADA Coordinator.

If you do not provide a proper answer within 45 days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 2nd day of May, 2025.

AXLEY BRYNELSON, LLP

*Electronically signed by Adam J. Dassow*
Adam J. Dassow, SBN: 1051384
Attorneys for Plaintiff
2620 N. Pontiac Drive
Janesville, WI 53545
Phone: (608) 754-1800
Fax: (608) 754-1900
adassow@axley.com

**FILED**
**05-02-2025**
**Walworth County**
**Clerk of Circuit Court**
**2025CV000345**
**Honorable Daniel S.**
**Johnson**
**Branch 2**

STATE OF WISCONSIN    CIRCUIT COURT    WALWORTH COUNTY

MERRY-WATER FARMS, INC
N1240 HILLSIDE ROAD
LAKE GENEVA, WI 53147

          PLAINTIFF,

v.

                          CASE NO.: 2025-CV-
                          CASE CODE:  30301, 30301
                              Money Judgment
                              Other – Contracts

JORDAN WOLLENBERG
ABC INSURANCE COMPANY

            DEFENDANT.

---

## COMPLAINT

---

      The Plaintiff, Merry-Water Farms, Inc., (hereinafter referred to as "Merry-Water") by its attorneys, Axley Brynelson, LLP, by Attorney Adam J. Dassow, states the following as a complaint against Defendant, Westfield Insurance Company (hereinafter referred to as "Westfield"):

      1.        Merry-Water Farms, Inc. is a Wisconsin corporation with a principal place of business of N1240 Hillside Drive, Delavan, Lake Geneva, WI 53147, and a registered agent of Brad Kauer located at 5154 State Road 50, Delavan, WI 53115.

      2.        Agri-Services Agency is a foreign insurance corporation with principal offices located at 5001 Brittonfield Parkway, East Syracuse, New York 13057. Agri-Services does not appear in the Wisconsin Commission Insurance Agency look up as being authorized to do business in Wisconsin, but, on information and belief, operates in this state under the license of one of its authorized agents.

3.       At all material times, Jordan Wollenberg was an agent for Agri-Servies Agency and held himself out as an expert in agricultural farm insurance needs, specifically for addressing the needs of for property coverage applying to dwellings, farm buildings, other structures, etc.

4.       In early March of 2022, Merry Water Farms inquired about obtaining Farm insurance from Agri-services Agency.

5.       On or around late March 18, 2022, Jordan Wollenberg met with Merry Water Farms' agents to discuss their insurance needs.

6.       After multiple inspections of the property, Wollenburg advised Merry Water Farms that insurance would be issued for the Property.

7.       On April 25, 2022, Merry Waters sent signed applications for insurance to Jordan Wollenberg.

8.       The application for insurance included coverage for a 60x80 workshop located on the farm. Coverage was requested for $250k with a $25k deductible.

9.       Wollenburg then forwarded Merry Waters' application for insurance to Steven Lewis at Gannon Associates, who then in turn forwarded it to Westfield Insurance.

10.      On May 1, 2022, Westfield bound insurance coverage to Merry Water.

11.      Subsequent to the insurance being issued, Westfield Insurance Company raised concerns with the condition of the Workshop and the coverage that was extended, or to be extended, to that building.

12.      On May 19, 2022, Westfield Insurance sent a letter to Merry Water Farms with suggested courses of action to mitigate risks. The letter did not indicate that a failure to take action would result in a denial of coverage to Merry Water Farms for the Workshop.

13.     On May 23, 2022, at 11:43 am, Greg Kirkham at Westfield Insurance emailed Steven Lewis at Gannon and Associates and informed him that Westfields' Risk Control office was concerned about the condition of, *inter alia*, the workshop. In the email, Greg advised Steven Lewis that Westfield would not have issued coverage but since they were bound to do so, they would issue the policy and immediately send a notice of cancellation.

14.     Neither Steven Lewis nor Jordan Wollenberg informed Merry Water Farms that a failure to complete the "risk management recommendations" would result in a denial of coverage.

15.     Never the less, Merry Water Farms did complete the "risk management recommendations" and notified Jordan Wollenberg of their completion and provided proof of the completion to Wollenberg.

16.     Wollenberg apparently sent that information to Westfield Insurance, but, on information and belief, never formally requested that the Workshop be included on the policy.

17.     On information and belief, anyone from Wollenberg's agency could have added the building at any point in time via the Wescom system but that was never done.

18.     Wollenburg failed to notify Merry Water Farms of Westfield's decision not to insure the building.

19.     Merry Water operated under the assumption that because it had complied with the terms of the insurance, insurance had been provided for all of its farm structures pursuant to the policy.

20.     On June 22, 2024, the 60x80 mechanic shop located on the Merry-Water insured property was totally damaged by a covered cause of loss under the policy.

21.      On or around August 2024, Westfield denied the claim under the policy because the Workshop was not a covered building under the policy.

## CLAIM I

22.      Plaintiff restates and incorporates by reference all preceding paragraphs as if fully set forth herein.

23.      Jordan Wollenberg had a duty to exercise the reasonable care in performance of his duties in procuring insurance on behalf of Merry Water Farms.

24.      Wollenberg was negligent in his duties in that he failed to notify Merry Water Farms that insurance coverage would not be extended to the workshop, or in the alternative that coverage was cancelled for the workshop.

25.      As a direct result of Wollenberg's negligence, Merry Water Farms has suffered damages in that the Workshop would have been covered against property damage in an amount of at least $250,000 of the initial coverage requested.

26.      At all times material, Wollenberg was an employee of Agri-Services Agency.

27.      Agri-Services Agency is liable for the negligent actions of its employees under the doctrine of respondeat superior.

28.      At all times material, Wollenberg was an employee or agent of ABC Company.

29.      ABC company is liable for the negligent actions of its employees or agents under the doctrine of respondeat superior.

Dated this 2nd day of May, 2025

AXLEY BRYNELSON, LLP

*Electronically signed by Adam J. Dassow*
Adam J. Dassow, SBN: 1051384

Attorneys for Plaintiff
2620 N. Pontiac Drive
Janesville, WI 53545
Phone: (608) 754-1800
Fax: (608) 754-1900
adassow@axley.com

**FILED**
**06-16-2025**
**Walworth County**
**Clerk of Circuit Court**
**2025CV000345**

STATE OF WISCONSIN    CIRCUIT COURT    WALWORTH COUNTY

MERRY-WATER FARMS, INC.,

       Plaintiff,

vs.

                                     Case No. 25-CV-0345

AGRI-SERVICES AGENCY,
JORDAN WOLLENBERG, and
ABC INSURANCE COMPANY,

       Defendants.

---

## ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT ON BEHALF OF DEFENDANTS JORDAN WOLLENBERG AND AGRI-SERVICES AGENCY, LLC

---

NOW COME the defendants, Jordan Wollenberg and Agri-Services Agency, LLC, incorrectly identified as Agri-Services Agency, by and through their attorneys, Amundsen Davis, LLC, and as and for their answer to the complaint, allege and show to the court as follows:

1. In response to paragraph 1 of the complaint, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same and put the plaintiff to its proofs thereon. Further answering, these defendants observe that online information and databases suggests that this allegation is accurate and true.

2. In response to paragraph 2 of the complaint, deny. Further answering, these defendants note that the proper name for the entity whom the plaintiff appears to be referencing is Agri-Services Agency, LLC, whose business address is 5001 Brittonfield Parkway East Syracuse, NY 13057.

3. In response to paragraph 3 of the complaint, deny. Further answering, affirmatively assert only that Jordan Wollenberg was at times relevant to the plaintiff's allegations an agent for

**EXHIBIT**

**B**

Agri-Services Agency, LLC. As to any remaining assertions or characterizations in paragraph 3, again, these defendants deny those assertions and characterizations.

4.    In response to paragraph 4 of the complaint, deny. Further answering, affirmatively assert that Merry Water Farms inquired about obtaining Farm insurance from Agri-Services Agency, LLC.

5.    In response to paragraph 5 of the complaint, admit.

6.    In response to paragraph 6 of the complaint, deny.

7.    In response to paragraph 7 of the complaint, admit.

8.    In response to paragraph 8 of the complaint, admit.

9.    In response to paragraph 9 of the complaint, admit.

10.    In response to paragraph 10 of the complaint, deny knowledge and information sufficient to form a belief as to the truth of the matters contained therein, and therefore deny same and put the plaintiff to its proofs thereon. Our records confirm that Agri-Services Agency, LLC made a request to Westfield to bind coverage on May 1, 2022, but nothing after a reasonable review of our records confirms that date as the actual effective date when coverage was bound.

11.    In response to paragraph 11 of the complaint, admit. Further answering, these defendants affirmatively assert that Westfield raised issues about other aspects of the farm property as well.

12.    In response to paragraph 12 of the complaint, because the characterizations therein are an improper and/or incomplete summary of what occurred, deny knowledge and information sufficient to form a belief as to the truth of the matters contained therein, and therefore deny same and put the plaintiff to its proofs thereon.

13.     In response to paragraph 13 of the complaint, because the characterizations therein are an improper and/or incomplete summary of what occurred, deny knowledge and information sufficient to form a belief as to the truth of the matters contained therein, and therefore deny same and put the plaintiff to its proofs thereon.

14.     In response to paragraph 14 of the complaint, because the characterizations therein are an improper and/or incomplete summary of what occurred, deny knowledge and information sufficient to form a belief as to the truth of the matters contained therein, and therefore deny same and put the plaintiff to its proofs thereon. Further answering, these defendants affirmatively assert that they have nothing in their possession to suggest that the quoted language was communicated in just so many words as those.  Further answering, these defendants affirmatively assert that it was communicated that if the loss control recommendations were not completed there would not be any coverage for the Shop / Hay Storage Space with which the plaintiff's action is concerned.

15.     In response to paragraph 15 of the complaint, admit.

16.     In response to paragraph 16 of the complaint, admit only that the information was sent to Westfield. As to the remaining aspects of the allegations contained in that paragraph, because the characterizations therein are an improper and/or incomplete or debatable characterization about the acts or omissions which might or might not have occurred, deny knowledge and information sufficient to form a belief as to the truth of the matters contained therein, and therefore deny same and put the plaintiff to its proofs thereon.

17.     In response to paragraph 17 of the complaint, deny.

18.     In response to paragraph 18 of the complaint, deny.

19.     In response to paragraph 19 of the complaint, deny.

20.     In response to paragraph 20 of the complaint, no answer is required as the assertions contained in the paragraph are merely legal conclusions which would merely call for a legal conclusion in response. To the extent that any further answer may be required, deny.

21.     In response to paragraph 21 of the complaint, admit.

## CLAIM I

22.     In response to paragraph 22 of the complaint, these defendants hereby restate and incorporate herein by reference as though fully set forth the defendants answers to paragraphs 1-22 of the plaintiff's complaint.

23.     In response to paragraph 23 of the complaint, no answer is required as the assertions contained in the paragraph are merely legal conclusions which would merely call for a legal conclusion in response. To the extent that any further answer may be required, admit only that Mr. Wollenberg had the duty to act in good faith and to carry out the instructions received from the plaintiff.

24.     In response to paragraph 24 of the complaint, deny.

25.     In response to paragraph 25 of the complaint, deny.

26.     In response to paragraph 26 of the complaint, admit.

27.     In response to paragraph 27 of the complaint, no answer is required as the assertions contained in the paragraph are merely legal conclusions which would merely call for a legal conclusion in response. To the extent that any further answer may be required, admit.

28.     In response to paragraph 28 of the complaint, no answer is required as the assertions contained in the paragraph are merely legal conclusions which would merely call for a legal conclusion in response. To the extent that any further answer may be required, deny.

29.     In response to paragraph 29 of the complaint, deny.

As to any remaining allegation which has not already been answered in the foregoing paragraphs of this answer, deny knowledge and information sufficient to form a belief as to the truth of the allegations contained therein, and therefore deny the same and put the plaintiff to its proofs thereon.

## **AFFIRMATIVE DEFENSES**

And as and for affirmative defenses (and other defenses) to the plaintiff's complaint, these answering defendants allege and show to the court as follows:

### **AFFIRMATIVE DEFENSE NO. 1: FAILURE TO STATE A CLAIM UPON WHICH RELIEF MIGHT BE GRANTED**

30. These defendants hereby re-allege and incorporate herein by reference, as though fully set forth herein, the allegations contained within the plaintiff's complaint (for purposes of illustrating what has been alleged only and not for purposes of asserting the truth of the contents thereof), which was filed by the plaintiff in this matter, but only to the extent to which those allegations have been responded to by this responsive pleading, and these defendants hereby re-allege and incorporate herein by reference the foregoing paragraphs of this responsive pleading (including the unnumbered paragraph following paragraph 29), as though fully set forth herein.

31. One or more of the plaintiff's asserted claims in this matter insofar as they relate to one or more of the defendants omits to describe with sufficient specificity the rationale for the relief sought, the facts which allegedly show the elements of a cause of action pursued by the plaintiff, or the nature and extent of the relief sought.

32. For one (non-exhaustive) example, the plaintiff's complaint mistakenly identifies Agri-Services Agency, LLC as Agri-Services Agency. For a second (non-exhaustive) example, the plaintiff's complaint uses only an anonymous pseudonym to identify the insurance company whom the plaintiff intended to name as a defendant.

33.     Given the foregoing, the plaintiff's complaint at law fails to state a legally cognizable claim upon which relief may be granted.

### AFFIRMATIVE DEFENSE NO. 2: STATUTORY OF LIMITATIONS OR ANOTHER SIMILAR TIME-BARRING LAW, PROVISION OR PRINCIPLE

34.     These defendants hereby re-allege and incorporate herein by reference, as though fully set forth herein, the allegations contained within the plaintiff's complaint (for purposes of illustrating what has been alleged only and not for purposes of asserting the truth of the contents thereof), which was filed by the plaintiff in this matter, but only to the extent to which those allegations have been responded to by this responsive pleading, and these defendants hereby re-allege and incorporate herein by reference the foregoing paragraphs of this responsive pleading (including the unnumbered paragraph following paragraph 29) alongside re-alleging and incorporating herein by reference the foregoing paragraphs 30 through 33 of these affirmative defenses, as though fully set forth herein.

35.     In accord with paragraph 10 of the plaintiff's complaint, some of the conduct about which the plaintiff complains occurred prior to May 2, 2022, and thus occurred more than three (3) years before the plaintiff filed the summons and complaint in this action.

36.     In accord with Wis. Stat. § 631.83(1)(a), an action "on" a fire insurance must be commenced within 12 months after the inception of the loss. The plaintiff's action here was not commenced within 12 months after the inception of the loss. Under Picus v. Copus, 127 Wis. 2d 359, 363, 379 N.W.2d 341, 343 (Ct. App. 1985), an action that "has nothing to do with the terms" of an underlying first-party property or fire insurance policy is an action to which Wis. Stat. § 631.83(1)(a) does not apply. In contrast, the current action has much to do with – and therefore, at least something to do with – the existence or non-existence of insurance coverage under the

underlying Westfield first-party property or fire insurance policy. Because of this, and because the current action is barred by Wis. Stat. § 631.83(1)(a).

37.     Alternatively, if Wis. Stat. § 631.83(1)(a) does not time-bar the plaintiff's current action, then Wis. Stat. § 893.53 – requiring a commencement within 3 years after the cause of action accrues – or some other or similar time-barring provision of statutory or decisional law applies to preclude and/or time-bar the plaintiff's current action, as to some aspect or perhaps more than some aspect of the plaintiff's claims.

## AFFIRMATIVE DEFENSE NO. 3: COMPARATIVE NEGLIGENCE, FAULT, OR CULPABILITY

38.     These defendants hereby re-allege and incorporate herein by reference, as though fully set forth herein, the allegations contained within the plaintiff's complaint (for purposes of illustrating what has been alleged only and not for purposes of asserting the truth of the contents thereof), which was filed by the plaintiff in this matter, but only to the extent to which those allegations have been responded to by this responsive pleading, and these defendants hereby re-allege and incorporate herein by reference the foregoing paragraphs of this responsive pleading (including the unnumbered paragraph following paragraph 29) alongside re-alleging and incorporating herein by reference the foregoing paragraphs 30 through 37 of these affirmative defenses, as though fully set forth herein.

39.     Although these defendants maintain a failure to state a claim exists, if, and to the extent, that a proper claim has been asserted against these defendants, then these defendants allege affirmatively that the plaintiff's own culpable conduct or conduct with respect to the plaintiff's own security and safety from harm is such that the plaintiff may bear some portion of or all of the responsibility for the loss that the plaintiff claims to have suffered.

40.    As a result of the foregoing, there is perhaps a need to compare or otherwise account for the various levels of accountability, if any, of each of the parties, and the apportioning or reckoning of such accountability may call for diminishment or fair-sharing of liability or culpability for compensating loss.

### AFFIRMATIVE DEFENSE NO. 4:  MITIGATION OF DAMAGES AND DOCTRINE OF AVOIDABLE CONSEQUENCES

41.    These defendants hereby re-allege and incorporate herein by reference, as though fully set forth herein, the allegations contained within the plaintiff's complaint (for purposes of illustrating what has been alleged only and not for purposes of asserting the truth of the contents thereof), which was filed by the plaintiff in this matter, but only to the extent to which those allegations have been responded to by this responsive pleading, and these defendants hereby re-allege and incorporate herein by reference the foregoing paragraphs of this responsive pleading (including the unnumbered paragraph following paragraph 29) alongside re-alleging and incorporating herein by reference the foregoing paragraphs 30 through 40 of these affirmative defenses, as though fully set forth herein.

42.    Upon information and belief, the plaintiff knew or reasonably should have known that the insurance coverage that the plaintiff allegedly believed to exist under the insurance policies issued to it did not in fact exist under the insurance policies issued to it, and the plaintiff did nothing significant to remedy or rectify the evident discrepancy before prior to suffering the adverse event which is alleged (¶ 20) to have occurred on June 22, 2024.

43.    As a result of the phenomena described in ¶ 42, the plaintiff has omitted to mitigate the plaintiff's damages, or has omitted to comply with the doctrine of avoidable consequences, or both, and must therefore potentially have the plaintiff's claims for relief reduced or barred accordingly.

### DEFENSE NO. 5:  LACK OF CAUSATION OR THE NON-AVAILABILITY OF INSURANCE COVERAGE

44.     These defendants hereby re-allege and incorporate herein by reference, as though fully set forth herein, the allegations contained within the plaintiff's complaint (for purposes of illustrating what has been alleged only and not for purposes of asserting the truth of the contents thereof), which was filed by the plaintiff in this matter, but only to the extent to which those allegations have been responded to by this responsive pleading, and these defendants hereby re-allege and incorporate herein by reference the foregoing paragraphs of this responsive pleading (including the unnumbered paragraph following paragraph 29) alongside re-alleging and incorporating herein by reference the foregoing paragraphs 30 through 43 of these affirmative defenses, as though fully set forth herein.

45.     Upon information and belief, it may well turn out to be the case that a reasonable person seeking to purchase the insurance coverage sought by the plaintiff in the course of the events underlying this action could not in fact succeed in obtaining the coverage sought due to the non-availability of such coverage. (The burden of proving that such insurance is actually the plaintiff's burden.) Because such insurance was perhaps not available at the time when the insurance in this case was purchased, it may have been impossible or not reasonably achievable as a matter of fact to obtain the insurance which the plaintiff claims it should have received and had obtained on its behalf.  If no proof is provided that such insurance was indeed available, then there will exist a failure of the plaintiff's proof on the issue of causation with respect to the plaintiff's claimed loss.

### ADDITIONAL DEFENSES RESERVED

46.     These defendants hereby give notice that these defendants may rely on other defenses if and when such defenses become known during the course of litigation, or if and when

such defenses' significance becomes known during the course of litigation, and hereby reserve the right to amend their answer to assert any other defenses as become known or available.

WHEREFORE, these answering defendants demand judgment as follows:

A.    For dismissal of the plaintiff's complaint in its entirety, with prejudice on the merits;

B.    For the costs and disbursements of this action; and

C.    For any other or further relief that this court may deem proper, just, or equitable.

**PLEASE TAKE NOTICE THAT THESE ANSWERING DEFENDANTS DEMAND THAT THIS MATTER BE TRIED TO A JURY OF TWELVE**

Dated this 16th day of June, 2025.

> **AMUNDSEN DAVIS LLC**
> Attorneys for the Defendants, Jordan Wollenberg and Agri-Services Agency, LLC.
>
> *Michael R. Vescio – electronically signed*
>
> By:    _____
> Michael R. Vescio, State Bar No. 1024961

<u>MAILING ADDRESS</u>:
Amundsen Davis LLC
111 E. Kilbourn Ave., Suite 1400
Milwaukee, WI 53202
Phone:  (414) 847-6152
Email: mvescio@amundsendavislaw.com

FILED
12-18-2025
Walworth County
Clerk of Circuit Court
2025CV000345

STATE OF WISCONSIN        CIRCUIT COURT        WALWORTH COUNTY

MERRY-WATER FARMS, INC.,

      Plaintiff,

v.                                                    Case No. 2025-CV-345

AGRI-SERVICES AGENCY,
JORDAN WOLLENBERG, and
ABC INSURANCE COMPANY,

      Defendants.

## STIPULATION FOR PARTIAL DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Merry-Water Farms, Inc., and Defendants, Agri-Services Agency and Jordan Wollenberg, by their respective attorneys, that all claims and causes of action set forth in the pleadings against Jordan Wollenberg only, be dismissed, on the merits and without costs.

      Dated this 18th day of December, 2025.

                    AXLEY LLP

                    *Electronically signed by Adam F. Barraza*
                    Adam F. Barraza, SBN: 1103751
                    Attorneys for Plaintiff
                    N17W24222 Riverwood Drive, Suite 250
                    Waukesha, WI 53188
                    Phone: (262) 524-8500
                    Fax:    (262) 524-9200
                    abarraza@axley.com

**EXHIBIT C**

AMUNDSEN DAVIS LLC

*Electronically signed by Michael R. Vescio*
Michael R. Vescio, SBN: 1024961
Attorneys for Defendants
111 E. Kilbourn Ave., Suite 1400
Milwaukee, WI 53202
Phone: (414) 847-6152
mvescio@amundsendavislaw.com

2

FILED
01-02-2026
Walworth County
Clerk of Circuit Court
2025CV000345

**DATE SIGNED: December 30, 2025**

Electronically signed by Daniel S. Johnson
Circuit Court Judge

STATE OF WISCONSIN     CIRCUIT COURT     WALWORTH COUNTY

MERRY-WATER FARMS, INC.,

      Plaintiff,

v.                                  Case No. 2025-CV-345

AGRI-SERVICES AGENCY,
JORDAN WOLLENBERG, and
ABC INSURANCE COMPANY,

      Defendants.

## ORDER FOR PARTIAL DISMISSAL

The Court, having considered the parties Stipulation for Partial Dismissal,

IT IS HEREBY ORDERED that all claims and causes of action set forth in the pleadings against Defendant Jordan Wollenberg only, are dismissed, on the merits and without costs. The action shall continue against the remaining defendants.

EXHIBIT
D

**FILED**
**01-13-2026**
**Walworth County**
**Clerk of Circuit Court**
**2025CV000345**
**Honorable Daniel S. Johnson**
**Branch 2**

STATE OF WISCONSIN    CIRCUIT COURT    WALWORTH COUNTY

MERRY-WATER FARMS, INC.
N1240 Hillside Road
Lake Geneva, WI 53147

      Plaintiff,

v.

AGRI-SERVICES AGENCY, LLC
5001 Brittonfield Parkway
East Syracuse, NY 13057

GREAT AMERICAN ALLIANCE INSURANCE CO.,
119 East Court Street
Cincinnati, OH 45202

and

WESTFIELD INSURANCE COMPANY,
One Park Circle
Westfield Center, OH 44251

      Defendants.

Case No. 2025-CV-000345
Case Code: 30301

---

## AMENDED SUMMONS

---

THE STATE OF WISCONSIN, to each person named above as a defendant:

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The Amended Complaint, which is attached, states the nature and basis of the legal action.

Within forty-five (45) days of receiving this Amended Summons, you must respond with a written answer, as that term is used in Chapter 802 of the Wisconsin Statutes, to the Amended Complaint. The Court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the Court, whose address is Clerk of Circuit

**EXHIBIT E**

Court, 100 W. Walworth Street, Elkhorn, WI 53121, and to Axley LLP, N17W24222 Riverwood Drive, Suite 250, Waukesha, WI 53188, Plaintiff's attorneys. You may have an attorney help or represent you. If you require the assistance of auxiliary aids or services because of a disability, call (608) 266-4678 (TDD (608) 266-9138) and ask for the Court ADA Coordinator.

If you do not provide a proper answer within forty-five (45) days, the Court may grant judgment against you for the award of money or other legal action requested in the Amended Complaint, and you may lose your right to object to anything that is or may be incorrect in the Amended Complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 13th day of January, 2026.

AXLEY LLP

*Electronically signed by Adam F. Barraza*
Adam F. Barraza, SBN: 1103751
Attorneys for Plaintiff
N17W24222 Riverwood Drive, Suite 250
Waukesha, WI 53188
Phone: (262) 524-8500
Fax:    (262) 524-9200
abarraza@axley.com

STATE OF WISCONSIN     CIRCUIT COURT     WALWORTH COUNTY

MERRY-WATER FARMS, INC.
N1240 Hillside Road
Lake Geneva, WI 53147

      Case No. 2025-CV-000345
      Case Code: 30301

      Plaintiff,

v.

AGRI-SERVICES AGENCY, LLC,
5001 Brittonfield Parkway
East Syracuse, NY 13057

GREAT AMERICAN ALLIANCE INSURANCE CO.,
119 East Court Street
Cincinnati, OH 45202

and

WESTFIELD INSURANCE COMPANY,
One Park Circle
Westfield Center, OH 44251

      Defendants.

---

## AMENDED COMPLAINT

---

    NOW COMES Plaintiff, Merry-Water Farms, Inc. ("Merry-Water"), by and through its attorneys, Axley LLP, by Attorney Adam F. Barraza, as and for its Amended Complaint against Defendants, Agri-Services Agency, LLC, Great American Alliance Insurance Co., and Westfield Insurance Company, alleges and shows to the Court as follows:

### PARTIES

    1.    Merry-Water Farms is a Wisconsin corporation with its principal place of business at N1240 Hillside Road, Lake Geneva, Wisconsin 53147.

2.      Agri-Services Agency, LLC ("Agri-Services Agency") is an insurance company organized under the laws of New York with its business address located at 5001 Brittonfield Parkway, East Syracuse, New York 13057.

3.      Great American Alliance Insurance Company ("Great American") is an insurance company organized under the laws of Ohio with an address of 119 East Court Street, Cincinnati, Ohio 45202.

4.      Westfield Insurance Company ("Westfield") is an insurance company organized under the laws of Ohio with its principal place of business located at One Park Circle, Westfield Center, Ohio 44251.

## JURISDICTION AND VENUE

5.      The Court has jurisdiction over the subject matter of this dispute pursuant to Article VII, Section 8 of the Wisconsin Constitution and Wis. Stat. § 753.03, which provide for subject matter jurisdiction over all civil matters within this state.

6.      The Court has personal jurisdiction over Agri-Services Agency, Great American, and Westfield pursuant to Wis. Stat. § 801.05(1)(d) because they are foreign companies engaging in substantial and not isolated activities within this state and the actions which are the basis of this suit occurred in Wisconsin.

7.      Venue is proper in this Court under Wis. Stat. § 801.50(2)(a), as the events giving rise to these claims occurred in Walworth County.

## FACTUAL ALLEGATIONS

8.      In March of 2022, Merry-Water Farms inquired about obtaining farm insurance through Agri-Services Agency.

2

9.    At all times material hereto, Jordan Wollenberg was an agent and employee of Agri-Services Agency and held himself out as an expert in agricultural insurance, specifically regarding property coverage for dwellings, farm buildings, and other structures.

10.    On or about March 18, 2022, Mr. Wollenberg met with representatives of Merry-Water Farms to discuss Merry-Water Farms' insurance needs.

11.    After multiple inspections of Merry-Water Farms' property, Mr. Wollenberg advised Merry-Water Farms that insurance would be issued for its property.

12.    On April 22, 2022, Merry-Water Farms sent a signed application for insurance to Jordan Wollenberg (the "Application"). A true and correct copy of the Application is attached hereto as **Exhibit A**.

13.    The Application included coverage for a "Shop/Hay Storage" building located at N1240 Hillside Road, Lake Geneva, Wisconsin 53147 (the "Shop"). Merry-Water Farms requested coverage for the Shop in the amount of $250,000 with a $25,000 deductible.

14.    Mr. Wollenburg forwarded the Application to Steven Lewis at Gannon Associates, who forwarded the Application to Westfield.

15.    On May 1, 2022, Westfield bound insurance coverage to Merry-Water Farms via Policy No. FAB 2 244 92Y with effective dates of May 1, 2022 to May 1, 2023 (the "Policy"). A true and correct copy of the Policy is attached hereto as **Exhibit B**.

16.    Although the Shop was included on the Application, it was not listed as a covered structure in the Policy.

17.    After Westfield issued the Policy, Westfield raised concerns with the condition of the Shop.

3

18.     On May 19, 2022, Westfield sent a letter to Merry-Water Farms with certain "recommendations." Relevant to the Shop, the letter stated: "The housekeeping, particularly in the maintenance shop should be improved. This should be addressed within your facility on a formal and regular basis."

19.     The letter did not say that if Merry-Water Farms failed to comply with Westfield's "recommendations," Westfield would deny or cancel coverage for the Shop.

20.     Nobody at Agri-Services Agency, Gannon Associates, or Westfield informed Merry-Water Farms that if it failed to address Westfield's "recommendations," Westfield would deny or cancel coverage for the Shop.

21.     On May 23, 2022, Greg Kirkham at Westfield emailed Steven Lewis at Gannon Associates and advised that Westfield's risk control office was concerned about the condition of the Shop. Mr. Kirkham advised that his "initial reaction after speaking with [Westfield's] rep was to let you know we can't offer coverage but since we're bound go ahead and issue the policy and then immediately send direct notice of cancellation."

22.     Nobody at Agri-Services Agency, Gannon Associates, or Westfield delivered any notice of cancellation to Merry-Water Farms.

23.     Nevertheless, Merry-Water Farms did address and complete Westfield's "recommendations." Merry-Water Farms notified Mr. Wollenberg that it had completed Westfield's "recommendations" and provided proof of such completion to Mr. Wollenberg.

24.     According to Westfield, anyone from Mr. Wollenberg's office could have added the Shop to the Policy at any time via Westfield's Wescom system, but the Shop was never added to the Policy.

4

25.     Upon information and belief, Mr. Wollenberg advised Westfield that Merry-Water Farms had addressed Westfield's "recommendations," but Mr. Wollenberg never used the Wescom system to add the Shop to the Policy.

26.     Mr. Wollenburg did not tell Merry-Water Farms that Westfield did not insure the Shop.

27.     Merry-Water Farms mistakenly believed that the Shop was covered under the Policy because the Shop was listed on the Application and nobody advised them that the Policy differed from the Application.

28.     Westfield also mistakenly believed that the Shop was covered under the Policy. Mr. Kirkham's May 23, 2022 email specifically refers to the Shop: "From the schedule, it must be location #1, building #6."

29.     For policy years 2023 and 2024, Merry-Water Farms simply renewed its coverage through Agri-Services Agency.

30.     Nobody reached out to Merry-Water Farms to advise that Merry-Waters' covered properties in the 2023 and 2024 policies differed from the Application.

31.     On June 22, 2024, the Shop was damaged by a covered cause of loss under the Policy.

32.     Merry-Water Farms submitted a claim to Westfield for the damage to the Shop.

33.     On August 5, 2024, Westfield denied Merry-Water Farms' claim because the Shop was not a covered building under the Policy.

34.     Upon information and belief, Great American issued an insurance policy to Agri-Services Agency that was in full force and effect at all times material hereto.

5

## FIRST CAUSE OF ACTION: PROFESSIONAL MALPRACTICE

35.     Plaintiff restates and incorporates by reference all preceding paragraphs as if fully set forth herein.

36.     At all times material hereto, Mr. Wollenberg, as an agent of Agri-Services Agency, held himself out as a competent, professional, duly licensed insurance agent with relevant experience procuring insurance for farms.

37.     At all times material hereto, Merry-Water Farms hired Mr. Wollenberg as its insurance agent to procure coverage for its business.

38.     Mr. Wollenberg owed Merry-Water Farms a duty to use the degree of care, skill, and judgment which reasonably prudent insurance agents serving clients in Wisconsin would exercise under like or similar circumstances. Mr. Wollenberg's failure to conform to this standard constitutes negligence.

39.     Mr. Wollenberg breached and violated his duty to Merry-Water Farms by failing to notify Merry-Water Farms that the Shop was not covered under the Policy, or, in the alternative, that Westfield cancelled coverage for the Shop.

40.     As a direct and proximate result of Mr. Wollenberg's negligence, Merry-Water Farms has suffered damages in an amount not less than $250,000.

41.     Agri-Services Agency is liable for the negligent actions of its employees, including Mr. Wollenberg, under the doctrine of respondeat superior.

## SECOND CAUSE OF ACTION: REFORMATION

42.     Plaintiff restates and incorporates by reference all preceding paragraphs as if fully set forth herein.

6

43.     Merry-Water Farms made a statement to its agent, Mr. Wollenberg, that it desired for the Shop to be covered under the Policy.

44.     Merry-Water Farms trusted Mr. Wollenberg as its agent to procure the insurance coverage detailed in the Application.

45.     Merry-Water Farms relied on Mr. Wollenberg as its agent to write the Policy.

46.     The Shop is included on the Application.

47.     The Shop is not included in the Policy or the 2023 or 2024 renewals thereof.

48.     Both Merry-Water Farms and Westfield mistakenly believed that the Shop was included in the Policy.

49.     Merry-Water Farms seeks reformation of the Policy to include the Shop as a covered building with a $250,000 limit and a $25,000 deductible.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Merry-Water Farms, Inc., prays for the following relief:

A.     Judgment against Agri-Services Agency in an amount to be determined at trial;

B.     An order reforming the Policy to include the Shop as a covered building;

C.     All statutory interest, both pre- and post-judgment;

D.     All costs, disbursements, and attorneys' fees as allowable by law; and,

E.     All other relief the Court deems just, equitable, or necessary.

7

Dated this 13th day of January, 2026.

        AXLEY LLP

        *Electronically signed by Adam F. Barraza*
        Adam F. Barraza, SBN: 1103751
        Attorneys for Plaintiff
        N17W24222 Riverwood Drive, Suite 250
        Waukesha, WI 53188
        Phone: (262) 524-8500
        Fax:    (262) 524-9200
        abarraza@axley.com

## Westfield Insurance Farm Application

**Policy #: FAB 224492Y**                                          Print Date: 04/19/2022



**WESTFIELD®**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

**Insured Entity:**
Limited Liability Company

**Named Insured and mailing address:**
Merry-Water Farms LLC

PO BOX 1355
LAKE GENEVA, Wisconsin 53147
Telephone Number: (262) 758-2906

**Program:**
Preferred Farmowners Package

**Policy Term:**

**From: 12:01 AM on  05/01/2022**
**To: 12:01 AM on  05/01/2023**

**Policy Number:**
FAB 224492Y

**Enter Date:**
04/13/2022

**Print Date and Time:**
04/19/2022 01:47:36 PM EDT

**Agency Code:**
3704620

**Producer Code:**
000

**AGRI-SERVICES AGENCY**
315 S MAIN ST
ATHENS, PA
(800) 654-8840

**Policy Deductible:**
$5000 applies unless otherwise specified

| Billing |
|---|
| No billing information entered |

**Location 1 - N1240 HILLSIDE RD, LAKE GENEVA, WALWORTH County WI 53147**

| | | | |
|---|---|---|---|
| Acres 80 | Number of Dwellings 2 | Section | Township |
| Range | Protection Class 09 | | |
| | | Windstorm/Hail Percentage Deductible | |
| Description | | | |

**Dwelling 1**

| | | | |
|---|---|---|---|
| Dwelling Type Type 1 | Insured Interest Owner | Occupancy Owner | Seasonal Occupancy No |
| Year Built 1955 | Construction Frame | Central Heat Yes | Type of Heat Fuel Oil |
| Solid Fuel No | Electrical Year Updated 2002 | Plumbing Year Updated 2002 | Heating Year Updated 2002 |
| Roof Year Updated 2000 | Power Generating Method None | | |

| Coverage | Limit Of Insurance |
|---|---|
| Farm Coverage A - Dwelling - Special | $393,048 |
| Farm Coverage C - Household Personal Property - Special | $196,524 |
| Farm Coverage D - Loss of Use | $78,609 |
| Sump Overflow & Water Backup | $5,000 |

**Dwelling 2**

| | | | |
|---|---|---|---|
| Dwelling Type Type 1 | Insured Interest Owner | Occupancy Tenant | Seasonal Occupancy No |
| Year Built 1900 | Construction Frame | Central Heat No | Type of Heat Fuel Oil |
| Solid Fuel No | Electrical Year Updated 2006 | Plumbing Year Updated 2006 | Heating Year Updated 2006 |
| Roof Year Updated 2006 | Power Generating Method None | | |

| Coverage | Limit Of Insurance |
|---|---|
| Farm Coverage A - Dwelling - Special | $244,110 |
| Farm Coverage D - Loss of Use | $48,822 |
| Sump Overflow & Water Backup | $5,000 |

Page 1 of 9

## Westfield Insurance Farm Application

**Policy #: FAB 224492Y**

**Print Date: 04/19/2022**

---

| Location 2 - 1149-1151 Hillside Rd, LAKE GENEVA, WALWORTH County WI 53147 | | | |
|---|---|---|---|
| **Acres** 160 | **Number of Dwellings** 1 | **Section** | **Township** |
| **Range** | **Protection Class** 09 | | |
| **Description** | | **Windstorm/Hail Percentage Deductible** | |
| Dwelling 1 | | | |
| **Dwelling Type** Type 1 | **Insured Interest** Owner | **Occupancy** Tenant | **Seasonal Occupancy** No |
| **Year Built** 1998 | **Construction** Frame | **Central Heat** Yes | **Type of Heat Fuel** Oil |
| **Solid Fuel** No | **Electrical Year Updated** | **Plumbing Year Updated** | **Heating Year Updated** |
| **Roof Year Updated** 2018 | **Power Generating Method** None | | |

| Coverage | Limit Of Insurance |
|---|---|
| Farm Coverage A - Dwelling - Special | $383,160 |
| Farm Coverage D - Loss of Use | $76,632 |
| Sump Overflow & Water Backup | $5,000 |

---

| Location 3 - Farm Land #1, LAKE GENEVA, WALWORTH County WI 53147 | | | |
|---|---|---|---|
| **Acres** 80 | **Number of Dwellings** 0 | **Section** 23 | **Township** 1N |
| **Range** 17E | **Protection Class** 09 | | |
| **Description** | | **Windstorm/Hail Percentage Deductible** | |

---

| Location 4 - Farm Land #2, LAKE GENEVA, WALWORTH County WI 53147 | | | |
|---|---|---|---|
| **Acres** 80 | **Number of Dwellings** 0 | **Section** 22 | **Township** 1N |
| **Range** 17E | **Protection Class** 09 | | |
| **Description** | | **Windstorm/Hail Percentage Deductible** | |

---

| Location 5 - Farm Land #3, LAKE GENEVA, WALWORTH County WI 53147 | | | |
|---|---|---|---|
| **Acres** 75 | **Number of Dwellings** 0 | **Section** 14 | **Township** 1N |
| **Range** 17E | **Protection Class** 09 | | |
| **Description** | | **Windstorm/Hail Percentage Deductible** | |

---

| Location 6 - Farm Land #4, 2 parcels, LAKE GENEVA, WALWORTH County WI 53147 | | | |
|---|---|---|---|
| **Acres** 97 | **Number of Dwellings** 0 | **Section** 15 | **Township** 1N |
| **Range** 17E | **Protection Class** 09 | | |
| **Description** | | **Windstorm/Hail Percentage Deductible** | |

---

| Location 7 - Farm Land #5, 4 parcels, LAKE GENEVA, WALWORTH County WI 53147 | | | |
|---|---|---|---|
| **Acres** 170 | **Number of Dwellings** 0 | **Section** 22 | **Township** 1N |
| **Range** 17E | **Protection Class** 09 | | |

Page 2 of 9

## Westfield Insurance Farm Application

**Policy #: FAB 224492Y**                                                      Print Date: 04/19/2022

| Description | Windstorm/Hail Percentage Deductible | |
|---|---|---|

---

| Location 8 - Farm Land #6, 2 parcels, LAKE GENEVA, WALWORTH County WI 53147 | | | |
|---|---|---|---|
| Acres 57 | Number of Dwellings 0 | Section 15 | Township 1N |
| Range 17E | Protection Class 09 | | |
| Description | | Windstorm/Hail Percentage Deductible | |

---

| Location 9 - FArm Land #7, LAKE GENEVA, WALWORTH County WI 53147 | | | |
|---|---|---|---|
| Acres 121 | Number of Dwellings 0 | Section 12 | Township 2N |
| Range 17E | Protection Class 09 | | |
| Description | | Windstorm/Hail Percentage Deductible | |

---

| Location 10 - Farm Land #8, LAKE GENEVA, WALWORTH County WI 53147 | | | |
|---|---|---|---|
| Acres 58 | Number of Dwellings 0 | Section 29 | Township 1N |
| Range 18E | Protection Class 09 | | |
| Description | | Windstorm/Hail Percentage Deductible | |

---

| Location 11 - Farm Land #9, 5 Parcels, LAKE GENEVA, WALWORTH County WI 53147 | | | |
|---|---|---|---|
| Acres 65 | Number of Dwellings 0 | Section 28 | Township 1N |
| Range 15E | Protection Class 09 | | |
| Description | | Windstorm/Hail Percentage Deductible | |

---

| Coverage E - Scheduled Farm Personal Property | |
|---|---|
| Item 1 - Combines & Cotton Pickers | |
| Description 2021 Claas Chopper | |
| Coverage | Limit Of Insurance |
| Coverage E - Scheduled Farm Property - Special | $640,000 |
| Item 2 - Livestock - NOC | |
| Description Livestock | |
| Coverage | Limit Of Insurance |
| Coverage E - Scheduled Farm Property - Broad | $4,000,000 |

| Coverage F - Unscheduled Farm Personal Property (Blanket) |
|---|

Page 3 of 9

# Westfield Insurance Farm Application

Policy #: FAB 224492Y                                               Print Date: 04/19/2022

---

The following property is not included in Coverage F:

•Animals other than livestock as defined by the policy.
•Any of the following while being stored or processed in manufacturing plants, public elevators, warehouses, seed houses or commercial drying plants: grain, threshed seeds, threshed beans, hay, straw, fodder, silage, ground feed, herbicides, fertilizer, manufactured or blended livestock feed.
•Any property showing in the Declarations under the heading Other Property Not Covered Under Coverage F.
•Automobiles, trucks, motorcycles, motorized bicycles or tricycles, mopeds, dirt bikes, snowmobiles, all-terrain vehicles, mobile homes, house trailers; vehicles primarily designed and licensed for road use (other than farm wagons and farm trailers); watercraft or aircraft; or the equipment, tires or parts of any these.
•Bulk milk tanks, bulk feed tanks or bins attached to buildings or structures; barn cleaners, pasteurizers or boilers; any permanent fixtures within or attached to a building.
•Contents of heated chicken fryer or broiler houses, laying houses, poultry brooder houses or duck or turkey houses, including fowl, therein.
•Crops in the open.
•Fences; windmills or windchargers or their towers.
•Household or personal property usual to a dwelling.
•Irrigation equipment and well pumps.
•Magnetic recordings or storage media for electronic data processing (not limited to cell, disc, drum, file and tape).
•Outdoor radio or television equipment.
•Portable buildings or portable structures.
•Poultry, bees, fish or worms.
•Property separately described and specifically covered in whole or in part under another Coverage or Coverage Form of this or any other policy.
•Racehorses, show horses or show ponies.
•Tobacco, cotton, vegetables, root crops, bulbs, fruit or nursery stock.
•Trees, plans, shrubs or lawns.

| Coverage | Limit Of Insurance |
|---|---|
| Coverage F - Unscheduled Farm Property - Special | $2,386,249 |
| Coverage F - Other Property Not Covered Under Coverage F | |
|    Combines and Harvesters | |

---

**Location 1 - N1240 HILLSIDE RD, LAKE GENEVA, WALWORTH County WI 53147 - Coverage G - Farm Property Barns, Outbuildings and Other Farm Structures**

Building 1 - Barns, Outbuildings or Structures NOC

| Rebuilding Clause No | Year Built 2000 | Construction Frame | Size |
|---|---|---|---|
| Gross floor area 15000 | Number of stories 1 | | |

Description Main Dairy Barn w/Parlor & Equipment

Power Generating Method
None

| Coverage | Limit Of Insurance |
|---|---|
| Coverage G - Outbuildings - $25000 Deductible - Special | $2,100,000 |
| Spoilage - Milk and refrigerated Property | $50,000 |

Building 2 - Barns, Outbuildings or Structures NOC

| Rebuilding Clause No | Year Built 1991 | Construction Frame | Size |
|---|---|---|---|
| Gross floor area 10000 | Number of stories 1 | | |

Description Fresh / Dry Cow Barn

Power Generating Method
None

| Coverage | Limit Of Insurance |
|---|---|
| Coverage G - Outbuildings - $25000 Deductible - Special | $250,000 |

Building 3 - Barns, Outbuildings or Structures NOC

| Rebuilding Clause No | Year Built 2008 | Construction Frame | Size |
|---|---|---|---|

Page 4 of 9

## Westfield Insurance Farm Application

**Policy #: FAB 224492Y**

**Print Date: 04/19/2022**

Gross floor area 87416    **Number of stories 1**
Description Freestall Barns 136x372 & 104x354
**Power Generating Method**
None

| Coverage | Limit Of Insurance |
|---|---|
| Coverage G - Outbuildings - $25000 Deductible - Special | $2,100,000 |

**Building 4 - Barns, Outbuildings or Structures NOC**

| Rebuilding Clause No | Year Built 2000 | Construction Frame | Size |
|---|---|---|---|

Gross floor area 2760    **Number of stories 1**
Description Calf Barn 30x92
**Power Generating Method**
None

| Coverage | Limit Of Insurance |
|---|---|
| Coverage G - Outbuildings - $5000 Deductible - Special | $25,000 |

**Building 5 - Grain Storage Bin (Grain Bins - Standard)**

| Rebuilding Clause No | Year Built 2002 | Construction Frame | Size |
|---|---|---|---|

Diameter 42 ft    **Bushel 25000**
Description (5) Bulk Bins at $80,000 each
**Power Generating Method**
None

| Coverage | Limit Of Insurance |
|---|---|
| Coverage G - Outbuildings - $25000 Deductible - Special | $400,000 |

**Building 6 - Barns, Outbuildings or Structures NOC**

| Rebuilding Clause No | Year Built 2007 | Construction Frame | Size |
|---|---|---|---|

Gross floor area 4920    **Number of stories 1**
Description Shop / Hay Storage
**Power Generating Method**
None

| Coverage | Limit Of Insurance |
|---|---|
| Coverage G - Outbuildings - $25000 Deductible - Special | $250,000 |

**Building 7 - Barns, Outbuildings or Structures NOC**

| Rebuilding Clause No | Year Built 1995 | Construction Frame | Size |
|---|---|---|---|

Gross floor area 12925    **Number of stories 1**
Description Freestall Barn 55x235
**Power Generating Method**
None

| Coverage | Limit Of Insurance |
|---|---|
| Coverage G - Outbuildings - $25000 Deductible - Special | $250,000 |

**Building 8 - Barns, Outbuildings or Structures NOC**

| Rebuilding Clause No | Year Built 1985 | Construction Frame | Size |
|---|---|---|---|

Gross floor area 35750    **Number of stories 1**
Description Freestall Barn 110x325
**Power Generating Method**
None

| Coverage | Limit Of Insurance |
|---|---|
| Coverage G - Outbuildings - $25000 Deductible - Special | $1,000,000 |

Page 5 of 9

## Westfield Insurance Farm Application

**Policy #: FAB 224492Y**                                               Print Date: 04/19/2022

| Building 9 - Barns, Outbuildings or Structures NOC | | | |
|---|---|---|---|
| **Rebuilding Clause No** | **Year Built 2014** | **Construction Frame** | **Size** |
| **Gross floor area 300** | **Number of stories 1** | | |
| **Description Electrical Building** | | | |
| **Power Generating Method** **None** | | | |

| Coverage | Limit Of Insurance |
|---|---|
| Coverage G - Outbuildings - $5000 Deductible - Broad | $5,000 |

| Building 10 - Barns, Outbuildings or Structures NOC | | | |
|---|---|---|---|
| **Rebuilding Clause No** | **Year Built 2014** | **Construction Frame** | **Size** |
| **Gross floor area 7800** | **Number of stories 1** | | |
| **Description Sand Sepertor Building with Equipment** | | | |
| **Power Generating Method** **None** | | | |

| Coverage | Limit Of Insurance |
|---|---|
| Coverage G - Outbuildings - $25000 Deductible - Special | $250,000 |

| Building 11 - Barns, Outbuildings or Structures NOC | | | |
|---|---|---|---|
| **Rebuilding Clause No** | **Year Built 2000** | **Construction Frame** | **Size** |
| **Gross floor area 5400** | **Number of stories 1** | | |
| **Description Commodity Building 60x90** | | | |
| **Power Generating Method** **None** | | | |

| Coverage | Limit Of Insurance |
|---|---|
| Coverage G - Outbuildings - $25000 Deductible - Special | $50,000 |

| Property Coverages | |
|---|---|
| Coverage | Limit Of Insurance |
| ATV 1 - John Deere, UTV, 2012, 1M0356AFPT5099360 | $6,000 |
| ATV 2 - John Deere, UTV, 2014, 1M0625GSAEM081890 | $12,000 |
| ATV 3 - John Deere, UTV, 2016, 1M0HP4GX015562 | $14,000 |
| ATV 4 - John Deere, UTV, 2017, 1M0825GSHAM013627 | $20,000 |
| Cab Glass Breakage - 28 Cabs | |
| Expanded Property Coverage Endorsement | |
| Farm Earnings & Extra Expense - 1/4th of Monthly Earnings | $2,000,000 |
| Milk Contamination | $50,000 |
| Private Garage | |
| Reproductive Materials | |
|     Materials - Reproductive Materials | $10,000 |

| Equipment Breakdown |
|---|
| Equipment Breakdown |

## Westfield Insurance Farm Application

**Policy #: FAB 224492Y**

**Print Date: 04/19/2022**

| Coverage | Limit Of Insurance |
|----------|-------------------|
| Equipment Breakdown | $14,924,091 |
| Computers in the Dwelling | $5,000 |
| Data Restoration | $25,000 |
| Expediting Expenses | $25,000 |
| Hazardous Substances | $25,000 |
| Spoilage | $25,000 |
| Residence Loss Of Use | $1,000 |

**Liability**

Type of Farm Dairy          Occupancy Owner Occupied

| Coverage | Limit Of Insurance |
|----------|-------------------|
| Farm Coverage H - Farm Liability Occurrence Limit | $1,000,000 |
| Farm Coverage H - Farm Liability Aggregate Limit | $2,000,000 |
| Farm Coverage I - Personal & Advertising Injury Liability | $1,000,000 |
| Farm Coverage J - Medical Payments | $5,000 |
| Farm Fire Damage Liability | $500,000 |
| Pollution Liability - Limited Coverage Aggregate Limit | $500,000 |

**Liability Optional**

| Coverage | Limit Of Insurance |
|----------|-------------------|
| All-Terrain Vehicle Liability | |

**Loss History**

Loss Section not completed.

**Applicant/Individual Owner Insurance Score Information**

| Name: | Address: |
|-------|----------|
| Chantel York | PO BOX 1355 |
| | LAKE GENEVA, WALWORTH, WI 53147 |
| **Date of Birth:** | **Social Security #:** |
| 07/07/1990 | XXX-XX-3333 |

**Product Eligibility Questions**

Please provide previous carrier Information.

Any policy or coverage declined, cancelled, or non-renewed?

Has prior coverage been written with one of the Westfield Companies?

Any other insurance with this company currently?

Page 7 of 9

## Westfield Insurance Farm Application

**Policy #: FAB 224492Y**                                      **Print Date: 04/19/2022**

    Are any portions of the farm rented or leased or used by any other individual corporation or interest for other than farming?

    Is there an airstrip on the premises?

    Is there a trampoline on premises?

No    Are there any horses on any insured premises?

    Is there any processing of milk?

    Are any premises used for hunting purposes by other than the applicant?

    Is there a swimming pool on the premises?

    Is there any watercraft, all-terrain vehicle, or snowmobile exposure not to be insured in this policy?

    Is there a year-round water supply usable for fire protection within 1000 feet of buildings?

    Is any part of the farm used or leased for Agritainment?

    Does the applicant have membership in any organization or serve on any boards for remuneration?

Yes    Is livestock or poultry kept?

        Are all areas adequately fenced and/or are fences/confinement buildings in good condition?

        Does the applicant have a production or marketing contract?

Which of the following ranges best defines the gross sales of the farm?

---

**Equipment Breakdown Eligibility Questions**

    Have there been two or more equipment breakdown losses in the past 24 months?

    Does the risk include a commercial methane production operation?

    Has the risk had an equipment breakdown loss greater than $25,000 in the last 12 months?

## Westfield Insurance Farm Application

**Policy #: FAB 224492Y**

**Print Date: 04/19/2022**

Personal information about you, including information from a credit or other investigative report, may be collected from persons other than you in connection with this application for insurance and subsequent amendments and renewals. Such information as well as other personal and privileged information collected by us or our agents may in certain circumstances be disclosed to third parties without your authorization. Credit scoring information may be used to determine either your eligibility for insurance or the premium you will be charged. We may use a third party in connection with the development of your score. You have the right to review your personal information in our files and can request correction of any inaccuracies. A more detailed description of your rights and our practices regarding such information is available upon request. Contact your agent or broker for instructions on how to submit a request to us.

WISCONSIN: Any person who, knowingly and with intent to defraud any insurance company or other person, submits an application or claim containing any materially false or deceptive information or conceals, for the purpose of misleading, any material information commits a fraudulent insurance act which is a crime.

Applicant's Statement: I have read the above application and any attachments. I declare that the information in them is true, complete and correct to the best of my knowledge and belief. This information is being offered to the company as an inducement to issue the policy for which I am applying.

Applicant's Signature _____ Date _4/22/2022_

Producer's Signature _____ Date _____

Page 9 of 9



# General Application

**WESTFIELD**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

**Name: Merry-Water Farms Inc**          **Policy #: CWP 225971P**          **Print Date: 04/19/2022**



**WESTFIELD**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

**WesCom Commercial Lines Rating**
Preliminary Quote
Underwriting criteria requires further review. Rates are valid for
90 days from the enter date. COVERAGE NOT BOUND

**Policy Number:**
225971P

**Print Date:**
04/19/2022

**Quoted By:**
TB940AG

**Named Insured and Mailing Address:**
MERRY-WATER FARMS INC
PO BOX 1355
LAKE GENEVA, WI 53147

**Agency Code:**
3704620
**Producer Code:**
000

**Agency Information:**
AGRI-SERVICES AGENCY
315 S MAIN ST
ATHENS, PA 18810
(800) 654-8840

**Effective Date:**
05/01/2022

**Expiration Date:**
05/01/2023

**Named Insured Entity:**
Corporation

**Business Description:**
Dairy Farm

| This policy consists of the following coverage parts |
| --- |
| **Coverage Part** |
| Auto Coverage Part |
| Terrorism Insurance Coverage |

| Supporting Business | |
| --- | --- |
| **Supporting Business Policy Type:** | **Supporting Business Policy Number:** |
| This is a Farm supported quote | 224492Y |

| Applicant Information | | |
| --- | --- | --- |
| **Social Security Number:** | **FEIN:** | **Year Business Started:** 2012 |
| **Insured Phone Number:** 262 - 758 - 2906 | | |

| General Information |
| --- |

- None of the questions are applicable.
- Is the applicant a subsidiary of another entity or does the applicant have any subsidiaries?
- Is a formal safety program in operation?
- Any exposure to flammables, explosives, chemicals?
- Any catastrophe exposure?
- Any other insurance with this company or being submitted?

Page 1 of 11



**WESTFIELD'**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

## General Application

Name: Merry-Water Farms Inc          Policy #: CWP 225971P          Print Date: 04/19/2022

---

‗ Any policy or coverage declined, cancelled or non-renewed during the prior 3 years?

‗ Any past losses or claims relating to sexual abuse or molestation allegations, discrimination or negligent hiring?

‗ During the last ten years, has any applicant been convicted of any degree of the crime of arson?

‗ Any uncorrected fire code violations?

‗ Any bankruptcies, tax or credit liens against the applicant in the past 5 years?

‗ Is there more than one named insured?

---

| Prior Carrier | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Carrier Name** | **Policy #** | **Term** | **Premium** | **Property** | **Gen Liab** | **Auto** | **IM** | **Umbrella** | **Crime** |
| Other | | 2020-2021 | | No | No | Yes | No | No | No |

---

| Prior Carrier Loss Information | | | |
|---|---|---|---|
| No loss information is available for Commercial Auto | | | |
| No loss information is available for General Liability | | | |
| No loss information is available for Property | | | |
| **Coverage** | **Date of Loss** | **Amount Paid** | **Amount Reserved** |
| It is unknown if there are any losses during the past (4) years. | | | |

---

| Billing | |
|---|---|
| Billing Account #: | Date Due: 1 |
| Billing Type: | Payment Plan: |
| Renewal Billing Account #: | |
| Renewal Billing Type: | Renewal Payment Plan: |
| Bill To: Same as Mailing Address | |

---

Any person who knowingly and with intent to defraud any insurance company or another person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects the person to criminal and [NY:substantial] civil penalties (Not applicable in CO, HI, NE, OH, OK, OR, VT, IN, DC, LA, ME, TN and VA. Insurance benefits may also be denied.).

Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud (only applicable in OH).

The undersigned is an authorized representative of the applicant and certifies that reasonable inquiry has been made to obtain the answers to questions on this application. He/She certifies that the answers are true, correct and complete to the best of his/her knowledge.

Applicant's Signature          Date  4/22/2022

Producer's Signature          Date

Page 2 of 11



**WESTFIELD**

One Park Circle P.O. Box 5001
Westfield Center, OH 44251

### General Application

**Name:** Merry-Water Farms Inc     **Policy #:** CWP 225971P     **Print Date:** 04/19/2022

---

Producer to retain signed application.

<u>Notice of Insurance Information Practices</u> Personal information about you, including information from a credit report, may be collected from persons other than you in connection with this application for insurance and subsequent policy renewals. Such information as well as other and privileged information collected by us or our agents may in certain circumstances be disclosed to third parties without your authorization. You have the right to review your personal information in our files and can request corrections of any inaccuracies. A more detailed description of your rights and our practices regarding such information is available upon request. Contact your agent or broker for instructions on how to submit a request to us.

Page 3 of 11



**WESTFIELD**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

## Auto Application

Name: Merry-Water Farms Inc     Policy #: CWP 225971P     Print Date: 04/19/2022

### Schedule of Coverage and Covered Autos

| Coverage | Symbols (where applicable) | Rating Info | |
|---|---|---|---|
| Combined Single Limit Liability | 01 | $1,000,000 | Limit |
| Medical Payments | 07 | $5,000 | Limit |
| Uninsured Motorists | 07 , 08 , 09 | $1,000,000 | Limit |
| Underinsured Motorists | 07 , 08 , 09 | $1,000,000 | Limit |
| Comprehensive | 07 , 08 | | |
| Collision | 07 , 08 | | |
| Hired or Borrowed Covered Auto | | Excess Coverage | Coverage Type |
| Hired or Borrowed Covered Auto | | IF ANY | Estimated Annual Cost of Hire |
| Hired or Borrowed Covered Auto Uninsured Motorists Wisconsin | | $1,000,000 | Limit |
| Non-Owned Auto Liability | | | |
| Non-Owned Auto Uninsured Motorists Wisconsin | | $1,000,000 | Limit |
| Business Auto Expanded | | | |

### Schedule of Covered Autos You Own

**VEHICLE# 1 - 1989 East Trailer - 1E1D3K28XKRC10567 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Trailer Type | Business Use | Radius |
|---|---|---|---|---|---|
| $11,000 | | 68469 | Trailers: | | Local (1-50 miles) |

| Secondary Classification | | Sub Secondary | PPT Use | Drive to Work/School | Speciality Vehicle Type |
|---|---|---|---|---|---|
| Farmers | | All Other | | | Trucks, Tractors, Trailers (Non-Dumping) |

| Liab | PDD | Med Pay | PIP | Added PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | X | | | | | | | | | | | |

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Deductible | UMPD | UMS Stack |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

| Comp | Coll | Towing | Rental Re | Loan/Lease Gap | F&T | Pass Haz | Ice Haz |
|---|---|---|---|---|---|---|---|
| $500 | $1000 | | | | | | |

**VEHICLE# 2 - 2003 Freightliner Con - 1FUJA6CVX3LL73554 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Trailer Type | Business Use | Radius |
|---|---|---|---|---|---|
| $107,785 | | 50469 | Extra-Heavy Truck-Tractors; Over 45,000 GCW | | Local (1-50 miles) |

| Secondary Classification | Sub Secondary | PPT Use | Drive to Work/School | Speciality Vehicle Type |
|---|---|---|---|---|
| | | | | |

Page 4 of 11



**WESTFIELD**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

### Auto Application

Name: Merry-Water Farms Inc    Policy #: CWP 225971P    Print Date: 04/19/2022

| Farmers | | | | | All Other | | | | | | | | Trucks, Tractors, Trailers (Non-Dumping) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Llab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | | Excl PIP | PDB |
| X | | X | | | | | | | | | | | | |
| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Dedu ctible | | UMPD | UMS Stack |
| | | | | | | | | | X | X | | | | |
| Comp | | Coll | | Towing | | Rental Re | | Loan/Lease Gap | | F&T | | Pass Haz | | Ice Haz |
| $500 | | $1000 | | | | | | | | | | | | |

---

**VEHICLE# 3 - 1997 Mack 600 - 1M1AA13Y8VW070889 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Traile r Type | Business Use | Radius |
|---|---|---|---|---|---|
| $97,384 | | 50469 | Extra-Heavy Truck-Tractors; Over 45,000 GCW | | Local (1-50 miles) |
| Secondary Classification | | Sub Secondary | PPT Use | Drive to Work/School | Speciality Vehicle Type |

| Farmers | | | | | All Other | | | | | | | | Trucks, Tractors, Trailers (Non-Dumping) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Llab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | | Excl PIP | PDB |
| X | | X | | | | | | | | | | | | |
| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Dedu ctible | | UMPD | UMS Stack |
| | | | | | | | | | X | X | | | | |
| Comp | | Coll | | Towing | | Rental Re | | Loan/Lease Gap | | F&T | | Pass Haz | | Ice Haz |
| $500 | | $1000 | | | | | | | | | | | | |

---

**VEHICLE# 4 - 2007 Moyer Trailer - 1W9SMZ8217C269412 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Traile r Type | Business Use | Radius |
|---|---|---|---|---|---|
| $12,000 | | 67469 | Semitrailers; | | Local (1-50 miles) |
| Secondary Classification | | Sub Secondary | PPT Use | Drive to Work/School | Speciality Vehicle Type |

| Farmers | | | | | All Other | | | | | | | | Trucks, Tractors, Trailers (Non-Dumping) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Llab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | | Excl PIP | PDB |
| X | | X | | | | | | | | | | | | |



**WESTFIELD**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

## Auto Application

Name: Merry-Water Farms Inc     Policy #: CWP 225971P     Print Date: 04/19/2022

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Deductible | UMPD | UMS Stack |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Comp | Coll | Towing | Rental Re | Loan/Lease Gap | F&T | Pass Haz | Ice Haz |
|---|---|---|---|---|---|---|---|
| $500 | $1000 | | | | | | |

---

**VEHICLE# 5 - 2009 Meyer Trailer - 1W9SMZ8299C269644 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Trailer Type | Business Use | Radius |
|---|---|---|---|---|---|
| $18,000 | | 67469 | Semitrailers; | | Local (1-50 miles) |

| Secondary Classification | Sub Secondary | PPT Use | Drive to Work/School | Speciality Vehicle Type |
|---|---|---|---|---|
| Farmers | All Other | | | Trucks, Tractors, Trailers (Non-Dumping) |

| Liab | PDD | Med Pay | PIP | Added PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| x | | x | | | | | | | | | | | |

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Deductible | UMPD | UMS Stack |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Comp | Coll | Towing | Rental Re | Loan/Lease Gap | F&T | Pass Haz | Ice Haz |
|---|---|---|---|---|---|---|---|
| $500 | $1000 | | | | | | |

---

**VEHICLE# 6 - 1986 Freuhauf Trailer - FWG629501 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Trailer Type | Business Use | Radius |
|---|---|---|---|---|---|
| | $2,000 | 67469 | Semitrailers; | | Local (1-50 miles) |

| Secondary Classification | Sub Secondary | PPT Use | Drive to Work/School | Speciality Vehicle Type |
|---|---|---|---|---|
| Farmers | All Other | | | Trucks, Tractors, Trailers (Non-Dumping) |

| Liab | PDD | Med Pay | PIP | Added PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| x | | x | | | | | | | | | | | |

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Deductible | UMPD | UMS Stack |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Comp | Coll | Towing | Rental Re | Loan/Lease Gap | F&T | Pass Haz | Ice Haz |
|---|---|---|---|---|---|---|---|

---

**VEHICLE# 7 - 1980 City Trailer - S4041906 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Trailer Type | Business Use | Radius |
|---|---|---|---|---|---|

Page 6 of 11



**WESTFIELD®**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

**Auto Application**

Name: Merry-Water Farms Inc    Policy #: CWP 225971P    Print Date: 04/19/2022

| | $2,000 | | 68469 | | | Trailers: | | | | | Local (1-50 miles) | |

| Secondary Classification | | | Sub Secondary | | PPT Use | | Drive to Work/School | | Speciality Vehicle Type | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | Trucks, Tractors, Trailers (Non-Dumping) | |
| Farmers | | | | All Other | | | | | | | |

| Liab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | X | | | | | | | | | | | |

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Dedu ctible | UMPD | UMS Stack |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

| Comp | Coll | Towing | Rental Re | Loan/Lease Gap | F&T | Pass Haz | Ice Haz |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

---

| VEHICLE# 8 - 2001 Sterling Truck - 2FWYHZYB71AF23689 LAKE GENEVA, WALWORTH WI 53147 Territory:110 |

| Cost New | Stated Amount | Class | G.V.Weight.Traile r Type | Business Use | Radius |
|---|---|---|---|---|---|
| $85,825 | | 40469 | Extra-Heavy Trucks; Over 45,000 GVW | | Local (1-50 miles) |

| Secondary Classification | | | Sub Secondary | | PPT Use | | Drive to Work/School | | Speciality Vehicle Type | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | Trucks, Tractors, Trailers (Non-Dumping) | |
| Farmers | | | | All Other | | | | | | | |

| Liab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | X | | | | | | | | | | | |

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Dedu ctible | UMPD | UMS Stack |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | X | X | | | |

| Comp | Coll | Towing | Rental Re | Loan/Lease Gap | F&T | Pass Haz | Ice Haz |
|---|---|---|---|---|---|---|---|
| $500 | $1000 | | | | | | |

---

| VEHICLE# 9 - 2000 Sterling Truck - 2FZYHWEB6YAG80906 LAKE GENEVA, WALWORTH WI 53147 Territory:110 |

| Cost New | Stated Amount | Class | G.V.Weight.Traile r Type | Business Use | Radius |
|---|---|---|---|---|---|
| | $83,250 | 40469 | Extra-Heavy Trucks; Over 45,000 GVW | | Local (1-50 miles) |

| Secondary Classification | | | Sub Secondary | | PPT Use | | Drive to Work/School | | Speciality Vehicle Type | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | Trucks, Tractors, Trailers (Non-Dumping) | |
| Farmers | | | | All Other | | | | | | | |

| Liab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | X | | | | | | | | | | | |

Page 7 of 11

**WESTFIELD**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

**Auto Application**

Name: Merry-Water Farms Inc        Policy #: CWP 225971P        Print Date: 04/19/2022

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Deductible | UMPD | UMS Stack |
|-----|--------|--------|--------|--------|----------|-------------|-------------|--------------|-----|-----|----------------|------|-----------|
|     |        |        |        |        |          |             |             |              | X   | X   |                |      |           |

| Comp | Coll | Towing | Rental Re | Loan/Lease Gap | F&T | Pass Haz | Ice Haz |
|------|------|--------|-----------|----------------|-----|----------|---------|
| $500 | $1000 |       |           |                |     |          |         |

---

**VEHICLE# 10 - 2016 Ram 5500 - 3C7WRNBL8GG121243 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Trailer Type | Business Use | Radius |
|----------|---------------|-------|-------------------------|--------------|--------|
| $37,145 |               | 21469 | Medium Trucks; 10,001-20,000 GVW | Service | Local (1-50 miles) |

| Secondary Classification | Sub Secondary | PPT Use | Drive to Work/School | Speciality Vehicle Type |
|--------------------------|---------------|---------|----------------------|-------------------------|
| Farmers | All Other |       |                      | Trucks, Tractors, Trailers (Non-Dumping) |

| Liab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
|------|-----|---------|-----|-----------|---------|------|-----------|-----|------|-----|-----|----------|-----|
| X    |     | X       |     |           |         |      |           |     |      |     |     |          |     |

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Deductible | UMPD | UMS Stack |
|-----|--------|--------|--------|--------|----------|-------------|-------------|--------------|-----|-----|----------------|------|-----------|
|     |        |        |        |        |          |             |             |              | X   | X   |                |      |           |

| Comp | Coll | Towing | Rental Re | Loan/Lease Gap | F&T | Pass Haz | Ice Haz |
|------|------|--------|-----------|----------------|-----|----------|---------|
| $500 | $1000 |       |           |                |     |          |         |

---

**VEHICLE# 11 - 2007 International - 1HSHXAHR97J451544 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Trailer Type | Business Use | Radius |
|----------|---------------|-------|-------------------------|--------------|--------|
| $55,000 |               | 40469 | Extra-Heavy Trucks; Over 45,000 GVW |  | Local (1-50 miles) |

| Secondary Classification | Sub Secondary | PPT Use | Drive to Work/School | Speciality Vehicle Type |
|--------------------------|---------------|---------|----------------------|-------------------------|
| Farmers | All Other |       |                      | Trucks, Tractors, Trailers (Non-Dumping) |

| Liab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
|------|-----|---------|-----|-----------|---------|------|-----------|-----|------|-----|-----|----------|-----|
| X    |     | X       |     |           |         |      |           |     |      |     |     |          |     |

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Deductible | UMPD | UMS Stack |
|-----|--------|--------|--------|--------|----------|-------------|-------------|--------------|-----|-----|----------------|------|-----------|
|     |        |        |        |        |          |             |             |              | X   | X   |                |      |           |

| Comp | Coll | Towing | Rental Re | Loan/Lease Gap | F&T | Pass Haz | Ice Haz |
|------|------|--------|-----------|----------------|-----|----------|---------|
|      |      |        |           |                |     |          |         |



**WESTFIELD®**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

**Auto Application**

Name: Merry-Water Farms Inc    Policy #: CWP 225971P    Print Date: 04/19/2022

| | |
|---|---|
| $500 | $1000 |

---

**VEHICLE# 12 - 2007 INT'L 8000 - 1HSHXAHRX7J451536 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Trailer Type | Business Use | Radius |
|---|---|---|---|---|---|
| $110,178 | | 40469 | Extra-Heavy Trucks; Over 45,000 GVW | | Local (1-50 miles) |

| Secondary Classification | | Sub Secondary | PPT Use | Drive to Work/School | Speciality Vehicle Type |
|---|---|---|---|---|---|
| Farmers | | All Other | | | Trucks, Tractors, Trailers (Non-Dumping) |

| Llab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | X | | | | | | | | | | | |

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Deductible | UMPD | UMS Stack |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | X | X | | | |

| Comp | Coll | Towing | Rental Re | Loan/Lease Gap | F&T | Pass Haz | Ice Haz |
|---|---|---|---|---|---|---|---|
| $500 | $1000 | | | | | | |

---

**VEHICLE# 13 - 2007 Meyer 9136T - 1W95M28287C269437 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Trailer Type | Business Use | Radius |
|---|---|---|---|---|---|
| $9,000 | | 68469 | Trailers; | | Local (1-50 miles) |

| Secondary Classification | | Sub Secondary | PPT Use | Drive to Work/School | Speciality Vehicle Type |
|---|---|---|---|---|---|
| Farmers | | All Other | | | Trucks, Tractors, Trailers (Non-Dumping) |

| Llab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | | X | | | | | | | | | | | |

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Deductible | UMPD | UMS Stack |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

| Comp | Coll | Towing | Rental Re | Loan/Lease Gap | F&T | Pass Haz | Ice Haz |
|---|---|---|---|---|---|---|---|
| $500 | $1000 | | | | | | |

---

**VEHICLE# 14 - 2007 FORD RANGER REGUL - 1FTYR10D67PA97238 LAKE GENEVA, WALWORTH WI 53147 Territory:110**

| Cost New | Stated Amount | Class | G.V.Weight.Trailer Type | Business Use | Radius |
|---|---|---|---|---|---|
| $16,255 | | 01469 | Light Trucks; 0-10,000 GVW | Service | Local (1-50 miles) |

Page 9 of 11


**WESTFIELD**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

## Auto Application

Name: Merry-Water Farms Inc    Policy #: CWP 225971P    Print Date: 04/19/2022

| Secondary Classification | | | | | Sub Secondary | | PPT Use | | Drive to Work/School | | | Speciality Vehicle Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Farmers | | | | | All Other | | | | | | | Trucks, Tractors, Trailers (Non-Dumping) | |
| Liab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
| X | | X | | | | | | | | | | | |

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Dedu ctible | UMPD | UMS Stack |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | X | X | | | |

| Comp | | Coll | | Towing | | Rental Re | | Loan/Lease Gap | | F&T | | Pass Haz | | Ice Haz |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $500 | | $1000 | | | | | | | | | | | | |

---

### VEHICLE# 15 - 2003 FORD RANGER SUPER - 1FTZR45E53PA77600 LAKE GENEVA, WALWORTH WI 53147 Territory:110

| Cost New | | Stated Amount | | Class | | G.V.Weight.Traile r Type | | Business Use | | Radius | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $17,995 | | | | 01469 | | Light Trucks; 0-10,000 GVW | | Service | | Local (1-50 miles) | |

| Secondary Classification | | | | | Sub Secondary | | PPT Use | | Drive to Work/School | | | Speciality Vehicle Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Farmers | | | | | All Other | | | | | | | Trucks, Tractors, Trailers (Non-Dumping) | |
| Liab | PDD | Med Pay | PIP | Adde d PIP | Ext PIP | PIPD | PIP Stack | PPI | PPID | COB | EAC | Excl PIP | PDB |
| X | | X | | | | | | | | | | | |

| FPB | FPB-FE | FPB-ME | FPW-WL | FPB-AD | Comb FPB | Ext Med Pay | Med Exp Ben | Inc Loss Ben | UMS | UNS | UMS Dedu ctible | UMPD | UMS Stack |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | X | X | | | |

| Comp | | Coll | | Towing | | Rental Re | | Loan/Lease Gap | | F&T | | Pass Haz | | Ice Haz |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $500 | | $1000 | | | | | | | | | | | | |

---

### General Information

None of the questions are applicable.

_ With the exception of encumbrances, are any vehicles not solely owned by and registered to the applicant?

_ Do over 50% of the employees use their autos in the business?

_ Is there a vehicle maintenance program in operation?

_ Are any vehicles leased to others?

_ Are any vehicles customized, altered or have special equipment?

_ Are ICC, PUC or other filings required?

_ Do operations involve transporting hazardous material?

_ Any hold harmless agreements?

Page 10 of 11



**WESTFIELD®**
One Park Circle P.O. Box 5001
Westfield Center, OH 44251

## Auto Application

Name: Merry-Water Farms Inc    Policy #: CWP 225971P    Print Date: 04/19/2022

- _ Any vehicles used by family members?
- _ Does the applicant obtain MVR verifications?
- _ Does the applicant have a specific driver recruiting method?
- _ Are any drivers not covered by workers compensation?
- _ Any vehicles owned but not scheduled on this application?

### Driver Information

| Name | Date of Birth | License Number | License State | Date of Hire | DOC Applies? | Spouse/Civil Union Partner Applies? | Broadened PIP Applies? | Broadened FPB Applies? |
|------|------|------|------|------|------|------|------|------|
| Kenneth York | 3/23/1952 | Y6205105210308 | WI | | No | No | No | No |
| Brad Kauer | 11/15/1979 | K6000787941509 | WI | | No | No | No | No |
| Quinn York | 12/26/1984 | Y6207138446602 | WI | | No | No | No | No |
| Chantel York | 7/7/1990 | Y6201189074702 | WI | | No | No | No | No |
| Lance York | 4/26/1988 | Y6205378814604 | WI | | No | No | No | No |



**ASA**
Agri-Services Agency
*Leaders in Agricultural Insurance*

**Worker's Compensation**
**PAYMENT OPTION SELECTION**

NAME:_____  POLICY #:_____

ADDRESS:_____

**Payment options: (*Please choose the <u>one</u> that fits your needs*)**

    **\*\*Please Note:** *A 25% down payment is required on <u>all</u> New Business applications.*
        **New Business & Renewals over $10,000 in premium are eligible for Monthly payment options**

☐ Milk Check deductions\* *(Complete Section A) (available for any premium size)*\*\*

☐ Checking Account deductions\* (EFT) *(Complete Section B) (available for any premium size)*\*\*
    \* Depending on the billing cycle, **monthly installments will be deducted in 9, 10, 11 or 12 equal payments.**

☒ **Monthly Payment Option (Over $10,000 premium required)**
    \* New Business requires 25% deposit, the remaining payments will be monthly
    \* Renewals are entirely monthly payments without the 25% deposit

☐ 25% deposit and 2 equal installments *(available for annual premiums $1,500 and under)*

☐ 25% deposit and 4 equal installments *(available for annual premiums $1,501 and over)*

☐ 25% deposit and 9 equal installments *(available for annual premiums over $10,000) – Applicable to New Business Only*

## <u>SECTION A:</u>

## Complete only if you choose Milk Check Deductions

I authorize and hereby direct Agri-Services Agency, LLC to deduct the current year premium installments payments and any outstanding audit balances in full from the milk cooperative shown below. **THIS AUTHORITY IS TO REMAIN IN EFFECT UNTIL AGRI-SERVICES AGENCY LLC RECEIVES A WRITTEN NOTIFICATION FROM ME REVOKING THIS AUTHORIZATION.**

Information <u>required</u> of Member for whom monthly milk check deductions will be made:

NAME OF MILK COOPERATIVE:_____

MEMBER NAME:_____

MEMBER/CONTRACT NUMBER:_____  COUNCIL #:_____

PAYEE CODE:_____

_____         _____
         SIGNATURE                                              DATE

> **Please be aware that it is <u>your responsibility</u> to notify your Milk Cooperative of your intention to have a milk check deduction for workers' compensation insurance.**

**Please Note:** Unless notified otherwise, past due audit premiums <u>will</u> be deducted from your milk check.
                                ***OVER** (for EFT authorization)* ➔     Ed Date 1/30/2019

5001 Brittonfield Parkway • P.O. Box 4910 • Syracuse, New York • 13221-4910
1-800-654-8840 • Fax: 315-431-1310 • www.agri-servicesagency.com

## SECTION B:

## Bank Draft Authorization for Workers' Compensation Insurance

**Complete only if you choose Checking Account deductions (EFT) based on the billing cycle established.**

Print or type all application information clearly and accurately.

**Part I - Identifying Information**

| Name (first, middle initial, last) | | | Date of birth |
|---|---|---|---|
| Chantel York | | | 7/7/1990 |
| Address (number and street) | | | Daytime telephone # |
| N1240 Hillside Rd | | | 262-758-2906 |
| City | State | Zip Code | Evening telephone # |
| Lake Geneva | WI | 53147 | 262-758-2906 |
| | | | Date |
| | | | 4/22/2022 |

**Part II - Payment Record/Bank Draft Authorization**

Name, city, and state of bank or financial institution

Nicolet National Bank    860 N Rapids Rd Manitowoc, WI 54220

| Bank Transit / Routing # | Checking / Savings Account # | Bank or Financial Institution Telephone # |
|---|---|---|
| 075912864 | 1023136 | 920-645-6100 |

OFFICE USE ONLY:  Bank transit/routing number

**Electronic Funds Transfer (EFT) transactions will be deducted from your account on or around the 10th of every month according to the billing cycle established.**

I hereby authorize Agri-Services Agency, LLC to charge my bank account from the financial institution listed above.  I agree that if any charge is dishonored, whether intentionally or inadvertently, Agri-Services Agency, LLC shall be under no liability whatsoever.  A $20.00 fee can be assessed to your account for each and any charge that is dishonored.  **THIS AUTHORITY IS TO REMAIN IN EFFECT UNTIL AGRI-SERVICES AGENCY, LLC RECEIVES A WRITTEN NOTIFICATION FROM ME REVOKING THE AUTHORIZATION.**

| Sign Here | Signature of account owner | |
|---|---|---|
| | *Chantel York* | |
| | Print name of account owner | Date: |
| | Chantel York | 04-22-2022 |

## PLEASE ATTACH A BLANK VOIDED CHECK OR
## PHOTOCOPY OF A CANCELLED CHECK WITH THIS FORM.

Please Note:  Audit premiums are **not** automatically deducted from EFT

5001 Brittonfield Parkway • P.O. Box 4910 • Syracuse, New York • 13221-4910
1-800-654-8840 • Fax: 315-431-1310 • www.agri-servicesagency.com



**ASA**
Agri-Services Agency
*Leaders in Agricultural Insurance*

**Agri Services Safety Group (ASSG)**
**Workers' Compensation and Employers Liability**
**Safety Dividend Plan Participation Form**

Insured: <u>Merry Water Farms Inc</u>

Policy Number: UB – 004T252453 _
Policy Period:   <u>5/1/2022 - 4/1/2023</u>

Agrisurance Inc. offers an annual safety dividend to policyholders under the following conditions:

1. Participation in safety dividend plan requires a common expiration date of either January 1st or April 1st and will be reviewed at each renewal for eligibility.

2. Safety dividends are not guaranteed in advance and are payable upon specific declaration by the Board of Directors.

3. Dividends are paid to policyholders in good standing with the company and who are in compliance with the State Workers Compensation laws. Premium payments, including audit premiums must be paid to receive a dividend.

4. Dividend payments will be made only if the dividend equals or exceeds $250.00.

<u>Definitions and Eligibility Requirements:</u>

<u>Net Earned Premium:</u>  This is the state premium after the application of any increased employers liability charge, schedule rating, experience modification and premium discount. It does not include the following: state assessments, fees, charges, expense constant, foreign terrorism or domestic terrorism, including earthquake and catastrophic industrial accidents.

<u>Premium Eligibility:</u>  Dividends will be paid on policies generating $15,000 or more in audited net earned premium providing the coverage term is a minimum of six months.

<u>Incurred Losses:</u>  Losses include all amounts that are paid or estimated to be paid, including interest on judgments, expenses to recover against third parties, and for workers compensation and employers liability allocated and unallocated loss adjustment expenses. Losses will be valued nine months after policy expiration.

<u>Loss Ratio:</u> This is the ratio of incurred losses over net earned premiums.

| | $15,000-24,999 | $25,000-49,999 | $50,000-74,999 | $75,000 & Over |
|---|---|---|---|---|
| Loss Ratio % | | | | |
| 0-5% | .13 | .18 | .23 | .25 |
| 5.1-10% | .10 | .15 | .18 | .20 |
| 10.1-20% | .07 | .12 | .15 | .18 |
| 20.1-30% | .05 | .10 | .13 | .15 |
| 30.1-40% | .03 | .05 | .07 | .08 |
| 40.1 – 45% | .02 | .03 | .04 | .04 |
| Over 45.1% | 0 | 0 | 0 | 0 |

By signing this participation form, the named insured has agreed to the terms of the plan and acknowledges that all terms, conditions and provisions of the plan are understood.

Signature of Insured: _____
(Proprietor, Partner or Authorized Officer of the Corporation)

4/22/22
Date Signed

5ᵗʰ Edition: August 2013



Welcome to Westfield Insurance!  Thank you for selecting Westfield as your insurance carrier and for placing your trust in us.

In business since 1848, Westfield has a longstanding reputation for stability, integrity and financial strength.  You can rely on us to add value by providing underwriting expertise in a forthright and professional manner.

Insurance from Westfield is available exclusively through leading independent agents who bring knowledge and service excellence to customers.  If you have any questions on your insurance, please contact your independent insurance agent:

AGRI-SERVICES AGENCY

800-654-8840

We look forward to fulfilling your business needs and delivering on Westfield's promise of protection.  Welcome, and thank you for allowing us to serve you.

Sincerely,

*Edward J. Largent III*

Edward J. Largent III
President
Westfield Insurance

Ohio Farmers Insurance Company - Westfield Insurance Company - Westfield National Insurance Company
American Select Insurance Company - Old Guard Insurance Company
One Park Circle - P.O. Box 5001 - Westfield Center, Ohio  44251-5001
1.800.243.0210 - fax 330.887.0840 - www.westfieldinsurance.com

**AD 1272  01 09**

Amended Complaint - Exhibit B

IDENTITY TRAVEL ASSISTANCE

Providing assistance in the event of:
lost wallet, passport or other identification.



**WESTFIELD®**

Program No: WFI-002

Policy No. FAB 224492Y

**IDT911**

AD 87 61 F 01 07

WORLDWIDE AND TOLL-FREE 24/7
Dial country code below, then dial Identity Theft 911 at 1-877-848-2911.

| | | | |
|---|---|---|---|
| Australia and Tasmania | 1-800-881-011 | Italy | 800-172-444 |
| Austria | 0-800-200-288 | Japan | 00-539-111 |
| Belgium | 0-800-100-10 | Mexico | 01-800-288-2872 |
| Brazil | 0800-890-0288 | The Netherlands | 0800-022-9111 |
| Northern China | 108-888 | New Zealand | 000-911 |
| Southern China | 108-11 | The Philippines | 105-11 |
| Egypt - from Cairo | 510-0200 | Portugal | 800-800-128 |
| Egypt - outside of Cairo | 02-510-0200 | Singapore | 800-011-1111 |
| Finland | 0-8001-10015 | South Africa | 0-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 |
| France | 0-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 | South Korea Telecom | 00-729-11 |
| Germany | 0800-225-5288 | South Korea ONSE | 00-369-11 |
| Greece | 00-800-1311 | South Korea Dacom | 00-309-11 |
| Hong Kong | 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 | Spain | 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 |
| Indonesia | 001-801-10 | Switzerland | 0-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 |
| Ireland | 1-800-550-000 | Thailand | 1-800-000-133 |
| Israel Bezeq Telecom | 1-800-94-949 | Turkey | 00-800-122-77 |
| Israel Golden Lines Telecom | 1-800-92-22-222 | U.K., Northern Ireland | 0-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 |
| Israel Barak Telecom | 1-800-93-33-333 | U.S., Canada, Puerto Rico, U.S. Virgin Island, and Bermuda | 1-877-848-2911 |

IDENTITY TRAVEL ASSISTANCE

Providing assistance in the event of:
lost wallet, passport or other identification.

**WESTFIELD®**

Program No: WFI-002

Policy No. FAB 224492Y

**IDT911**

AD 87 61 F 01 07

WORLDWIDE AND TOLL-FREE 24/7
Dial country code below, then dial Identity Theft 911 at 1-877-848-2911.

| | | | |
|---|---|---|---|
| Australia and Tasmania | 1-800-881-011 | Italy | 800-172-444 |
| Austria | 0-800-200-288 | Japan | 00-539-111 |
| Belgium | 0-800-100-10 | Mexico | 01-800-288-2872 |
| Brazil | 0800-890-0288 | The Netherlands | 0800-022-9111 |
| Northern China | 108-888 | New Zealand | 000-911 |
| Southern China | 108-11 | The Philippines | 105-11 |
| Egypt - from Cairo | 510-0200 | Portugal | 800-800-128 |
| Egypt - outside of Cairo | 02-510-0200 | Singapore | 800-011-1111 |
| Finland | 0-8001-10015 | South Africa | 0-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 |
| France | 0-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 | South Korea Telecom | 00-729-11 |
| Germany | 0800-225-5288 | South Korea ONSE | 00-369-11 |
| Greece | 00-800-1311 | South Korea Dacom | 00-309-11 |
| Hong Kong | 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 | Spain | 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 |
| Indonesia | 001-801-10 | Switzerland | 0-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 |
| Ireland | 1-800-550-000 | Thailand | 1-800-000-133 |
| Israel Bezeq Telecom | 1-800-94-949 | Turkey | 00-800-122-77 |
| Israel Golden Lines Telecom | 1-800-92-22-222 | U.K., Northern Ireland | 0-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 |
| Israel Barak Telecom | 1-800-93-33-333 | U.S., Canada, Puerto Rico, U.S. Virgin Island, and Bermuda | 1-877-848-2911 |

IDENTITY TRAVEL ASSISTANCE

Providing assistance in the event of:
lost wallet, passport or other identification.



**WESTFIELD®**

Program No: WFI-002

Policy No. FAB 224492Y

**IDT911**

AD 87 61 F 01 07

WORLDWIDE AND TOLL-FREE 24/7
Dial country code below, then dial Identity Theft 911 at 1-877-848-2911.

| | | | |
|---|---|---|---|
| Australia and Tasmania | 1-800-881-011 | Italy | 800-172-444 |
| Austria | 0-800-200-288 | Japan | 00-539-111 |
| Belgium | 0-800-100-10 | Mexico | 01-800-288-2872 |
| Brazil | 0800-890-0288 | The Netherlands | 0800-022-9111 |
| Northern China | 108-888 | New Zealand | 000-911 |
| Southern China | 108-11 | The Philippines | 105-11 |
| Egypt - from Cairo | 510-0200 | Portugal | 800-800-128 |
| Egypt - outside of Cairo | 02-510-0200 | Singapore | 800-011-1111 |
| Finland | 0-8001-10015 | South Africa | 0-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 |
| France | 0-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 | South Korea Telecom | 00-729-11 |
| Germany | 0800-225-5288 | South Korea ONSE | 00-369-11 |
| Greece | 00-800-1311 | South Korea Dacom | 00-309-11 |
| Hong Kong | 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 | Spain | 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 |
| Indonesia | 001-801-10 | Switzerland | 0-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 |
| Ireland | 1-800-550-000 | Thailand | 1-800-000-133 |
| Israel Bezeq Telecom | 1-800-94-949 | Turkey | 00-800-122-77 |
| Israel Golden Lines Telecom | 1-800-92-22-222 | U.K., Northern Ireland | 0-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 |
| Israel Barak Telecom | 1-800-93-33-333 | U.S., Canada, Puerto Rico, U.S. Virgin Island, and Bermuda | 1-877-848-2911 |

IDENTITY TRAVEL ASSISTANCE

Providing assistance in the event of:
lost wallet, passport or other identification.

**WESTFIELD®**

Program No: WFI-002

Policy No. FAB 224492Y

**IDT911**

AD 87 61 F 01 07

WORLDWIDE AND TOLL-FREE 24/7
Dial country code below, then dial Identity Theft 911 at 1-877-848-2911.

| | | | |
|---|---|---|---|
| Australia and Tasmania | 1-800-881-011 | Italy | 800-172-444 |
| Austria | 0-800-200-288 | Japan | 00-539-111 |
| Belgium | 0-800-100-10 | Mexico | 01-800-288-2872 |
| Brazil | 0800-890-0288 | The Netherlands | 0800-022-9111 |
| Northern China | 108-888 | New Zealand | 000-911 |
| Southern China | 108-11 | The Philippines | 105-11 |
| Egypt - from Cairo | 510-0200 | Portugal | 800-800-128 |
| Egypt - outside of Cairo | 02-510-0200 | Singapore | 800-011-1111 |
| Finland | 0-8001-10015 | South Africa | 0-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 |
| France | 0-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 | South Korea Telecom | 00-729-11 |
| Germany | 0800-225-5288 | South Korea ONSE | 00-369-11 |
| Greece | 00-800-1311 | South Korea Dacom | 00-309-11 |
| Hong Kong | 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 | Spain | 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 |
| Indonesia | 001-801-10 | Switzerland | 0-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 |
| Ireland | 1-800-550-000 | Thailand | 1-800-000-133 |
| Israel Bezeq Telecom | 1-800-94-949 | Turkey | 00-800-122-77 |
| Israel Golden Lines Telecom | 1-800-92-22-222 | U.K., Northern Ireland | 0-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 |
| Israel Barak Telecom | 1-800-93-33-333 | U.S., Canada, Puerto Rico, U.S. Virgin Island, and Bermuda | 1-877-848-2911 |

Amended Complaint - Exhibit B



# Welcome to Westfield Insurance!

## Billing Services
We will mail a separate invoice approximately 20 days before the effective date of your policy. Please mail all payments in the envelope provided with your invoice to Westfield Insurance, PO Box 9001566, Louisville, KY, 40290-1566.

## WICdraw
WICdraw is an electronic funds transfer program that will save you time and money. With your approval, Westfield Insurance will draw payments directly from your checking, savings, or credit union account. To enroll in WICdraw, complete the enrollment form enclosed with your invoice.

## Pay by Phone
Call JPMorgan Chase Pay Connexion's automated toll-free number at 1.800.766.9133 to make your payment using your Visa®, MasterCard®, Discover®, debit card or checking account. JPMorgan will charge a convenience fee for this service and reserves the right to limit the amount of each transaction.

## Payment Plans and Installment Fees
Your invoice will indicate the payment plan you have selected. You may choose another payment plan at any time by contacting billing customer service at 1.800.552.9134. Some exceptions apply. Installment fees are charged according to the payment option you select and vary by state.

| Pay Plan | Pay by Check | Pay electronically "WICdraw" |
|---|---|---|
| Monthly | $5.00 | - 0 - |
| Quarterly | $5.00 | - 0 - |
| Semi-Annual | - 0 - | - 0 - |
| Annual | - 0 - | - 0 - |

## Due Dates and Additional Assistance
Payment is expected on or before the due date. You may choose to change the due date on your account or contact us at **1.800.552.9134** for additional information.

## Thank You!
We appreciate your business. If you have any questions about your insurance protection, please contact your independent agent.

**AD 759  08 10**



# IMPORTANT NOTICE TO OUR POLICYHOLDERS

*Westfield Insurance Fraud Hot-Line*

PLEASE READ THIS IMPORTANT INFORMATION

- Fraudulent insurance claims cost us all money.
- Call us if you have information concerning a fraudulent insurance claim.
- All information will be kept confidential.
- Call and discuss your information with a trained investigator, or leave the information anonymously on a telephone answering machine.
- We can all help fight insurance fraud.

AD 8522  (08-10)

## Be a Fraud Buster
## 1-800-654-6482

## Detach and retain information below for future use.

                              

**Fraud Hot-Line**                    **Fraud Hot-Line**
**1-800-654-6482**                    **1-800-654-6482**

 WESTFIELD'              WESTFIELD'

**Westfield Center, Ohio  44251**      **Westfield Center, Ohio  44251**
**www.westfieldinsurance.com**         **www.westfieldinsurance.com**

Amended Complaint - Exhibit B

## EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA; LIMITED COVERAGE FOR FUNGI, WET ROT AND DRY ROT ADVISORY NOTICE TO POLICYHOLDERS

This notice does not form a part of your insurance contract. No coverage is provided by this Notice. This Notice cannot be construed to replace any provision of your policy (including its endorsements). If there is any conflict between this Notice and the policy, the provisions of the policy (including its endorsements) shall prevail.

Carefully read your policy, including its endorsements.

This Notice provides information concerning the following endorsements. It applies to your new or renewal policy being issued by us:

**FFP 810, Exclusions Of Loss Due To Virus Or Bacteria: Limited Coverage For Fungi, Wet Rot and Dry Rot - Property** endorsement makes an explicit statement regarding a risk that is not covered under your Farm property insurance. The new Exclusion Of Loss Due To Virus Or Bacteria states that there is no coverage under such insurance for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease. The exclusion applies to property coverages provided by your Farm property insurance. It applies to the following coverages (if provided in your policy).

- Property damage;
- Income loss and extra expense
- Fair rental value and additional living expenses; and
- Action of civil authority.

Limited coverage for "fungi", wet rot and dry rot is provided up to an annual aggregate limit of $15,000. Please refer to the above endorsement.

**If FFP 522, Limited Coverage for Fungi, Wet Rot, Dry Rot and Bacteria - Farm Dwellings and Household Personal Property** was part of your previous policy, it is replaced by FFP 810.

**AD 89 21  03 08**

# NOTICE TO POLICYHOLDERS

# IMPORTANT INFORMATION ON TERRORISM

This policy does not contain a terrorism exclusion. In the absence of a terrorism exclusion, terrorism coverage applies in accordance with the terms of the policy. That is, the absence of a terrorism exclusion does not create coverage for any loss that would otherwise be excluded under the policy, such as losses excluded by the nuclear hazard and war exclusion.

Should you have any questions regarding this notice, please contact your insurance agent.

ISO Properties, Inc., 2007    **AD 88 94  01 08**



Effective: 2020 January 1

## Westfield Privacy Promise

We are committed to protecting your privacy. This notice describes the personal information we collect about you and how we use it. This privacy promise applies to all our Westfield Insurance companies[1].

### SUMMARY

- We gather information directly from you[2], from your transactions with us and from outside sources.

- We use your information only to provide insurance to you, to investigate and resolve claims or to improve the products and services we offer.

- We will share your information with the independent agent or insurance broker that you chose.

- We share your information with third-parties who help us deliver services to you.

- *We do not sell your personal information.* We do not share your information with other companies for their marketing purposes.

- We take measures to protect your information while it is in our custody. We require the third-parties who help us to protect your information, too.

### INFORMATION WE COLLECT

We collect information about you in order to quote and service your insurance and to investigate and pay claims. This includes:

- Information from your application and other forms (such as your name, address, date of birth, email address, driver's license number and type of vehicle or property).

- Information about your transactions with us, our affiliates or others (such as your insurance coverages, limits and rates, payment and claims history and information needed for billing and payment).

- Information from third parties (such as your driving record, claims history with other insurers and credit information).

- Information about your online interactions with us (such as your IP address, the kind of device you used, the time of your visit to our site and pages visited). We use this information to deliver online services to you and/or to evaluate and improve our services.

### INFORMATION ABOUT MINORS

We do not sell to or intentionally communicate with children under the age of 13. We may request specific information about a child from parents in order to properly quote an insurance policy, verify identities or deliver requested transactions. We do not retain information about minors other than what is necessary to deliver requested services.

---

[1] "Westfield" includes Ohio Farmers Insurance Company, Westfield Insurance Company, Westfield National Insurance Company, American Select Insurance Company, Old Guard Insurance Company, Westfield Champion Insurance Company, Westfield Premier Insurance Company, Westfield Superior Insurance Company, Westfield Touchstone Insurance Company and Westfield Services, Inc.

[2] For a personal lines policy, this could include information from the head of household or other family member buying insurance that covers you. For a commercial lines policy, this could include information from your company's representative.

AD 83 86 (01/20)
Page 1 of 2
Amended Complaint - Exhibit B

**INFORMATION WE DISCLOSE**

*We do not sell or rent your personal information.* We disclose your information to third-parties only as permitted by law:

- To process transactions that you request or to service your policy.
- To investigate and pay claims.
- To prevent fraud.
- To perform marketing services on our behalf. (We do NOT allow third-parties to use the information they receive from us to market on their own or anyone else's behalf.)
- To comply with legal requirements.

Recipients include employees within our family of insurance companies, claims representatives, insurance agents or brokers, service providers, auditors, consumer reporting agencies, government agencies, law enforcement and the courts.

**HOW WE PROTECT YOUR INFORMATION**

We restrict access to nonpublic personal information about you to those employees and outside service providers who need to know that information in order to provide our products or services to you. Their use of information is restricted by law, by our employee code of conduct and by written agreements where appropriate. We maintain physical, electronic and procedural safeguards that comply with applicable federal and state regulations to guard your information.

If you believe you have found a security issue with one of our products or services, please report it to InfosecAlerts@Westfieldgrp.com as quickly as possible. Please describe the issue in as much detail as possible, including the date and time you discovered the issue and how to reproduce the issue. Screenshots and videos can be especially helpful. Please also include your name and contact information in case we need additional detail.

**INTERNET PRIVACY**

If you choose to communicate with us through the Internet or other electronic means, please read our Privacy Promise online at www.westfieldinsurance.com/privacy for details about how and why we use cookies, social media and other technologies.

**FORMER CUSTOMERS**

If you end your relationship with us, we will continue to adhere to the policies and practices described in this privacy promise for as long as we have your information.

**CALIFORNIA RESIDENTS**

California residents have the right to request an accounting of information which we hold about you, the right to request that we not sell your information and the right to request that we amend or delete your information. We may not (and will not) retaliate against you for exercising any of these rights. These rights are limited by, among other things, our obligations to comply with insurance regulations, statutes and other legal requirements. Call our Privacy Office at 1.800.243.0249 or go to www.westfieldinsurance.com/privacy and click the Do Not Sell My Personal Information link to submit a request relevant to those rights.

**PRIVACY CONTACT INFORMATION**

If you have any questions, concerns or comments about our privacy promise, you may contact us by email at Privacy@Westfieldgrp.com or by mail to Privacy Officer, Westfield Insurance, One Park Circle, PO Box 5001, Westfield Center, OH 44251.

AD 83 86 (01/20)
Page 2 of 2
Amended Complaint - Exhibit B

## NOTICE OF UNDERWRITING INFORMATION PRACTICES



**WESTFIELD**®

05/26/22

CHANTEL T YORK

FAB 224492Y

**Reference Number:**    221-091-616-111-15

The underwriting of your insurance policy is based on a variety of considerations. One of these factors may be your personal insurance score. Others may include motor vehicle records, loss reports, inspections, and information you provided on your application to help determine a fair premium for your policy.

Your personal insurance score is calculated for our insurance company by an independent firm based on information from consumer credit reports. Information used in scoring includes outstanding debt, length of credit history, late payments history, new applications for credit, and types of credit in use. It does not use information about income, age, marital status, religion or ethnic group.

Nobody has a perfect insurance score. The score changes as new information is added to your credit report. To improve a score, you should pay bills on time, keep balances low on unsecured revolving debt like credit cards, and apply for new credit accounts only as needed.

It's also a good idea to periodically obtain a copy of your credit reports to check for any inaccuracies. To receive a free copy of your current credit report, contact LexisNexis Risk Assets Inc. within 6 months from the date of this letter.

- By mail:    LexisNexis Consumer Center
  P.O. Box 105289, Atlanta, GA 30348
- By phone:    1.800.456.6004, Monday-Friday, 8 a.m.-7 p.m. Eastern Time
- By internet:    www.consumerdisclosure.com

Be prepared with the reference number above whenever you contact LexisNexis. You have the right to directly dispute with LexisNexis the accuracy and completeness of your report. (Please note, LexisNexis was not directly involved in the underwriting or pricing of your insurance policy.)

Regardless of your insurance score, whether it is high or low, we are required to report that you can improve your score by addressing some of the areas listed below:

(-) LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED

(-) RELATIONSHIP OF BALANCE TO HIGH CREDIT ON BANK/NATIONAL ACCOUNTS OR OTHER REVOLVING/OPEN ACCOUNTS

(-) RELATIONSHIP OF LOAN BALANCE TO LOAN AMOUNT ON INSTALLMENT LOAN ACCOUNTS

(-) NUMBER OF BANK OR NATIONAL REVOLVING/OPEN ACCOUNTS

**AD 90 99 03 13**

One Park Circle • PO Box 5001 • Westfield Center OH 44251-5001 • 1.800.243.0210 • fax 330.887.0840 • www.westfieldinsurance.com

Amended Complaint - Exhibit B

# IMPORTANT NOTICE - CHANGES TO YOUR POLICY

This letter is to make you aware of some coverage restrictions listed below. If you have any questions about your policy, please contact your Independent Insurance Agent.

No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverage that you are provided. If there is any conflict between the policy and this summary, <u>THE PROVISION OF THE POLICY SHALL PREVAIL.</u>

If this policy includes one or more of the following shown in items I. through V. below, your coverage is restricted as follows:

- Coverage is excluded for bodily injury, property damage, medical payments, personal injury and advertising injury arising directly or indirectly, in whole or in part out of the actual, threatened, suspected or potential transmission, release, dispersal, contamination with, or presence of any form of transmissible spongiform encephalopathy, including but not restricted to mad cow disease.

- Coverage is excluded for bodily injury, property damage, medical payments, personal injury and advertising injury arising directly or indirectly, in whole or in part out of the actual, threatened, suspected or potential transmission, release, dispersal, contamination with, or presence of any form of Type A Influenza, including but not restricted to bird flu.

## I. Farm Liability Coverage

FFL 935  01 06, Exclusion - Type A Influenza
FL 70 31  01 06, Exclusion - Type A Influenza
FFL 934  01 06, Exclusion - Transmissible Spongiform Encephalopathy
FL 70 30  01 06, Exclusion - Transmissible Spongiform Encephalopathy

## II. Farmowners-Ranchowners Policy Personal Liability Form

FAR 329  01 06, Exclusion - Type A Influenza
FAR 328  01 06, Exclusion - Transmissible Spongiform Encephalopathy

## III. Comprehensive General Liability

CG 70 95  01 06, Exclusion - Transmissible Spongiform Encephalopathy
CG 70 96  01 06, Exclusion - Type A Influenza

## IV. Commercial Umbrella

CU 70 20  12 06, Exclusion - Transmissible Spongiform Encephalopathy
CU 70 21  12 06, Exclusion - Type A Influenza

## V. Personal Umbrella Policy

UP 951  01 06, Exclusion - Type A Influenza
UP 952  01 06, Exclusion - Transmissible Spongiform Encephalopathy

Thank you for allowing us to provide your coverage.

**AD 87 34  (08-10)**

# INFORMATION ON NEW IDENTITY THEFT COVERAGE

Identity theft occurs when someone wrongfully uses your personal identification to obtain credit, loans, services, even rentals and mortgages in your name. An identity thief may even commit crimes while impersonating you! Identity theft is a frightening and overwhelming experience. It might take months or years before you know it is happening to you.

Westfield Insurance Company, in partnership with Identity Theft 911 ® provides Identity Theft Services as part of the Expanded Property Endorsement. These identity-related services are provided at no additional charge to you and your family. This service assistance in a wide range of identity-related issues and includes unlimited, one-on-one fraud specialist assistance to help stop identity theft before it starts, limit the damage, and get your life back on track if your identity is stolen.

Whenever you suspect your identity has been compromised or need identity-related help, contact our Customer Care Center at 866.937.2663 to be connected to a fraud specialist at Identity Theft 911. Your Identity Theft Services provide the following:

- **Resolution Services - Resolve account takeover or identity theft.**
  A personal, on-call fraud specialist provides unlimited assistance to restore your identity, handling the entire notification and documentation process. Victims receive one year of free credit and fraud monitoring, plus follow-up.

- **Proactive - Put an end to identity theft before it starts.**
  If your personal data has been compromised, a fraud specialist quickly moves to lock out thieves with a free fraud alert and acts swiftly to safeguard your identity and helps prevent any further damage.

- **Marriage - Say 'I do' to identity protection.**
  A fraud specialist navigates engaged couples and newlyweds through the maze of marriage license requirements, helps them guard against wedding identity scams, provides name-change assistance, creditor notification, and other services.

- **Child Risk - Protect a minor child's identity . . . . before it's too late.**
  Don't wait until fraudulent data stops your child from getting a driver's license or a job. A fraud specialist locks out criminals that wreak havoc on a minor's personal information and helps clear up fraud long before it ruins their lives.

- **Military - Defend your identity while you defend our country.**
  Active duty military personnel can stand up to identify thieves back home. A fraud specialist works with you, your authorized spouse or family member, placing a free Military Fraud Alert for up to 2 years to protect your good name.

- **Medical - Recover from medical identity theft.**
  A fraud specialist clears up the damage from fraudulent insurance claims and bogus medical services, stopping relentless collection agencies and correcting your treatment files before a medical catastrophe occurs.

- **Estate - Lock out identity thieves when a loved one passes away.**
  To minimize the risks to survivors, a fraud specialist steps in to lock down the deceased's personal and financial information to prevent misuse, systematically notifying credit issuers, as well as securing death certificates.

- **Document Recovery - Regain peace of mind in the wake of a fire or natural disaster.**
  A fraud specialist helps you quickly replace identification and documentation needed to rebuild your life, facilitating access to financial institutions and relaying messages to family, friends and providers.

- **Travel - Keep identity thieves off your travel itinerary.**
  You're overseas and suddenly discover a missing passport, driver's license or credit card. You'll get 24/7 worldwide access to a fraud specialist to recover lost or stolen identification and lock out identity thieves at home or away. Contact the number provided on the Identity Travel Assistance card included with your policy. The card contains country codes as well as a toll-free number to call for assistance while abroad.

- **Relocation - Safeguard your identity when you're on the move.**
  Make sure your sensitive data moves safely with you. A fraud specialist helps protect financial, credit and identity information and facilitates uninterrupted access to financial institutions and accounts during a move.

**AD 89 06  12 09**

Amended Complaint - Exhibit B

# KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

**PROBLEMS WITH YOUR INSURANCE?** - If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

Westfield Insurance
Compliance Department
P.O. Box 5001
Westfield Center, OH  44251-5001
1-800-368-3530
330-887-0101

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by contacting:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873
1-800-236-8517
608-266-0103

**AD 80 75** (08-10)

Amended Complaint - Exhibit B

**WESTFIELD'**

Westfield Companies
1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

**FARM PACKAGE POLICY**
**NEW**
**COMMON POLICY DECLARATIONS**

| Company providing coverage | Westfield Insurance Company | |
|---|---|---|
| Policy Number: FAB 2 244 92Y | WIC Account Number: 3770265833 | M |

| Named Insured and Mailing Address | Agency  37-04620  Prod.  000 |
|---|---|
| MERRY-WATER FARMS INC<br>CHANTEL YORK<br>PO BOX 1355<br>LAKE GENEVA WI 53147-6355 | AGRI-SERVICES AGENCY<br>PO BOX 226<br>ATHENS PA 18810-0226<br><br>Telephone  800-654-8840 |
| Policy Period: 05/01/22 TO 05/01/23 | at 12:01 A.M. Standard Time at your mailing address shown above. |

In return for the payment of the premium, and subject to all terms of this policy, we agree with you to provide the insurance as stated in this policy. Insurance at the described premises applies only for coverage for which a limit of insurance is shown. Optional coverages are applicable only when entries are made in the schedules.


**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS**

|  | PREMIUM |
|---|---|
| FARM PROPERTY COVERAGE PART | $    84,799.00 |
| FARM LIABILITY COVERAGE PART | $       501.00 |
| POLICY ANNUAL PREMIUM | $    85,300.00 |

The above is a summary of your coverages. For more detail, please refer to the individual coverage parts inside your policy.

Forms and Endorsements applicable to all coverage parts:
IL0283   1118*, IL0017   1198*, FD7006   0104*, FD7005   0104*, FD7020   1008*,
FD7001   0104*, IL0003   0908*, FP0148   0903*, FD7008   0517*, FD7003   0104*,
FD7010   0104*, FD7000   0104*, FD7007   0104*, FD7002   0104*.


COUNTERSIGNED: _____  BY _____
　　　　　　　　　　　　Date 　　　　　　　　　　　　　　Authorized Representative

Amended Complaint - Exhibit B

⬡ **WESTFIELD®**

Westfield Companies
1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

**NEW
FARM PROPERTY**

| Company providing coverage | Westfield Insurance Company | |
|---|---|---|
| **Policy Number: FAB 2 244 92Y** | **WIC Account Number:** 3770265833 | M |

| Named Insured and Mailing Address | Agency 37-04620 Prod. 000 |
|---|---|
| MERRY-WATER FARMS INC<br>CHANTEL YORK<br>PO BOX 1355<br>LAKE GENEVA WI 53147-6355 | AGRI-SERVICES AGENCY<br>PO BOX 226<br>ATHENS PA 18810-0226<br><br>Telephone 800-654-8840 |
| Policy Period: 05/01/22 TO 05/01/23 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |

### Schedule of Insured Locations

**Insured Locations**

| No. | Acres | Twp. | Sec. | Range | County | State | ZIP |
|---|---|---|---|---|---|---|---|
| 001 | 80 | | | | WALWORTH | WI | 53147-4234 |

Address/Description
N1240 HILLSIDE RD, WALWORTH COUNTY
LAKE GENEVA,WI 53147

| No. | Acres | Twp. | Sec. | Range | County | State | ZIP |
|---|---|---|---|---|---|---|---|
| 002 | 160 | | | | WALWORTH | WI | 53147 |

Address/Description
1149-1151 HILLSIDE RD, WALWORTH COUNTY
LAKE GENEVA,WI 53147

| No. | Acres | Twp. | Sec. | Range | County | State | ZIP |
|---|---|---|---|---|---|---|---|
| 003 | 80 1N | | 23 | 17E | WALWORTH | WI | 53147 |

Address/Description
FARM LAND #1, WALWORTH COUNTY
LAKE GENEVA,WI 53147

| No. | Acres | Twp. | Sec. | Range | County | State | ZIP |
|---|---|---|---|---|---|---|---|
| 004 | 80 1N | | 22 | 17E | WALWORTH | WI | 53147 |

Address/Description
FARM LAND #2, WALWORTH COUNTY
LAKE GENEVA,WI 53147

| No. | Acres | Twp. | Sec. | Range | County | State | ZIP |
|---|---|---|---|---|---|---|---|
| 005 | 75 1N | | 14 | 17E | WALWORTH | WI | 53147 |

Address/Description
FARM LAND #3, WALWORTH COUNTY
LAKE GENEVA,WI 53147

| No. | Acres | Twp. | Sec. | Range | County | State | ZIP |
|---|---|---|---|---|---|---|---|
| 006 | 97 1N | | 15 | 17E | WALWORTH | WI | 53147 |

Address/Description
FARM LAND #4
2 PARCELS, WALWORTH COUNTY
LAKE GENEVA,WI 53147

Amended Complaint - Exhibit B

 **WESTFIELD®**

Westfield Companies
1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

**NEW
FARM PROPERTY
(Continued)**

| Company providing coverage | Westfield Insurance Company |
|---|---|
| **Policy Number: FAB 2 244 92Y** | **WIC Account Number: 3770265833**    M |

| Named Insured and Mailing Address | Agency  37-04620  Prod.  000 |
|---|---|
| MERRY-WATER FARMS INC<br>CHANTEL YORK<br>PO BOX 1355<br>LAKE GENEVA WI 53147-6355 | AGRI-SERVICES AGENCY<br>PO BOX 226<br>ATHENS PA 18810-0226<br><br>Telephone  800-654-8840 |

| Policy Period: 05/01/22 TO 05/01/23 | at 12:01 A.M. Standard Time at your mailing address shown above. |
|---|---|

### Schedule of Insured Locations

**Insured Locations**

| No. | Acres | Twp. | Sec. | Range | County | State | ZIP |
|---|---|---|---|---|---|---|---|
| 007 | 170 | 1N | 22 | 17E | WALWORTH | WI | 53147 |

**Address/Description**
FARM LAND #5
4 PARCELS, WALWORTH COUNTY
LAKE GENEVA,WI 53147

| No. | Acres | Twp. | Sec. | Range | County | State | ZIP |
|---|---|---|---|---|---|---|---|
| 008 | 57 | 1N | 15 | 17E | WALWORTH | WI | 53147 |

**Address/Description**
FARM LAND #6
2 PARCELS, WALWORTH COUNTY
LAKE GENEVA,WI 53147

| No. | Acres | Twp. | Sec. | Range | County | State | ZIP |
|---|---|---|---|---|---|---|---|
| 009 | 121 | 2N | 12 | 17E | WALWORTH | WI | 53147 |

**Address/Description**
FARM LAND #7, WALWORTH COUNTY
LAKE GENEVA,WI 53147

| No. | Acres | Twp. | Sec. | Range | County | State | ZIP |
|---|---|---|---|---|---|---|---|
| 010 | 58 | 1N | 29 | 18E | WALWORTH | WI | 53147 |

**Address/Description**
FARM LAND #8, WALWORTH COUNTY
LAKE GENEVA,WI 53147

| No. | Acres | Twp. | Sec. | Range | County | State | ZIP |
|---|---|---|---|---|---|---|---|
| 011 | 65 | 1N | 28 | 15E | WALWORTH | WI | 53147 |

**Address/Description**
FARM LAND #9
5 PARCELS, WALWORTH COUNTY
LAKE GENEVA,WI 53147

Amended Complaint - Exhibit B

**WESTFIELD®**

Westfield Companies
1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

**NEW
FARM PROPERTY DECLARATIONS**

| Company providing coverage | Westfield Insurance Company | |
|---|---|---|
| Policy Number: FAB 2 244 92Y | WIC Account Number: 3770265833 | M |

| Named Insured and Mailing Address | Agency 37-04620 Prod.   000 |
|---|---|
| MERRY-WATER FARMS INC<br>CHANTEL YORK<br>PO BOX 1355<br>LAKE GENEVA WI 53147-6355 | AGRI-SERVICES AGENCY<br>PO BOX 226<br>ATHENS PA 18810-0226<br><br>Telephone 800-654-8840 |
| Policy Period: 05/01/22 TO 05/01/23 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |

Deductible: $ 5,000
Optional Outbuilding Deductible: $ 25,000

Description of Premises: See Schedule FD 70 01

| Property Coverages | Limit of Insurance | Premium |
|---|---|---|
| A. RESIDENCE - LOCATION 1<br>Causes of Loss:     Special | $     393,048 | $     877.00 |
| C. HOUSEHOLD PERSONAL PROPERTY<br>Causes of Loss:     Special | $     196,524 | INCLUDED |
| D. LOSS OF USE or FAIR RENTAL VALUE | $     78,609 | |
| E. SCHEDULED FARM PERSONAL PROPERTY<br>See Schedule FD 70 05 | $ 4,640,000 | $ 18,112.00 |
| F. UNSCHEDULED FARM PERSONAL PROPERTY<br>See Schedule FD 70 06 | $ 2,386,249 | $  6,474.00 |
| G. FARM STRUCTURES<br>See Schedule FD 70 07 | $ 6,431,000 | $ 39,316.00 |

**Other Coverages**

| Additional Coverage A Dwellings<br>See Schedule FD 70 03 | | $     977.00 |
|---|---|---|

**Optional Property Coverages**

Premium

| | | Premium |
|---|---|---|
| FFP 813 | Equipment Breakdown Coverage | $  3,301.00 |
| FFP 551 | Recreational Vehicle Physical Damage | $    725.00 |
| FFP 610 | Cab Glass Breakage | $    438.00 |
| FFP 705 | Farm Earnings and Extra Expense | $ 12,555.00 |
| FFP 804 | Expanded Property Coverage Endorsement | $    150.00 |
| FFP 816 | Milk Contamination Coverage | $  1,250.00 |
| FFP 501 | Private Garage | $      9.00 |
| FFP 604 | Reproductive Materials Coverage | $    140.00 |
| FFP 503 | Sump Overflow & Water Backup from Sewer or Drains | $    126.00 |
| FFP 605 | Spoilage Coverage - Farm Personal Property | $    349.00 |

Forms and Endorsements applicable to this coverage part:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FFP500 | 1006*, | FFP700 | 1006*, | FFP610 | 0411*, | FFP100 | 1006*, |
| FFP813 | 0809*, | FFP551 | 0709*, | FFP604 | 0408*, | FFP501 | 0104*, |
| FFP705 | 0618*, | FFP605 | 0104*, | FFP816 | 0316*, | FFP800 | 0209*, |
| FFP810 | 0308*, | FFP600 | 0411*, | FP1021 | 0498*, | FFP804 | 0411*, |
| FFP818 | 0519*, | FFP503 | 0209*. | | | | |

Amended Complaint - Exhibit B

PAGE   01 OF  01          FD 70 02 (01 12)                      07/06/22

**FARM**

# FARM PROPERTY - FARM DWELLINGS AND HOUSEHOLD PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form, the words "you" and "your" refer to the Named Insured shown in the Declarations. If the Named Insured shown in the Declarations and spouse are members of the same household, the words "you" and "your" also refer to the spouse. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to the Definitions Section of the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

## SECTION I - COVERAGES

## COVERAGE A - DWELLINGS

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the "insured location" described in the Declarations, or elsewhere as expressly provided below, caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

The following are Covered Property under Coverage **A** of this Coverage Form:

**a.** Each "dwelling" owned by you and for which a Limit of Insurance is shown in the Declarations. The "dwelling" may be located on or away from the "insured location";

**b.** Structures attached to covered "dwellings", except structures attached only by a fence, utility line or similar connection;

**c.** Materials on the "insured location" intended for use in building, altering or repairing the covered "dwellings" or their attached structures; and

**d.** If not otherwise covered in this policy, building and outdoor equipment used principally for the service of the covered "dwelling", its grounds or structures appurtenant to it, including equipment temporarily away from the premises.

**2. Property Not Covered**

Under Coverage **A**, Covered Property does not include:

**a.** Land (including land on which the "dwelling" is located);

**b.** Water; or

**c.** Trees, shrubs, plants or lawns, except to the extent provided for in the applicable Coverage Extension in Section II of this Coverage Form.

**B. Coverage A Conditions**

Coverage **A** is subject to the following Loss Condition as well as to the Farm Property Conditions (see Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions) and the Common Policy Conditions.

## LOSS CONDITION - VALUATION

**1. Property**

**a.** The basis for loss settlement will be determined by the ratio of the Limit of Insurance applying to the destroyed or damaged Covered Property to its full replacement cost. When determining the full replacement cost, the values of the following will be disregarded:

**(1)** Excavations, footings;

**(2)** Foundations; and

**(3)** Piers and other structures or devices that support all or part of Covered Property and are below the undersurface of the lowest basement floor; or, where there is no basement, those below the surface of the ground inside the foundation walls; also underground flues, pipes, wiring and drains.

**b.** If the Limit of Insurance on the damaged structure is at least 80% of its full replacement cost as of the time of loss, we will settle the loss based on the smallest of the following amounts:

**(1)** The cost to replace the damaged part of the structure with material of like kind and quality and for like use;

**(2)** The amount actually and necessarily spent to repair or replace the structure; or

© ISO Properties, Inc., 2002

**FFP 500  10 06**

Amended Complaint - Exhibit B

**(3)** The applicable Limit of Insurance.

If the structure is rebuilt at a new premises, the cost described in Paragraph **B.1.b.** is limited to the cost that would have been incurred if the structure had been rebuilt at the original premises.

The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** If the Limit of Insurance on the damaged structure is less than 80% of its full replacement cost as of the time of loss, we will settle on the basis of Paragraph **(1)** or **(2)** below, whichever is larger:

**(1)** The actual cash value, as of time of loss, of the damaged part of the structure; or

**(2)** A proportion of the cost to repair or replace the damaged part of the structure, without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement. The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, we will not pay more than the applicable Limit of Insurance, regardless of whether Paragraph **(1)** or **(2)** above applies.

**d.** If your loss qualifies for payment on a replacement cost basis, but the cost of repair or replacement is more than either $2,500 or 5% of the applicable Limit of Insurance, the only basis on which we will settle pending completion of repairs or replacement is actual cash value, as of time of loss, of the damaged part of the structure. In case of such a loss you can make an initial claim for payment on the actual cash value basis, and later make a supplementary claim for replacement cost payment. If you elect to exercise this option, you must notify us of your intention within

180 days of the occurrence of the loss.

The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property except as provided in **SECTION II - COVERAGE EXTENSIONS.**

**2.** **Glass Replacement**

We will settle on the basis of the cost to replace damaged glass with safety glazing material, if required by law.

## COVERAGE C - HOUSEHOLD PERSONAL PROPERTY

**A.** **Coverage**

We will pay for direct physical loss of or damage to Covered Property at the "insured location" described in the Declarations, or elsewhere as expressly provided below, caused by or resulting from any Covered Cause of Loss.

**1.** **Covered Property**

All of the following are Covered Property under Coverage **C** of this Coverage Form, provided a Limit of Insurance is shown in the Declarations:

Household personal property meaning:

**a.** Household personal property owned or used by you or members of your family who reside with you, while such property is on the "insured location"; and

**b.** After a loss and at your request, household personal property of others while the property is:

**(1)** In a part of the "dwelling" you occupy; or

**(2)** On the grounds appurtenant to that "dwelling" if you own it.

**2.** **Property Not Covered**

Under Coverage **C**, Covered Property does not include:

**a.** Articles separately described and specifically covered, regardless of the limit for which they are covered, under this or any other insurance;

**b.** Aircraft and aircraft parts, except model or hobby aircraft not used or designed to carry an operator(s), any other person(s) or cargo;

**FFP 500  10 06**

c. Trees, shrubs, plants and lawns that you own as a tenant, except to the extent provided for in the applicable Coverage Extension in Section II of this Coverage Form;

d. Animals, birds or fish;

e. "Business property" except to the extent provided for in Items **e.** and **f.** under Paragraph **A.3. Special Limits Of Insurance Under Coverage C;**

f. Magnetic recording or storage media for electronic data processing, such as cell, disc, drum, film and tape, over or above their replacement value:

   (1) As prepackaged software programs; or

   (2) In unexposed or blank form;

   whichever is greater;

g. Electronic apparatus and accessories designed to be operated solely by power from the electrical system of motor vehicles or motorized land conveyances of any kind. Accessories include antennas, tapes, wires, records, discs and other media that can be used with electronic apparatus.

   The exclusion of property described in **g.** above applies only while the property is in or upon the vehicle or conveyance.

   But Covered Property includes items specifically scheduled in the Declarations.

h. "Farm personal property", other than office fixtures, furniture and office equipment;

i. Any motor vehicle or motorized land conveyance, it's accessories, equipment or parts. But Covered Property includes vehicles not licensed for road use that are:

   (1) Used only for servicing an "insured's" "dwelling," its grounds or structures appurtenant to it; or

   (2) Designed and used for assisting the handicapped;

j. Credit cards, electronic fund transfer cards or other access devices used solely for deposit, withdrawal or transfer of funds except as provided in Additional Coverage **B.** under Section III - Additional Coverages.

3. **Special Limits Of Insurance Under Coverage C**

   Certain categories of household personal property are subject to Special Limits of Insurance. These Special Limits are part of, not in addition to, the applicable Limit of Insurance shown in the Declarations. The Special Limit shown with any category listed below is the most we will pay for loss of or damage to all property in that category in any one occurrence:

   a. $300 on gold other than goldware, "money," platinum other than platinumware and silver other than silverware;

   b. $1,500 on letters of credit, manuscripts, passports and "securities". This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists. This limit includes the cost to research, replace or restore the information from the lost or damaged material;

   c. $1,500 on watercraft, including their equipment, furnishings, outboard engines or motors, and trailers;

   d. $1,500 on trailers not used with watercraft nor for farming operations;

   e. $2,500 on "business property" on the "insured location";

   f. $2,500 on "business property" off the "insured location". However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits Paragraphs **h.** and **i.** below;

   g. In the event of loss by theft:

      (1) $2,500 on furs, jewelry, precious and semiprecious stones, and watches;

      (2) $2,500 on goldware, goldplated ware, silverware, silverplated ware, platinumware, platinumplated ware and pewterware; this property includes platedware, flatware, hollowware, tea sets, trays, trophies and the like; also other utilitarian items made of or containing silver, gold, platinum or pewter; and

      (3) $3,000 on firearms and related equipment;

**FFP 500  10 06**

Page 3 of 8

Amended Complaint - Exhibit B

h. $1,500 on electronic apparatus and accessories, while in or upon a motor vehicle or other motorized land conveyance, but only if the apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while still capable of being operated by other power sources. Accessories include antennas, tapes, wires, records, discs and other media that can be used with the electronic apparatus; and

i. $1,500 on electronic apparatus and accessories used primarily in connection with the operation of the farm or a business, while off the "insured location" and not in or upon a motor vehicle or other motorized land conveyance. The electronic apparatus must be equipped to be operated by power from the electrical system of the vehicle or conveyance while still capable of being operated by other power sources. Accessories include antennas, tapes, wires, records, discs and other media that can be used with the electronic apparatus.

**B. Coverage C Conditions**

Coverage **C** is subject to the following Loss Condition as well as to the Farm Property Conditions (see Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions) and the Common Policy Conditions.

**LOSS CONDITION - VALUATION**

In the event of loss of or damage to covered household personal property, we will settle at actual cash value as of time of loss, but we will not pay more than the amount necessary for repair or replacement.

**COVERAGE D - LOSS OF USE**

**A. Coverage**

We cover the following, up to the Limit of Insurance shown in the Declarations for Coverage **D**:

**1. Your Additional Living Expense**

If a Covered Cause of Loss renders your principal living quarters uninhabitable, we will pay any necessary increase in living expense you incur so that your household can maintain its normal standard of living, provided that such uninhabitable quarters are located in:

a. A "dwelling" covered under Coverage **A**; or

b. The "dwelling" in which covered Household Personal Property is located, if you are a tenant.

Payment under your Additional Living Expense will be for the shortest time required for repair or replacement of the damaged property, or, if you relocate, the shortest time required for your household to settle elsewhere.

**2. Fair Rental Value**

If a Covered Cause of Loss renders uninhabitable any portion of a "dwelling" covered under Coverage **A** that you, as the owner, rent or hold for rental to others as a residence, we will pay for the Fair Rental Value loss you sustain.

But we will exclude from our payment any expenses that do not continue while the rental portion is uninhabitable.

Payment under this Fair Rental Value Coverage will be for the shortest time required for repair or replacement of the damaged property.

**3. Loss And Expense Due To Emergency Prohibition Against Occupancy**

We will pay for the Additional Living Expense and Fair Rental Value loss you sustain if a civil authority prevents use of the "dwelling" or appurtenant structure because of direct damage to neighboring premises by a Covered Cause of Loss.

But we will not pay parts of such loss or expense that are incurred:

a. After a period of 2 weeks has elapsed; or

b. Due to cancellation of a lease or agreement.

The period of our liability under Coverage **D** Loss of Use is not limited by the expiration of this policy.

No Deductible applies to Coverage **D**.

**B. Coverage D Conditions**

Coverage **D** is subject to the Farm Property Conditions (see Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions) and the Common Policy Conditions.

**SECTION II - COVERAGE EXTENSIONS**

**A. Trees, Shrubs, Plants And Lawns**

This Coverage Extension applies to Coverages **A** and **C**.

FFP 500  10 06

Trees, shrubs, plants and lawns located within 250 feet of a covered "dwelling" are Covered Property but only if loss or damage is caused by or results from any of the following Covered Causes of Loss: fire or lightning, explosion, riot, civil commotion, aircraft, vehicles not owned or operated by a resident of the covered "dwelling", vandalism, or theft.

For all damaged or destroyed trees, shrubs, plants or lawns located within 250 feet of a covered "dwelling", the most we will pay under this Extension is:

1.  5% of the Coverage A Limit Of Insurance shown in the Declarations for the "dwelling"; or

2.  10% of the Coverage C Limit Of Insurance shown in the Declarations if the dwelling is not covered under Coverage A.

However, we will not pay more than $500 for any one damaged or destroyed tree, shrub, plant or lawn.

This Extension is additional insurance.

We will not pay for loss of or damage to trees, shrubs, plants or lawns grown for business or farming purposes.

**B.　Household Personal Property Of "Insureds" Away From The "Insured Location"**

This Coverage Extension applies to Coverage C, whether you are the owner or tenant, and is part of (not in addition to) the applicable Limit of Insurance.

Covered Property is extended to mean household personal property anywhere in the world, provided it is owned or used by you or members of your family who reside with you on the "insured location".

But an "insured's" household personal property at any "insured's" residence away from the "insured location" shown in the Declarations is subject to a Special Limit of Insurance equal to:

1.  10% of the Limit of Insurance shown in the Declarations for Household Personal Property; or

2.  $1,000;

whichever is greater.

However, if a higher limit of insurance is shown in the Declarations, the higher limit applies.

The only such property not permanently subject to the special limit is household personal property:

1.  Moved from the "insured location" shown in the Declarations because the resi-

dence is being repaired, renovated or rebuilt and is not fit to live in or store property in; or

2.  At a newly acquired principal residence. For a period of 30 days immediately after you begin moving it to the newly acquired principal residence, this property will be subject to the Limit of Insurance shown in the Declarations for Household Personal Property. That Limit will apply on a pro rata basis during the 30-day period to personal property at both locations.

**C.　Refrigerated Products - Not "Farm Personal Property"**

This Coverage Extension applies to Coverage C, whether you are the owner or tenant, and is part of (not in addition to) the applicable Limit of Insurance.

We will pay up to $500 for loss of or damage to contents of a freezer or refrigerated unit, in the "dwelling" you occupy or a structure appurtenant to it, caused by a change in temperature due to:

1.  Interruption of electrical service to refrigeration equipment, caused by damage to generating or transmission equipment; or

2.  Mechanical or electrical breakdown of a refrigeration system.

Under this Coverage Extension, we will not pay for loss of or damage to "farm personal property" or to property not owned by you.

This Coverage Extension will not apply unless you maintain the refrigeration equipment in proper working order.

No deductible applies to this Refrigerated Products Extension of Coverage.

**D.　Building Additions And Alterations**

This Coverage Extension applies to Coverage C, but only if you are a tenant.

1.  **Coverage**

Your insurance under Coverage C - Household Personal Property includes building additions, alterations, fixtures, improvements or installations made or acquired at your expense to that part of the "dwelling" used exclusively by you.

The Limit of Insurance for this Coverage Extension is 10% of the Limit of Insurance that applies to Household Personal Property. But if a higher Limit of Insurance is shown in the Declarations, the higher Limit applies.

This Extension is additional insurance.

**FFP 500 10 06**

Page 5 of 8
Amended Complaint - Exhibit B

2. **Loss Settlement**

If the repair or replacement is done at the expense of the "insured" within 12 months after the loss, we will settle the loss on the basis of actual cash value as of time of loss.

If the repair or replacement is not done within 12 months after loss, we will settle on the basis of a proportion of the cost of repair or replacement. This proportion will equal the ratio of Paragraph **a.** below to Paragraph **b.** below.

**a.** The period of time from the loss or damage to the expiration of the lease.

**b.** The period of time from the installation of the improvements to the expiration of the lease.

Lease means the lease, whether written or oral, in effect at the time of the loss.

If your lease contains a renewal option, and if you exercise that option, the expiration of the renewal option period will replace the expiration of the lease in paragraphs **a.** and **b.** above.

If repair or replacement is done at the expense of others for the use of the "insured", we provide no insurance.

E. **Ordinance or Law**

This Coverage Extension applies to Coverage **A**.

If a Covered Cause of Loss occurs to property insured under Coverage A, we will pay the increased costs that you incur which are the result of the enforcement of a building, zoning land use ordinance or law that regulates the use, construction, repair or demolition of property or debris removal.

The most we will pay to cover such increased costs under this Coverage Extension is 25% of the Limit of Insurance that applies to the damaged property. Payment under this Coverage Extension will be subject to, not in addition to, the Limit of Insurance applying to the damaged property. However, when the covered loss plus the increased costs are more than the applicable Limit of Insurance, we will pay up to an extra 5% of the applicable Limit of Insurance to cover the increased cost which results from the enforcement of a building, zoning or land use ordinance or law that regulates the use, construction, repair or demolition of property or debris removal.

However:

1. We will not pay any increased costs if the "dwelling" is not repaired, reconstructed or remodeled.

2. We will not pay any costs incurred due to any ordinance or law that:

   **(a)** You were required to comply with before the loss, even if the "dwelling" was undamaged; and

   **(b)** You failed to comply with.

3. If, in the repair, reconstruction, or remodeling of the building, any applicable building, zoning, or land use ordinance or law in force at the time of loss is not complied with as a result of your contractor's error, negligence or inadequate knowledge of that ordinance or law, we will not pay any increased cost you incur in rectifying the work to effect compliance.

4. We will pay the increased repair or reconstruction costs you incur for a "dwelling" designed for no more than the same number of families as the current "dwelling".

5. If you reconstruct on a new site because the ordinance or law prohibits reconstruction on the original site, we will not pay more than the cost of construction on the new site.

Under this Coverage Extension, we will not pay any costs associated with the enforcement of any ordinance or law that requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**SECTION III - ADDITIONAL COVERAGES**

A. **Removal Of Fallen Trees**

1. We will pay the reasonable expense you incur removing any fallen tree from the grounds appurtenant to your principal residence, provided that, in falling, the tree damaged property covered under Coverage **A** or **C**, and provided further:

   **a.** That the tree is located more than 250 feet from a covered "dwelling", and the cause of its falling was a Covered Cause of Loss; or else

   **b.** That the tree is located within 250 feet of a covered "dwelling," and the cause of its falling was a Covered Cause of Loss other than fire or lightning, explosion, riot or civil commotion, aircraft, vehicles owned and operated by nonresidents of the covered "dwelling", vandalism, or theft.

2. In the event a Covered Cause of Loss, as described in Paragraph **a.** or **b.** above occurs, we will pay the reasonable expense you incur removing any fallen tree from the grounds appurtenant to your residence premises described in the Declarations provided that, in falling, the tree does not damage covered property, and:

    **a.** The tree blocks a driveway on the residence premises preventing a motor vehicle, which is subject to motor vehicle registration, from entering or leaving the residence premises; or

    **b.** The tree blocks a ramp or other fixture designed to assist a handicapped person who is an "insured" to enter or leave the residence premises.

3. The most we will pay under this Additional Coverage is $1,000 in any one loss regardless of the number of fallen trees. No more than $500 of this limit will be available for the removal of any one tree.

    This Additional Coverage is additional insurance.

    This Additional Coverage, Removal of Fallen Trees, does not apply to trees covered under the Trees, Shrubs, Plants and Lawns Coverage Extension under Section II - Coverage Extensions.

**B. Credit Cards And Electronic Fund Transfer Cards Or Other Access Devices; Forgery; Counterfeit Currency**

1. We will pay up to $1,500, unless a higher limit is indicated in the Declarations, for:

    **a.** The legal obligation of any "insured" to pay because of the theft or unauthorized use of credit cards issued to any "insured" or registered in any "insured's" name.

    But this Additional Coverage will not apply if any "insured" has not complied with all terms and conditions under which the credit card was issued;

    **b.** Loss resulting from theft or unauthorized use of an electronic fund transfer card or other access device used for deposit, withdrawal or transfer of funds, issued to any "insured" or registered in any "insured's" name.

    But this Additional Coverage will not apply if any "insured" has not complied with all terms and conditions

    under which the electronic fund transfer card or other access device was issued;

    **c.** Loss to any "insured" caused by forgery or alteration of any check or negotiable instrument; and

    **d.** Loss to any "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

2. But we will not pay for loss arising out of business pursuits or dishonesty of any "insured."

3. No deductible applies to this Additional Coverage.

4. **Defense**

    **a.** We may make any investigation and settle any claim or suit that we decide is appropriate. Our obligation to defend any suit ends when the amount we pay for the loss equals the applicable Limit of Insurance.

    **b.** If a suit is brought against any "insured" for liability under the Credit Card or Electronic Fund Transfer Card Or Other Access Devices Coverage, we will provide a defense at our expense by counsel of our choice

    **c.** We have the option to defend at our expense any "insured" or any "insured's" bank against any suit for the enforcement of a payment under the Forgery Coverage.

5. This Additional Coverage is additional insurance.

**C. Water Damage**

In the event of water (or steam) damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we:

1. Will also pay the necessary cost of tearing out and replacing any part of a covered building or structure so that the damaged system or appliance can be repaired, provided that Special Causes of Loss is shown in the Declarations for Coverages **A** and **B** under which the building or structure is covered; but

2. Will **not** pay the cost to repair any defect which caused water or steam to escape from a system or appliance containing water or steam.

FFP 500  10 06

In this Additional Coverage, a plumbing system does not include a sump, sump pump or related equipment.

This Additional Coverage will not increase the Limit of Insurance provided in this Coverage Part.

**D.  Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the "insured location" for loss caused by a Basic or Broad Covered Cause of Loss.

In the event of loss or damage to grave markers, we will settle at actual cash value as of the time of loss.

Payment under this Additional Coverage will be subject to, not in addition to, the Limit of Insurance applying to the lost or damaged Covered Property.

**E.  Outdoor Radio and TV Antenna Coverage**

We will pay up to $2,500, unless a higher limit is indicated in the Declarations, for direct physical loss of or damage to outdoor radio and TV antennas and towers and satellite dishes at Location 1 caused by or resulting

from a Covered Cause of Loss that applies to Coverage **A - RESIDENCE - Location 1.**

**F.  Other Additional Coverages**

For Other Additional Coverages, see the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

**SECTION IV - OTHER PROVISIONS**

**A.  Covered Causes Of Loss, Exclusions And Limitations**

See the Causes of Loss Form - Farm Property, for Basic, Broad or Special coverage as shown in the Declarations.

**B.  Limits Of Insurance**

See the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

**C.  Deductible**

See the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

# FARM PROPERTY - BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. If the Named Insured shown in the Declarations and spouse are members of the same household, the words "you" and "your" also refer to the spouse. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to the Definitions Section of the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

## SECTION I - COVERAGES

### COVERAGE G - BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the "insured location" described in the Declarations, or elsewhere as expressly provided below, caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

All of the following are Covered Property under Coverage **G** of this Coverage Form, provided a Limit of Insurance is shown in the Declarations for the specific type of property:

**a.** Farm buildings and structures, including attached sheds and permanent fixtures;

**b.** Silos individually described in the Declarations or on a schedule, whether or not attached to buildings;

**c.** Portable buildings and portable structures;

**d.** All fences (except field and pasture fences), corrals, pens, chutes and feed racks;

**e.** Outdoor radio and TV equipment, antennas, masts and towers;

**f.** Improvements and Betterments. Improvements and betterments are additions, alterations, fixtures or installations made part of the described building, but do not include items that may be legally removed by an "insured". If you are a tenant, we cover your use interest in the improvements and betterments you make at your expense to a building you do not own at the "insured location"; and

**g.** Building Materials and Supplies:

**(1)** For use in building, altering or repairing farm buildings or structures; and

**(2)** Kept on or adjacent to the "insured location".

**2. Property Not Covered**

Covered Property does not include:

**a.** Land (including land on which a building or structure is located);

**b.** Water;

**c.** Field or pasture fences;

**d.** Foundations, if below ground, of buildings or structures;

**e.** Pilings, piers, wharves or docks; or

**f.** The cost of excavations, grading, filling or backfilling.

**B. Coverage G Conditions**

Coverage **G** is subject to the following Loss Conditions as well as to the Farm Property Conditions (see the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions) and the Common Policy Conditions.

## LOSS CONDITIONS

**1. Fences, Corrals, Pens, Chutes, Feed Racks**

The most we will pay in any one occurrence of loss of or damage to covered fences, corrals, pens, chutes and feed racks is the proportion that the applicable Limit of Insurance shown in the Declarations bears to the value of all covered fences, corrals, pens, chutes and feed racks you own as of the time of loss.

**2. Portable Buildings And Portable Structures**

The most we will pay in any one occurrence of loss of or damage to portable buildings or portable structures is the proportion that the applicable Limit of Insurance shown in the Declarations bears to the value of all portable buildings and portable structures you own as of the time of loss.

© ISO Properties, Inc., 2005

FFP **700** 10 06

But this Condition does not apply to any portable building or portable structure individually covered under its own Limit of Insurance shown in the Declarations.

3. **Valuation - Property Other Than Improvements And Betterments**

   a. The basis for loss settlement will be determined by the ratio of the applicable Limit of Insurance for the specific building or structure to the full replacement cost of the destroyed or damaged Covered Property. When determining the full replacement cost, the values of the following will be disregarded:

      (1) Excavations, footings;

      (2) Foundations; and

      (3) Piers and other structures or devices that support all or part of Covered Property and are below the undersurface of the lowest basement floor; or, where there is no basement, those below the surface of the ground inside the foundation walls; also underground flues, pipes, wiring and drains.

   b. If the Limit of Insurance on the damaged building or structure is at least 80% of its full replacement cost as of the time of loss, we will settle the loss based on the smallest of the following amounts:

      (1) The cost to replace the damaged part of the building or structure with material of like kind and quality and for like use;

      (2) The amount actually and necessarily spent to repair or replace the building or structure; or

      (3) The applicable Limit of Insurance.

      If the structure is rebuilt at a new premises, the cost described in Paragraph **B.3.b.(2)** is limited to the cost that would have been incurred if the structure had been rebuilt at the original premises.

      The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

   c. If the Limit of Insurance on the damaged building or structure is less

than 80% of its full replacement cost as of the time of loss, we will settle on the basis of **(1)** or **(2)** below, whichever is larger:

   (1) The actual cash value, as of time of loss, of the damaged part of the building or structure; or

   (2) A proportion of the cost to repair or replace the damaged part of the building or structure, without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement. The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

   However, we will not pay more than the applicable Limit of Insurance, regardless of whether Paragraph **(1)** or **(2)** above applies.

   d. If a loss occurs to a covered poultry confinement building that is more than 10 years old, we will settle the loss based on the actual cash value, as of time of loss, of the damaged part of the building or structure unless this policy is endorsed to apply **a, b** and **c** above to the poultry confinement building.

      This cost of repairs does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

   e. If your loss qualifies for payment on a replacement cost basis, but the cost of repair or replacement is more than either $2,500 or 5% of the applicable Limit of Insurance, the only basis on which we will settle pending completion of repairs or replacement is actual cash value, as of time of loss, of the damaged part of the building or structure. In case of such a loss you can make an initial claim for payment on the actual cash value basis, and later make a supplementary claim for replacement cost payment. If you elect to exercise this option, you must notify us of your intention in writing within 180 days of the occurrence of the loss.

The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

4. **Valuation - Improvements And Betterments**

a. If repair or replacement is done at the expense of the "insured" within 12 months after the loss, we will settle the loss on the basis of actual cash value as of time of loss.

b. If repair or replacement is not done within 12 months after loss, we will settle on the basis of a proportion of the cost of repair or replacement. The cost of repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. The applicable portion will equal the ratio of Paragraph **(1)** below to Paragraph **(2)** below.

   (1) The period of time from the loss or damage to the expiration of the lease.

   (2) The period of time from the installation of the improvements to the expiration of the lease.

   Lease means the lease, whether written or oral, in effect at the time of the loss.

   If your lease contains a renewal option and if you exercise that option, the expiration of the renewal option period will replace the expiration of the lease in Paragraphs **(1)** and **(2)** above.

c. If repair or replacement is done at the expense of others for the use of the "insured", we provide no insurance.

5. **Valuation - Glass Replacement**

We will settle on the basis of the cost to replace damaged glass with safety glazing material, if required by law.

## SECTION II - COVERAGE EXTENSIONS

A. **Private Power And Light Poles**

We will pay up to $1,500 in any one occurrence as an additional amount of insurance for direct physical loss of or damage to private power and light poles, outside wiring and attachments. Attachments include attached switch boxes, fuseboxes, and other electrical equipment mounted on poles you own at the "insured location". The $1,500

Limit applies in excess of any applicable Deductible.

If specific private power and light poles are shown in the Declarations, the Limits of Insurance shown for them will be in addition to the $1,500 Limit.

B. **New Construction**

1. We will pay up to $100,000 for direct physical loss of or damage to new, permanent farm structures at the "insured location" including materials and supplies for use in their construction.

2. This Coverage Extension applies only:

   a. To structures that are not otherwise covered under this or any other policy; and

   b. To loss caused by aircraft, explosion, fire, lightning, riot or civil commotion, smoke, vandalism, vehicles, windstorm or hail.

3. Insurance on each farm structure covered under this Coverage Extension will end as soon as any of the following takes place:

   a. You report values to us. (We will charge you an additional premium for values reported from the date construction begins or the materials and supplies are delivered.)

   b. 60 days have elapsed since the first date of delivery of the materials and supplies.

   c. This policy expires.

4. This Coverage Extension is part of, not in addition to, the applicable Limit of Insurance.

C. **Consent to Move Mobile Homes**

The policy is extended to cover loss of or damage to a covered mobile home described in the Declarations caused by or resulting from any Covered Cause of Loss including collision with another object or by upset of the mobile home while it is on or away from the "insured location". This coverage applies for 30 days from the time that the mobile home is removed from the "insured location".

We do not pay for loss to tires unless the loss is coincidental with another Covered Cause of Loss.

## SECTION III - ADDITIONAL COVERAGES

A. **Water Damage**

In the event of water (or steam) damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we:

**FFP 700 10 06**
**Page 3 of 4**

1. Will also pay the necessary cost of tearing out and replacing any part of a covered building or structure so that the damaged system or appliance can be repaired, provided that Special Causes of Loss is shown in the Declarations for Coverage **G** under which the building or structure is covered; but

2. Will **not** pay the cost to repair any defect which caused water or steam to escape from a system or appliance containing water or steam.

In this Additional Coverage, a plumbing system does not include a sump, sump pump or related equipment.

This Additional Coverage will not increase the Limit of Insurance provided in this Coverage Part.

**B. Other Additional Coverages**

For other Additional Coverages, see the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

**SECTION IV - OTHER PROVISIONS**

**A. Covered Causes Of Loss, Exclusions And Limitations**

See the Causes of Loss Form - Farm Property for Basic, Broad or Special coverage as shown in the Declarations.

**B. Limits Of Insurance**

See the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

**C. Deductible**

See the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

FFP 700 10 06
Page 4 of 4
Amended Complaint - Exhibit B

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## CAB GLASS BREAKAGE WITH SPECIAL DEDUCTIBLE

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS FORM - FARM PROPERTY
FARM PROPERTY - FARM PERSONAL PROPERTY COVERAGE FORM
FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL COVERAGE, CONDITIONS, DE-
FINITIONS

**A.  Coverage**

We provide coverage as follows:

1.  Breakage of glass constituting a part of the cab of farm machinery insured under Coverage E or F of the Farm Property - Farm Personal Property Coverage Form in this policy; and

2.  On expenses you incur in making temporary installations to protect the cab of insured farm machinery from further damage resulting from the cab glass being broken.

**B.  Other Provisions**

1.  There will be no coverage under Coverage E or F of the Farm Property - Farm Personal Property Coverage Form for a loss to which insurance under this endorsement applies.

2.  In the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions, the following are the only provisions that apply to the coverage provided by this endorsement.

    **B.  Farm Property Conditions - Loss Conditions:**

    3.  **Duties In The Event Of Loss Or Damage;**

    5.  **Legal Action Against Us;**

    8.  **Other Insurance And Service Agreement;** and

    10. **Transfer Of Rights Of Recovery Against Others To Us;** and

    **General Conditions:**

    1.  **Concealment, Misrepresentation Or Fraud;** and

    3.  **Liberalization.**

3.  In the Causes of Loss Form - Farm Property Form, the following are the only exclusions that apply to the coverage provided by this endorsement.

    **E.  Exclusions**

    3.  **Governmental Action**

    4.  **Intentional Loss**

    5.  **Nuclear Hazard**

    7.  **Neglect**

    8.  **War And Military Action**

4.  The following Loss Condition is added to the Farm Property - Farm Personal Property Coverage Form.

    **Valuation - Cab Glass**

    In the event of breakage of glass constituting a part of the cab of covered farm machinery, we will settle for the lesser of:

    1.  The actual cash value as of the time of loss, but we will not pay more than the amount necessary for repair or replacement of the broken cab glass; or

    2.  The amount it would cost to repair or replace the broken cab glass with the most closely equivalent cab glass obtainable.

5.  The following Special Deductible applies to coverage provided by this endorsement.

    **Special Deductible - Cab Glass**

    We will pay only that part of the covered loss that exceeds $100.  No other deductible applies to the cab glass breakage coverage provided by this endorsement.

© ISO Properties, Inc., 2002                                                                    **FFP 610  04 11**

FARM

# FARM PROPERTY - OTHER FARM PROVISIONS FORM -
## ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS

**A. Additional Coverages**

**1. Debris Removal**

**a.** We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**b.** Except as provided in Paragraph **d.** below, the most we will pay under this Additional Coverage is 25% of:

**(1)** The amount we pay for the direct physical loss of or damage to Covered Property; plus

**(2)** The deductible in this policy applicable to that loss or damage.

**c.** This Additional Coverage does not apply to costs to:

**(1)** Extract "pollutants" from land or water; or

**(2)** Remove, restore or replace polluted land or water.

**d.** Debris removal expense is included in the Limit of Insurance applying to the damaged property. But if:

**(1)** The amount payable for the sum of direct physical loss or damage and debris removal expense exceeds the applicable Limit of Insurance; or

**(2)** The debris removal expense exceeds the amount payable under the 25% limitation in Paragraph **b.** above;

an additional 5% of the Limit of Insurance applying to the damaged property will be available to cover debris removal expense.

**2. Reasonable Repairs**

We will pay the reasonable cost to make necessary repairs to protect Covered Property from further damage after a loss insured against has occurred.

Payment under this Additional Coverage will be subject to, not in addition to, the Limit of Insurance applying to the property being repaired.

**3. Damage To Property Removed For Safekeeping**

We will pay for loss to Covered Property damaged by any cause during or up to 30 days after its removal from a building endangered by a Covered Cause of Loss.

Payment under this Additional Coverage will be subject to, not in addition to, the Limit of Insurance applying to the property being removed.

**4. Fire Department Service Charge**

We will pay up to $2,500 for the liability you have assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect Covered Property from a Covered Cause of Loss. But we will not pay fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

The amount we pay under this Additional Coverage will be in addition to any Limit of Insurance that applies under this Coverage Form.

No deductible applies to this Additional Coverage.

**5. Collapse**

The following Additional Coverage applies when Broad or Special Covered Causes of Loss is specified in the Declarations:

**a.** With respect to buildings:

**(1)** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

**(2)** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

**(3)** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

© ISO Properties, Inc., 2005

**FFP 100 10 06**
Page 1 of 8

(4) A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

b. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is covered under a Farm Property Coverage Form or that contains property covered under a Farm Property Coverage Form, if the collapse is caused by one or more of the following:

(1) The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

(2) Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

(3) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

(4) Weight of people or personal property;

(5) Weight of rain that collects on a roof; or

(6) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in Paragraphs b.(1) through b.(5), we will pay for the loss or damage even if use of defective material or methods in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in Paragraphs a.(1) through a.(4) do not limit the coverage otherwise provided under the Causes of Loss Form - Farm Property for the causes of loss listed in Paragraphs b.(1), b.(4) and b.(5).

c. With respect to the following property:

(1) Foundations and retaining walls;

(2) Underground pipes, flues and drains;

(3) Cesspools and septic tanks;

(4) Walks, roadways, patios and other paved surfaces;

(5) Awnings;

(6) Fences;

(7) Outdoor equipment including yard fixtures;

(8) Swimming pools; and

(9) Bulkheads, docks, piers and wharves;

If the collapse is caused by a cause of loss listed in Paragraphs b.(2) through b.(6), we will pay for loss or damage to that property only if:

(1) Such loss or damage is a direct result of the collapse of a building insured under a Farm Property Coverage Form; and

(2) The property is Covered Property under a Farm Property Coverage Form.

d. This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

6. **Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the "insured location" if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage, for each location listed in the Declarations as an "insured location", is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**FFP 100** 10 06
Page 2 of 8

**B.  Farm Property Conditions**

In addition to the Common Policy Conditions and the Conditions in the individual Coverage Form, the following apply:

**LOSS CONDITIONS**

**1.  Abandonment**

There can be no abandonment of any property to us.

**2.  Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that the selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**  Pay its chosen appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.  Duties In The Event Of Loss Or Damage**

**a.**  In the event of loss or damage to Covered Property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

**(1)**  Notify the police if a law may have been broken.

**(2)**  Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)**  As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)**  Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)**  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)**  As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)**  Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)**  Cooperate with us in the investigation or settlement of the claim.

**b.**  We may examine any "insured" under oath, while not in the presence of any other "insured" and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an "insured's" books and records. In the event of an examination, an "insured's" answers must be signed.

**4.  Insurance Under Two Or More Coverages**

If two or more of this policy's Coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**5.  Legal Action Against Us**

No one may bring a legal action against us under a Coverage Form to which this Condition applies, unless:

**a.**  There has been full compliance with all of the terms of this Coverage Form; and

**FFP 100** 10 06

Page 3 of 8

Amended Complaint - Exhibit B

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

6. **Loss Payment**

   **a.** In the event of loss or damage insured against under a Coverage Form to which this Condition applies, at our option we will either:

   (1) Pay the value of lost or damaged property;

   (2) Pay the cost of repairing or replacing the lost or damaged property, subject to Paragraph **b.** below;

   (3) Take all or any part of the property at an agreed or appraised value; or

   (4) Repair, rebuild, or replace the property with other of like kind and quality, subject to Paragraph **b.** below.

   We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in the Coverage Form or any applicable provision that amends or supersedes the Valuation Condition.

   **b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property except as provided in Section II - Coverage Extensions of the Farm Property - Farm Dwellings and Household Personal Property Coverage Form.

   **c.** We will not pay you more than your financial interest in the Covered Property.

   **d.** We will give notice of our intentions within 30 days after we receive the proof of loss.

   **e.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all the terms of the Coverage Form, and

   (1) We have reached agreement with you on the amount of loss; or

   (2) An appraisal award has been made.

   **f.** We may adjust losses with the owners of lost or damaged property if

other than you. Our payment for such losses will only be for the owners' account. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

   **g.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

7. **Pair, Sets Or Parts**

   **a.** **Pair Or Set**

   In case of loss or damage to any part of a pair or set, we may:

   (1) Repair or replace any part to restore the pair or set to its value before the loss; or

   (2) Pay the difference between the value of the pair or set before and after the loss.

   **b.** **Parts**

   In case of loss of or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

8. **Other Insurance And Service Agreement**

   **a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under the applicable Coverage Form. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under the Coverage Form bears to the limits of insurance of all insurance covering on the same basis.

   **b.** If there is other insurance covering the same loss or damage, other than that described in Paragraph **8.a.** above, we will pay only the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

   **c.** In the settlement of loss or damage to farm machinery, vehicles or equipment covered under Coverage **E** or Coverage **F** that you have borrowed or rented, this coverage is excess over any other valid and collectible insurance.

**FFP 100** 10 06

Amended Complaint - Exhibit B

**d.** If loss or damage is also covered by a service agreement, any amounts payable for such loss or damage under this Coverage Form will be excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service or warranty agreement, even if it is characterized as insurance.

**9. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**10. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to loss.

**b.** After a loss, only if at the time of loss, that party is one of the following:

    **(1)** Someone insured by this insurance;

    **(2)** A business firm:

        **(a)** Owned or controlled by you; or

        **(b)** That owns or controls you; or

    **(3)** Your tenant.

This will not restrict your insurance.

**11. Unoccupancy And Vacancy**

**a.** If a building or structure is "vacant" or "unoccupied" beyond a period of 120 consecutive days, the Limits of Insurance applicable to the building or structure and its contents will be automatically reduced by 50%, unless we extend the period of "vacancy" or "unoccupancy" by

endorsement made a part of the applicable Coverage Form.

**b.** In addition to the penalty described in Paragraph a. above, "unoccupancy" or "vacancy" results in certain exclusions or limitations applicable to certain causes of loss. See Causes of Loss Form - Farm Property.

**GENERAL CONDITIONS**

**1. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other "insured," at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This insurance;

**b.** The Covered Property;

**c.** Your interest in the Covered Property; or

**d.** A claim under this insurance.

**2. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this insurance at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**3. Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to any Farm Property Coverage Form that is affected by the liberalization and is a part of this policy.

**4. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this insurance, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

    **(1)** Pays any premium due under the affected Coverage Forms at our request if you have failed to do so;

    **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

    **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of the affected Coverage Forms will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of the Coverage Forms involved;

    **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

    **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

    **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**5. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**6. Policy Period**

We cover loss or damage commencing during the policy period shown in the Declarations.

**7. Conformity with Statute**

Any provision of this Coverage Part which, on its effective date, conflicts with the statutes of the state where the "insured" resides on such date is hereby amended to conform to the minimum requirements of such statute.

**C. Definitions**

The following words and phrases have a special meaning throughout the Farm Property Coverage Forms:

**1.** "Business property" means property pertaining to any trade, profession or occupation other than farming.

**2.** "Dwelling" means a building used principally for family residential purposes, and includes mobile homes and modular and prefabricated homes.

"Dwelling" does not mean a building used in such agricultural operations as storage of farm produce, "livestock" or "poultry".

**3.** "Farm personal property" means equipment, supplies and products of farming or ranching operations, including but not limited to feed, seed, fertilizer, "livestock," other animals, "poultry," grain, bees, fish, worms, produce and agricultural machinery, vehicles and equipment.

**4.** "Insured" means you and, if you are an individual, the following members of your household:

    **a.** Your relatives;

    **b.** Any other person under the age of 21 who is in the care of any person specified above;

    **c.** A student enrolled in school full time, as defined by the school, who was a member of your household before moving out to attend school, provided the student is under the age of:

        **(1)** 24 and your relative; or

        **(2)** 21 and in your care or the care of a person specified in Paragraph a.

**FFP 100 10 06**
**Page 6 of 8**
Amended Complaint - Exhibit B

5. "Insured location" means any location, including its private approaches, described in the Farm Property Declarations.

6. "Livestock" means cattle, sheep, swine, goats, horses, mules and donkeys.

7. "Money" means currency, coins and bank notes in current use and having a face value; also scrip, stored value cards and smart cards, travelers' checks, register checks and money orders held for sale to the public.

8. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

9. "Poultry" means fowl kept by you for use or sale.

10. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   b. Evidences of debt used in connection with credit or charge cards, which cards are not issued by you.

   But "securities" does not include "money."

11. "Unoccupancy" or "unoccupied" means the condition of:

   a. A "dwelling" (except while being constructed) not being lived in; or

   b. Any other building or structure (except while being constructed) not being used;

   even if it contains furnishings or other property customary to its intended use or occupancy.

12. "Vacancy" or "vacant" means the condition of a building or structure (except while being constructed) not containing sufficient furnishings or other property customary to its intended use or occupancy.

13. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment; aircraft or vehicles;

riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage; collision - Coverage E and Coverage F only.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into manmade underground cavities.

   b. Falling objects does not include loss or damage to:

      (1) Personal property in the open;

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object; or

      (3) The falling object itself.

   c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the "insured location" and contains water or steam.

D. **Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the lesser of the following:

1. The applicable Limit of Insurance shown in the Declarations; or

2. The applicable Special Limit of Insurance described under Section **A** of each applicable Coverage.

E. **Deductible**

If a single deductible is shown in the Declarations, we will not pay for loss, damage or expense in any one occurrence until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss, damage or expense in excess of that Deductible, up to the applicable Limit of Insurance or Special Limit of insurance.

**FFP 100 10 06**

Page 7 of 8

If the Optional Outbuilding Deductible is shown in the Declarations, the two deductibles shown in the Declarations may be applicable to one occurrence. If both Deductibles apply, the total amount of the Deductible will not exceed the higher applicable deductible amount.

F. **Value Guard**

We will increase the Limits of Insurance shown in the Declarations for buildings insured under **Coverage A - Residence -**

**Location 1.** **Additional Coverage A Dwellings** and **Coverage G. Farm Structures** at the beginning of each renewal period to reflect the change in building construction costs in your community. We will not adjust limits for mobile homes, swimming pools, or greenhouses. Payment of the renewal premium will constitute your acceptance of the revised Limits of Insurance as shown on the Farm Property Declarations.

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

> FARM PROPERTY - FARM DWELLINGS AND HOUSEHOLD PERSONAL PROPERTY COVERAGE FORM
> FARM PROPERTY - FARM PERSONAL PROPERTY COVERAGE FORM
> FARM PROPERTY - BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM
> FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
> CAUSES OF LOSS FORM - FARM PROPERTY

**PART A. - COVERAGE A - DWELLINGS** and **COVERAGE D - LOSS OF USE**

**FARM PROPERTY - FARM DWELLINGS AND HOUSEHOLD PERSONAL PROPERTY COVERAGE FORM**

1. The following is added to **SECTION III - ADDITIONAL COVERAGES:**

   The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as defined and limited in **PART A.** of this endorsement.  This Additional Coverage applies only to property covered under **COVERAGE A - DWELLINGS.**

   a. We will pay for direct physical damage to "covered dwelling equipment" that is the direct result of a "dwelling accident."  As used in this Additional Coverage, "dwelling accident" means sudden and accidental:

      (1) mechanical or electrical breakdown; or

      (2) tearing apart, cracking, burning or bulging of a steam or hot water heating system, or an air conditioning system;

   that results in direct physical damage to "covered dwelling equipment".

   b. The following coverage also applies to the direct result of a "dwelling accident." This coverage does not provide an additional amount of insurance.

   **Expediting Expenses**

   With respect to your damaged "covered dwelling equipment", we will pay the reasonable extra cost to:

   (1) make temporary repairs; and

   (2) expedite permanent repairs or permanent replacement.

   The most we will pay for loss or expense under this coverage is $25,000.

2. The following is added to **SECTION I - COVERAGES, COVERAGE D - LOSS OF USE:**

   Coverage for **1. Your Additional Living Expense** and **2. Fair Rental Value,** is extended to the coverage provided by **PART A.** of this endorsement.  We will pay up to $1,000 per "dwelling accident" under this coverage.

3. **DEDUCTIBLE - PART A.**

   The applicable deductible shown in the Declarations applies to this Equipment Breakdown Coverage.

**PART B. - COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY, COVERAGE F - UNSCHEDULED FARM PERSONAL PROPERTY** and **COVERAGE G - BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES**

**FARM PROPERTY - FARM PERSONAL PROPERTY, COVERAGE FORM**
**FARM PROPERTY - BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM**

1. The following is added to **SECTION III - ADDITIONAL COVERAGES:**

   The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as defined and limited in **PART B.** of this endorsement.  This Additional Coverage applies only to property covered under Coverages **E, F** and **G,** except for the Computers in the "Dwelling" provision below, which applies to Coverage **C** of the **FARM PROPERTY - FARM DWELLINGS AND HOUSEHOLD PERSONAL PROPERTY COVERAGE FORM.**

   We will pay for direct physical damage to Covered Property as indicated in the Declarations for Coverages **E, F** or **G** that is the direct result of a "farm business accident."  As used in this Additional Coverage "farm business accident" means a fortuitous event that causes direct physical damage to "covered farm equipment."  The event must be one of the following:

   a. mechanical breakdown, including rupture or bursting caused by centrifugal force;

   b. artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

   c. explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

Includes copyrighted material
of Insurance Services Office Inc.,
with its permission.

**FFP 813 08 09**
Page 1 of 8

    d.   loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

    e.   loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2.   Unless otherwise shown in a Schedule, the following coverages also apply to the direct result of a "farm business accident." These coverages do not provide additional amounts of insurance.

    a.   **Expediting Expenses**

        With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

        **(1)** make temporary repairs; and

        **(2)** expedite permanent repairs or permanent replacement.

        The most we will pay for loss or expense under this coverage is $25,000 unless otherwise shown in a Schedule.

    b.   **Hazardous Substances**

        We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expense to clean up or dispose of such property.

        This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.c.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

        The most we will pay for loss, damage or expense under this coverage, including actual loss of Farm Earnings and Extra Expense you sustain and necessary Extra Expense you incur from the disruption of farming operations, if shown as covered, is $25,000 unless otherwise shown in a Schedule.

    c.   **Spoilage**

        **(1)** We will pay:

            **(a)** for physical damage to "perishable goods" due to spoilage;

            **(b)** for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

            **(c)** any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

        **(2)** If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "farm business accident," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the applicable Valuation condition.

        **(3)** For purposes of this Spoilage coverage only, "covered farm equipment" includes a freezer or refrigerated unit covered under Coverage **A** or Coverage **C.** This means that spoilage of "farm personal property" in such freezer or refrigerated unit is covered under this endorsement and damage to the freezer or refrigerated unit is covered only as described under **PART A.** above.

        The most we will pay for loss, damage or expense under the coverage is $25,000 unless otherwise shown in a Schedule.

    d.   **Computers In The "Dwelling"**

        We will pay for the loss, damage or expense caused by or resulting from a "farm business accident" to "computer equipment" that is covered under Coverage **C.**

        The most we will pay for loss, damage or expense under this coverage, including actual loss of Farm Earnings and Extra Expense you sustain and necessary Extra Expense you incur from the disruption of farming operations if shown as covered, is $5,000 unless otherwise shown in a Schedule.

    e.   **Data Restoration**

        We will pay for your reasonable and necessary cost to research, replace and restore lost "data."

        The most we will pay for loss or expense under this coverage, including actual loss of Farm Earnings and Extra Expense you sustain and necessary Extra Expense you incur from the disruption of farming operations if shown as covered, is $25,000 unless otherwise shown in a Schedule.

**FFP 813  08 09**

**f.   Service Interruption**

**(1)** Any insurance provided for Farm Earnings and Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from a "farm business accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered farm equipment" except that it is not Covered Property.

**(2)** We will not pay for actual loss of Farm Earnings and Extra Expense you sustain that results from the interruption of utility services during the first 24 hours following the "farm business accident." However, if a deductible is shown in a Schedule as provided for in Paragraph 3., **DEDUCTIBLE - PART B** below, then that deductible will apply instead of the 24 hours provided for in this paragraph.

**(3)** The most we will pay for loss, damage or expense under this coverage is the limit that applies to Farm Earnings and Extra Expense or Spoilage, except that if a limit is shown in a Schedule for Service Interruption, that limit will apply to Farm Earnings and Extra Expense loss under this coverage.

**g.   Farm Earnings and Extra Expense**

Any insurance provided under this policy for Farm Earnings and Extra Expense is extended to the coverage provided by **PART B.** of this endorsement. However if a deductible is shown in a Schedule, that deductible will apply to this coverage. The most we will pay for Farm Earnings and Extra Expense loss from the disruption of farming operations is the limit shown in the Farm Property Policy for that coverage, unless otherwise shown in a Schedule.

**3.   DEDUCTIBLE - PART B**

The applicable deductible shown in the Declarations applies unless a separate Equipment Breakdown deductible is shown in a

Schedule. If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, **Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions,** provision **E. Deductible** is deleted and replaced with the following:

**a.   Deductibles for Each Coverage**

**(1)** Unless the Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one farm business accident."

**(2)** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible amount, subject to the applicable limit.

**(3)** If deductibles vary by type of "covered farm equipment" and more than one type of "covered farm equipment" is involved in any "one farm business accident," only the highest deductible for each coverage will apply.

**b.   Direct and Indirect Coverages**

**(1)** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Schedule.

**(2)** Unless more specifically indicated in the Schedule:

**(a)** Indirect Coverages Deductibles apply to Farm Earnings and Extra Expense loss; and

**(b)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by **PART B.** of this endorsement.

**c.   Application of Deductibles**

**(1) Dollar Deductibles**

We will not pay for loss, damage or expense resulting from any "one farm business accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**FFP 813  08 09**

Page 3 of 8

Amended Complaint - Exhibit B

**(2) Time Deductible**

If a time deductible is shown in the Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "farm business accident." If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3) Multiple of Average Daily Value (ADV)**

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the income and expense loss (as described in any Farm Earnings and Extra Expense coverage that is part of this policy) that would have been earned during the period of interruption of business had no "farm business accident" occurred, divided by the number of working days in that period. No reduction shall be made for the income and expense loss not being earned, or in the number of working days, because of the "farm business accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the income and expense loss value of the entire "insured location," whether or not the loss affects the entire "insured location." If more than one "insured location" is included in the valuation of the loss, the ADV will be the combined value of all affected "insured locations." For purposes of this calculation, the period of interruption may not extend beyond the period of restoration.

The number indicated in the Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**(4) Percentage of Loss Deductibles**

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum

deductible will be the applicable deductible.

**PART C.**

The following terms and conditions apply to **PARTS A.** and **B.** above.

**1.    EXCLUSIONS**

All exclusions in the **Causes of Loss Form - Farm Property** apply except as modified below and to the extent that coverage is specifically provided by this Equipment Breakdown Coverage.

The following exclusions are added:

**a.    EXCLUSIONS** - Applicable only to **PART A.**

**(1)** We will not pay for loss, damage or expense caused by or resulting from electrical power surge or brown out.

**(2)** We will not cover any property that is not "covered dwelling equipment."

**b.    EXCLUSIONS** - Applicable only to **PART B.**

**(1)** We will not pay for loss, damage or expense caused by or resulting from:

**(a)** any defect, programming error, programming limitation, computer virus, malicious code, loss of "data," loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind. But if a "farm business accident" results, we will pay for the resulting loss, damage or expense caused by that "farm business accident"; or

**(b)** any of the following tests: a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

**(c)** any "accident" to a "vehicle mounted global positioning system (GPS) unit" except for the loss or damage to the "vehicle-mounted global positioning (GPS) unit" itself.

**(2)** With respect to Farm Earnings and Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

FFP 813  08 09
Page 4 of 8

Amended Complaint - Exhibit B

(3) With respect to Service Interruption coverage, we will not pay for loss, damage or expense caused by or resulting from fire; lightning; windstorm or hail; explosion (except as specifically provided in **PART B.** paragraph **1.c.** above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

(4) We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from a "farm business accident": Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods," to the extent that spoilage is covered under Spoilage coverage.

(5) We will not pay for any loss or damage to:

(a) animals; or

(b) alcohol stills; or

(c) household personal property.

c. **EXCLUSIONS** - Applicable to **PARTS A.** and **B.**

(1) When Basic or Broad is shown in the Declarations for Covered Causes of Loss, the following is added:

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. But if a "dwelling accident" or a "farm business accident" results, we will pay for the resulting loss, damage or expense caused by that "dwelling accident" or "farm business accident."

(2) When Special is shown in the Declarations for Covered Causes of Loss, as respects this endorsement only, the last paragraph of Exclusion **D.1.w.** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **w.(1)** through **w.(9)** results

in a "dwelling accident" or a "farm business accident," we will pay for the loss, damage or expense caused by that "dwelling accident" or "farm business accident".

(3) We will not pay for loss, damage or expense caused by or resulting from misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance. But if a "dwelling accident" or a "farm business accident" results, we will pay for the resulting loss, damage or expense caused by that "dwelling accident" or "farm business accident."

2. **CONDITIONS**

In addition to the Common Policy Conditions, the Conditions in the **Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions** and the Conditions in the individual Coverage Forms, the following apply:

a. **CONDITIONS** - Applicable only to **PART B.**

(1) **Suspension**

Whenever "covered farm equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from a "farm business accident" to that "covered farm equipment." This can be done by mailing or delivering a written notice of suspension to:

(a) your last known address; or

(b) the address where the "covered farm equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered farm equipment." If we suspend your insurance, you will get a pro rata refund of premium for that "covered farm equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

(2) **Coinsurance**

If a coinsurance percentage is shown in a Schedule for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each "insured location."

b.  **CONDITIONS** - Applicable to **PARTS A.** and **B.**

  (1)  **Environmental, Safety and Efficiency Improvements**

    If "covered dwelling equipment" requires replacement due to a "dwelling accident" or if "covered farm equipment" requires replacement due to a "farm business accident," we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

    However, we will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which actual cash value applies.

  (2)  **Valuation**

    The Valuation Loss Conditions in the individual Coverage Forms are deleted and replaced with the following:

    (a)  We will settle the loss based on the smallest of the following amounts:

      (i)  The cost to repair the damaged property;

      (ii)  The cost to replace the damaged property with material of like kind and quality for like use;

      (iii)  The amount actually and necessarily spent to repair or replace the damaged property; or

      (iv)  The applicable Limit of Insurance.

If the property is rebuilt or replaced at a new premises, the cost described above is limited to the cost that would have been incurred if the property had been rebuilt or replaced at the original premises.

    (b)  If the property is not repaired or rebuilt within 24 months after the date of the "dwelling accident" or "farm business accident," we will settle on the basis of actual cash value.

    (c)  Except as described in Environmental, Safety and Efficiency Improvements above, you are responsible for the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

  (3)  The most we will pay for loss, damage or expense under this endorsement arising from any "one dwelling accident" or any "one farm business accident" is the applicable Limit of Insurance in the Declarations, unless otherwise shown in a Schedule.

  (4)  Coverage provided under this endorsement does not provide an additional amount of insurance.

3.  **DEFINITIONS** - Applicable to **PARTS A.** and **B.**

  The following are added to Section **C. Definitions,** of **Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions:**

  a.  "Boilers and vessels" means:

    (1)  Any boiler, including attached steam, condensate and feedwater piping; and

    (2)  Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

    This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

  b.  "Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including "media" and peripherals used in conjunction with such equipment.

  c.  "Covered dwelling equipment"

    (1)  "Covered dwelling equipment" means Covered Property covered under Coverage **A** and:

**FFP 813  08 09**

(a) that generates, transmits or utilizes energy; or

(b) which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

(2) None of the following is "covered dwelling equipment":

(a) supporting structure, cabinet or compartment;

(b) insulating material associated with "covered dwelling equipment";

(c) sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

(d) water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(e) kitchen or laundry appliances, other than those permanently installed, including but not limited to, refrigerator, dishwasher, oven, stove, clothes washer or clothes dryer; or

(f) electronic entertainment or "computer equipment," including but not limited to, television or stereo equipment, or any electronic component used with such electronic entertainment or "computer equipment."

d. "Covered farm equipment"

(1) "Covered farm equipment" means, unless otherwise specified in a Schedule, Covered Property under Coverages E, F or G and "computer equipment" covered under Computers In The "Dwelling" above:

(a) that generates, transmits or utilizes energy; or

(b) which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

(2) None of the following is "covered farm equipment":

(a) structure, foundation, cabinet, compartment or air supported structure or building;

(b) insulating or refractory material;

(c) sewer piping, buried vessels or piping, or piping forming a part

of a sprinkler or fire suppression system;

(d) water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(e) satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(f) dragline, excavation or construction equipment;

(g) equipment manufactured by you for sale;

(h) equipment used to service the "dwelling," its grounds or structures appurtenant to it, unless the equipment also services property covered under Coverage G;

(i) "vehicle" or any equipment mounted on a "vehicle."

However, equipment that is:

(i) mounted on wheels or a trailer in order to make it transportable; and

(ii) not used to drive or steer such wheels or trailer; and

(iii) stationary and in use at the "insured location" at the time of the "farm business accident"; or

(iv) stationary, permanently installed at the "insured location" and that receives electrical power from an external power source; or

(v) a "vehicle-mounted" global positioning system (GPS) unit" used in your farming operation

will not be considered to be a "vehicle"; or

(j) irrigation systems except as follows:

(i) as respects pivot irrigation systems, "covered farm equipment" does include the central pivot, the wheels, and the drive mechanisms for the swing arm and corner attachments, including but not limited to motors and gears; and

FFP 813  08 09
Page 7 of 8
Amended Complaint - Exhibit B

(ii) as respects all irrigation systems, "covered farm equipment" does include sensors, controls, and pumps and drive motors and drive engines used with such pumps.

e. "Data" means information or instructions stored in digital code capable of being processed by machinery.

f. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

g. "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

h. "One dwelling accident" means: If an initial "dwelling accident" causes other "dwelling accidents," all will be considered "one dwelling accident." All "dwelling accidents" that are the result of the same event will be considered "one dwelling accident."

i. "One farm business accident" means: If an initial "farm business accident" causes other "farm business accidents," all will be considered "one farm business accident." All "farm business accidents" that are the result of the same event will be considered "one farm business accident."

j. "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

k. "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

l. "Vehicle" means as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

m. "Vehicle-mounted global positioning system (GPS) unit" means:

(1) a device or system that receives signals from a GPS satellite and direct current input power from a "vehicle's" electrical system; and

(2) the controller computer associated with this unit.

However, "vehicle-mounted global positioning system (GPS) unit" does not mean steering assemblies; servomotors; or mixing, metering or hydraulic assemblies.

POLICY NUMBER: FAB 224492Y                            FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RECREATIONAL VEHICLE PHYSICAL DAMAGE COVERAGE

## Schedule *

| Item No. | Make/Model: | Year: | Vehicle Ident No. | Limit of Insurance: |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

## COVERAGE

We insure against risks of direct loss to property described only if that loss is a physical loss to property subject to the following exclusions and conditions:

## EXCLUSIONS

This policy does not insure against loss or damage:

1. By wear and tear; marring or scratching; deterioration; inherent vice; latent defect; rust; mold; contamination; water; earthquake; landslide; mine subsidence; sinkhole collapse; volcanic eruption; smog; birds, vermin, rodents, insects or domestic animals;

2. From seizure or destruction of property by order of governmental authority;

3. Nuclear action, meaning nuclear reaction, radiation or radioactive contamination;

4. War or military action either declared or undeclared;

5. Unexplained loss or mysterious disappearance unless there is evidence that the property was stolen;

6. Theft committed by an Insured, employee of an Insured or tenant including the tenant's employees or members of the tenant's household;

7. Loss or damage to tires or tubes unless the loss or damage is caused by fire, windstorm or theft or is coincident with other loss or damage insured by this policy;

8. Caused by mechanical or electrical breakdown or failure, repairing, adjusting, servicing or maintenance operation unless fire or explosion ensues and then only for the loss or damage by such ensuing fire or explosion;

9. Arising out of any act an Insured commits or conspires to commit with the intent to cause a loss. In the event of such loss, no Insured is entitled to coverage, even Insureds who did not commit or conspire to commit the act causing the loss or damage.

## CONDITIONS

1. **Deductible:** A $250 deductible applies to claim made for loss or damage under this coverage.

2. Coverage territory is the United States, its territories and possessions, and Canada.

All other provisions and conditions of the policy apply.

© ISO Properties, Inc., 2002                                 **FFP 551** 07 09

Amended Complaint - Exhibit B

POLICY NUMBER: FAB 224492Y                FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REPRODUCTIVE MATERIALS COVERAGE

**Property Covered:**

| Item No. | Description of Storage Tank: | Limit of Insurance |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| Description of Reproductive Materials Inventory: | Limit of Insurance: |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A. PERILS INSURED**

We insure the described property against risks of physical loss or damage subject to the following exclusions and conditions:

**B. EXCLUSIONS**

We do not insure against:

1. Loss or damage caused by or resulting from delay, loss of market, loss of use, interruption of business or nonperformance of semen;

2. Loss caused by or resulting from loss or escape of the liquid nitrogen refrigerant unless such loss or escape is a result of the storage tank being ruptured or punctured by another object outside of the tank;

3. Theft committed by an insured, employee of an insured or tenant including the tenant's employees or members of the tenant's household;

4. Unexplained loss, mysterious disappearance or shortage disclosed upon taking inventory;

5. Loss or damage caused by wear and tear, gradual deterioration, dampness of atmosphere, or damage sustained while being worked on or a failure of vacuum in tank due to age;

6. Nuclear action, meaning nuclear reaction, radiation or radioactive contamination;

7. War either declared or undeclared;

8. Loss or damage caused by or resulting from faulty, inadequate or defective maintenance of part or all of any property;

9. Loss or damage while in the custody of a common or contract carrier.

**C. CONDITIONS**

1. **Deductible:** A $100 deductible applies to each claim made for loss or damage under this coverage.

2. **Coinsurance:** (Applicable to reproductive material inventory only). In no event will we pay for a greater proportion of any loss or damage to the property covered than the amount of coverage bears to the actual value of such covered property at the time when loss or damage occurs.

3. **Coverage Territory:** Coverage is worldwide.

4. **Loss Settlement:** We will pay for replacement of the damaged property with like kind and quality property. The loss payment shall include the reasonable cost of any necessary emergency shipments to replace the damaged property. But, in no event, we will pay more than the amount of coverage shown.

5. **Laboratory Inspection:** In the event of loss from temperature change, the insured will furnish a laboratory report confirming the destruction or percentage of damage to the semen. In the event of partial damage, we will pay only the actual loss sustained.

All other provisions and conditions of this policy apply.

© ISO Properties, Inc., 2002           **FFP 604 04 08**

Amended Complaint - Exhibit B

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## PRIVATE GARAGES

This endorsement modifies insurance provided under the following:

**FARM PROPERTY - FARM DWELLING AND HOUSEHOLD PERSONAL PROPERTY COVERAGE FORM**

You may apply, as an additional amount of insurance, up to 10% of the Limit of Insurance shown in the Declarations for Coverage **A - Residence - Location 1** to unattached structures used solely as private garages at Location 1, including outdoor radio and TV antennas and satellite dishes attached to such garages.

This coverage does not include:

    (a)  any garage used in whole or in part for commercial or manufacturing purposes;

    (b)  any garage which is wholly rented or leased to other than the tenant of the farm dwelling; or

    (c)  structures that you use for or which were originally designed for farming purposes.

**FFP 501 01 04**

---

Amended Complaint - Exhibit B

POLICY NUMBER: FAB 224492Y                                          **FARM**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FARM EARNINGS AND EXTRA EXPENSE INSURANCE

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS FORM - FARM PROPERTY
FARM PROPERTY - BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM
FARM PROPERTY - FARM PERSONAL PROPERTY COVERAGE FORM

**Schedule**

| | |
|---|---|
| **Limit of Insurance:** | $ |
| **Monthly Limitation:** | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.).

**A. Coverage**

As used in this endorsement, the term farming operations means only your farming activities occurring at an "insured location" conducted by you including rental of farm building(s). If a Covered Cause of Loss causes direct physical loss to the farm buildings, machinery, supplies, equipment, livestock or poultry insured under Coverage E, F or G of this policy, and located at or pertaining to an "insured location", and if such loss necessitates disruption of your farming operations at that location, we will pay the following with respect to such disruption:

1. Reduction in net profit or increase in net loss (before income taxes);

2. Continuing normal operating expenses incurred, including payroll;

3. Actual and necessary expenses you incur to resume normal farming operations; and

4. Actual and necessary expenses you incur to repair or replace damaged property, but only to the extent that such expenses reduce the amount payable under this endorsement.

**B. Resumption Of Farming Operations**

In the event of loss or expenses to which insurance under this endorsement may apply, if you intend to continue your farming operations you must resume all or part of your farming operations as quickly as possible.

**C. Period Of Restoration**

1. The coverage described in Paragraph **A.** above begins on the date of direct physical loss or Damage and ends on the date when the damaged property can be expected, with reasonable speed, to be repaired, rebuilt, or replaced with property of similar kind and quality. The expira-

tion date of this policy will not cut short the period of restoration.

2. With respect to the time needed for repair, rebuilding or replacement of property, the period of restoration does not include extension of such time due to the enforcement of an ordinance or law that:

   a. Regulates the construction, use or repair of any property;

   b. Requires the tearing down of any property; or

   c. Requires any "insured" or others to test for, monitor, clean up, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**D.** With respect to any one period of restoration, as described in Paragraph **C.1.** above, the most we will pay for the total of covered losses and expenses is the Limit of Insurance shown in the Schedule.

**E. Additional Coverages**

1. **Loss And Expense Due to Emergency Prohibition Against Occupancy**

   We will also pay for the losses and expenses described in Paragraphs **A.1.** through **A.4.** above if action of civil authority prohibits access to an "insured location" shown in the Schedule, provided that:

   The prohibition is due to direct physical loss of or damage to property at a neighboring premises; and

   a. The loss is caused by a Broad Covered Cause of Loss.

   Period of application: This additional coverage applies for a period of up to three consecutive weeks from the start of the prohibition but only while access is actually prohibited.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**FFP 705 06 18**
**Page 1 of 3**
Amended Complaint - Exhibit B

With respect to any one period of application as described in the paragraph above, the most we will pay for the total of covered losses and expenses is the Limit of Insurance shown in the Schedule.

**2.  Extended Income Loss Coverage**

We will pay for loss described in Paragraphs **A.1.** and **A.2.** above, that you incur during the period that:

**a.**  Begins on the date:

**(1)**  Damaged property is actually repaired, rebuilt or replaced; and

**(2)**  Your farming operations at the "insured location" are resumed; and

**b.**  Ends on the earlier of:

**(1)**  The date you could restore your farming operations with reasonable speed, to the condition that would have existed if no direct physical loss or damage had occurred; or

**(2)**  30 consecutive days after the date in Paragraph **E.2.a.** above.

Loss must be caused by direct physical loss or damage to the described property at the "insured location" caused by or resulting from a Covered Cause of Loss.

**3.  No concurrent Damage to Buildings**

We will extend the coverage provided by this form for a period not to exceed thirty (30) days to cover loss of earnings resulting from destruction of livestock or poultry insured by us in this or other policies by a peril insured against when there has been no concurrent damage to buildings in which the livestock or poultry are normally housed.

A separate deductible of $250 per occurrence applies to this additional coverage.

**4.  Dairyman Extension**

We will pay for your actual loss of farm earnings and farm extra expense for a period of time not exceeding five (5) days when the milk hauler is unable to gain access to your premises resulting in the intentional destruction of milk. This extension of coverage applies only when the adverse weather condition (winter storm, tornado, flood) prohibit access to your property even if there has been no concurrent damage to insured buildings. The amount of loss shall be determined

by averaging the size of the previous five (5) shipments of milk at the price paid at the time of loss.

**5.  Non-Owned Equine, Non-Owned Livestock or Non-Owned Poultry Extension**

We will extend the coverage provided by this form to provide up to $25,000 for your loss of earnings resulting from damages caused by the death or destruction of non-owned equine, non-owned livestock or non-owned poultry that you are raising under the terms of a legal contract. This extension is provided as an aggregate limit.

A separate deductible of $1,000 per occurrence applies to this additional coverage.

**F.  Limit Of Insurance**

The most we will pay under this endorsement for loss in any one occurrence is the Limit of Insurance shown in the Schedule.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

**1.**  Loss and Expense Due to Emergency Prohibition Against Occupancy; or

**2.**  Extended Income Loss Coverage.

**G.  Exclusions**

The following exclusions apply in addition to those in the Causes Of Loss Form - Farm Property:

**1.**  We will not pay for loss caused by or expense incurred due to suspension, lapse or cancellation of any lease, contract or order.

**2.**  We will not pay for loss caused by or expense incurred due to contamination, by disease, of any farming building or any part of farm buildings, machinery, supplies, or equipment.

**H.**  Under Covered Causes of Loss and Exclusions in the Causes Of Loss Form - Farm Property references to loss or damage also apply to expense.

**I.  Loss Determination**

**1.**  Applicable to loss described in Paragraphs **A.1.** and **A.2.**:

**a.**  The reduction in net profit or increase in net loss will be determined based on the net income from the farming operations before the direct physical loss or damage occurred, and the likely net income if no loss or damage had occurred.

FFP 705 06 18
Page 2 of 3

**b.** The amount of operating expenses, including payroll expenses, will be determined based on those necessary to restore farming operations to the same degree of efficiency that existed just before the direct physical loss or damage occurred.

**c.** With respect to Paragraphs **I.1.a.** and **b.** above, the amount otherwise payable will be reduced to the extent that you can resume farming operations, in whole or in part, by using damaged or undamaged property at the "insured location" or elsewhere.

2. Applicable to expense described in Paragraphs **A.3.** and **A.4.:**

   **a.** The amount of actual and necessary expenses will be determined based on:

     **(1)** Expenses that exceed the normal expenses that you would have incurred for farming operations during the period of restoration if not direct physical loss or damage had occurred.

     Upon resumption of farming operations, we will deduct the salvage value that remains of any property bought for temporary use during the period of restoration.

     **(2)** Expenses that reduce net income losses that you would otherwise have sustained.

   **b.** With respect to Paragraph **I.2.a.** above, the amount otherwise payable will be reduced to the extent that you can return farming operations to normal and discontinue such expenses.

3. Applicable to all loss and expense described in Paragraph **A.:**

   **a.** The amount payable under this endorsement will also be deter-

mined based on other relevant sources of information including:

   **(1)** Your financial records and accounting procedures;

   **(2)** Bills, invoices and other vouchers; and

   **(3)** Deeds, liens and contracts.

**b.** If you do not resume the farming operations, or do not resume operations as quickly as possible, we will pay based on the length of time it would have taken to resume the farming operations as quickly as possible.

**J. Monthly Limit of Indemnity**

The most we will pay for income loss and expense in each period of 30 consecutive days after the beginning of the "period of restoration" is:

1. The Limit of Insurance shown in the Schedule, multiplied by

2. The fraction shown in the Schedule.

Example:

When: The Limit of Insurance is $60,000.
The fraction shown in the Schedule is 1/4.

The most we will pay for loss in each period of 30 consecutive days is:
$60,000 X 1/4=$15,000.

If, in the example, the actual amount of loss is:

| Days | | |
|---|---|---|
| Days 1-30 | $20,000 |
| Days 31-60 | $10,000 |
| Days 61-90 | $15,000 |

We will pay:

| Days | | |
|---|---|---|
| Days 1-30 | $15,000 |
| Days 31-60 | $10,000 |
| Days 61-90 | $15,000 |

The remaining $5,000 is not covered.

**K.** No deductible applies to the coverage provided by this endorsement.

POLICY NUMBER: FAB 224492Y

FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SPOILAGE COVERAGE: PERISHABLE FARM PERSONAL PROPERTY

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS FORM - FARM PROPERTY
FARM PROPERTY - FARM PERSONAL PROPERTY COVERAGE FORM
FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL COVERAGES,
CONDITIONS, DEFINITIONS

### SCHEDULE*

| Loc. No. | Bldg. No. | Description of Perishable Farm Personal Property: | Limit of Insurance |
|---|---|---|---|
| 001 | 01 | MILK AND REFRIGERATED PROPERTY | $ 50,000 |

If coverage is indicated in the Declarations for Coverage E - Scheduled Farm Personal Property, the Farm Property - Farm Personal Property Coverage Form is extended to insure against direct physical loss of or damage to "perishable farm personal property" indicated in the Schedule, caused by the Covered Cause(s) of Loss, as provided by this endorsement.

The following provisions (A. through I. inclusive) apply to the coverage provided by this endorsement:

**A.** Paragraph **1. Covered Property** under **Coverage E - Scheduled Farm Personal Property** is replaced by the following:

**1. Covered Property**

Covered property means "perishable farm personal property" shown in the Schedule at the "insured location" owned by you.

**B.** The following is added to Paragraph **2. Property Not Covered** under **Coverage E - Scheduled Farm Personal Property:**

**f.** Property located:

**(1)** On buildings;

**(2)** In the open; or

**(3)** In vehicles.

**C.** Paragraph **3. Special Limits Of Insurance,** under **Coverage E - Scheduled Farm Personal Property,** does not apply.

**D.** Paragraphs **A., B., C.** and **D.** in the **Causes Of Loss Form - Farm Property** are replaced by the following:

**COVERED CAUSES OF LOSS**

Subject to the exclusions described in Item **G.** of this endorsement, Covered Causes of Loss means the following as indicated in the Schedule:

**1.** Breakdown or Contamination, meaning:

**a.** Change in temperature or humidity resulting from mechanical breakdown or mechanical failure of refrigerating, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the "insured location" shown in the Schedule; or

**b.** Contamination by a refrigerant, only while the refrigerating apparatus or equipment is at the "insured location" shown in the Schedule.

Mechanical breakdown and mechanical failure do not mean power interruption, regardless of how or where the interruption is caused and whether or not the interruption is complete or partial.

**2.** Public Power Outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power generated from a public utility to refrigerating, cooling or humidity control apparatus or equipment at the "insured location" shown in the Schedule.

© ISO Properties, Inc., 2002

**FFP 605 01 04**
Page 1 of 2

**E.** **Section II Coverage Extensions A.** through **F.** in the Farm Property - Farm Personal Property Coverage Form do not apply.

**F.** **Section E. Exclusions** in the **Causes Of Loss Form - Farm Property** is replaced by the following:

**G.** **Exclusions**

1. Of the Exclusions contained in Section E. of the Causes Of Loss Form - Farm Property, only the following apply to Spoilage Coverage for "perishable farm personal property:"

   2. Earth Movement;

   3. Governmental Action;

   4. Intentional Loss;

   5. Nuclear Hazard;

   8. War and Military Action; and

   9. Water.

2. The following Exclusions are added:

   We will not pay for loss or damage caused by or resulting from:

   a. The inability of a public utility to provide sufficient power due to:

      (1) Lack of fuel; or

      (2) Governmental order.

   b. Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

c. The disconnecting of any refrigerating, cooling or humidity control system from the source of power.

d. The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

e. The complete or partial interruption of power from a private power source.

**H.** The Loss Conditions in Paragraphs **1.** and **2.** of Paragraph **B. Coverage E Conditions** in the Farm Property - Farm Personal Property Coverage Form, do not apply.

**I.** The following is added to **Section C. Definitions** of the **Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions:**

"Perishable farm personal property" means supplies and products of farming and ranching operations, including but not limited to meat, poultry and fish products, drugs, vitamins, plasma, blood, medicine, milk and produce, that are:

a. Maintained under controlled temperature or humidity conditions for preservation; and

b. Susceptible to loss or damage if the controlled temperature or humidity conditions change.

With respect to meat, poultry and fish products, "perishable farm personal property" excludes animals killed as a result of a Cause of Loss covered under this endorsement.

POLICY NUMBER:  FAB 224492Y                                                      **FARM**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MILK CONTAMINATION COVERAGE

This endorsement modifies insurance provided under the following:

FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS

The following is added to **A. Additional Coverages:**

**Milk Contamination**

**a.** We will pay for loss to milk you own or milk you produce at a Scheduled Location resulting from "contamination". The "contamination" must be reported to us within 48 hours of the time you know or should have known of the contamination, and must be substantiated by tests conducted by a laboratory acceptable to us.

**b.** The most we will pay under this Additional Coverage in any one policy term, regardless of the number of claims, is $50,000.

A separate deductible of $2,500 shall apply for each loss under this Additional Coverage.

This Additional Coverage does not apply to loss caused by or resulting from "contamination" to milk not owned or produced by you, including "contamination" caused by blending or otherwise mixing with contaminated milk you do own or produce.

The following is added to **C. Definitions:**

"Contamination" means making unfit for use by the accidental introduction of unwholesome or undesirable elements, resulting in reduced market value of the milk.

All other terms of the policy apply.

**FFP 816  03 16**

Amended Complaint - Exhibit B

FARM

# CAUSES OF LOSS FORM - FARM PROPERTY

Words and phrases that appear in quotation marks have special meaning. Refer to the Definitions Section of the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

## A. Covered Causes Of Loss

Covered Causes of Loss means the causes as described and limited under either Paragraph **B.** or **C.** or **D.** below in accordance with a corresponding entry of either Basic or Broad or Special, respectively, on the Declarations opposite each Coverage or property to which this insurance applies. Covered Causes of Loss are also limited by the Exclusions in Section **E.**

However, certain property is covered only for particular causes of loss, as listed under the following items: the Coverage Extension to Coverage **A**; Paragraphs **1.b.**, **1.c.(2)**, **1.e.**, **1.k.**, **1.l.**, **1.m.**, **1.n.** and **1.o.** of Coverage **E** Covered Property; Paragraphs **1.a.** and **1.b.(2)** of Coverage **F** Covered Property; **G.** of the Coverage Extensions to Coverage **F**; and Paragraph **B.** of the Coverage Extensions to Coverage **G.**

## B. Covered Causes Of Loss - Basic

Subject to the provisions in Section **A.**, when Basic is shown in the Declarations, Covered Causes of Loss means the following:

### 1. Fire Or Lightning

We will not pay for loss of or damage to buildings, or contents usual to a tobacco barn, if that loss or damage:

**a.** Results from the use of open fire for curing or drying tobacco in the barn; and

**b.** Occurs during, or within the five-day period following, open-fire curing or drying.

### 2. Windstorm Or Hail, but not including:

**a.** Frost or cold weather;

**b.** Ice (other than hail), snow or sleet, whether driven by wind or not; or

**c.** Loss of or damage to:

**(1)** The interior of any building or structure, or the property inside a building or structure, caused by rain, snow, sleet, sand or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sleet, sand or dust enters; or

**(2)** Watercraft or their trailers, furnishings, equipment or outboard motors unless within a fully enclosed building.

**(3)** Under Coverage **E** or Coverage **F:**

**(a)** "Livestock" or "poultry" when caused by running into streams, ponds or ditches, or against fences or other objects; or from smothering; or resulting directly or indirectly from fright;

**(b)** "Livestock" or "poultry" when caused by freezing or smothering in blizzards or snowstorms; or

**(c)** Dairy or farm products in the open other than hay, straw or fodder.

### 3. Explosion, including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages of such a vessel from which the gases of combustion pass.

But under Coverages **E**, **F** and **G** this Cause of Loss does not include loss or damage caused by or resulting from:

**a.** Explosion of alcohol stills, steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**b.** Electric arcing;

**c.** Rupture or bursting of water pipes;

**d.** Rupture, bursting or operation of pressure relief devices; or

**e.** Rupture or bursting due to expansion or swelling of the contents of any building or structure caused by or resulting from water.

### 4. Riot Or Civil Commotion, including:

**a.** Acts of striking employees while occupying the "insured location;" and

**b.** Looting occurring at the time and place of a riot or civil commotion.

© ISO Properties, Inc., 2008

**FFP 800 02 09**
**Page 1 of 10**

5. **Aircraft,** meaning only loss or damage caused by or resulting from:

   a. Contact of an aircraft, spacecraft or self-propelled missile with Covered Property or with a building or structure containing Covered Property; or

   b. Objects falling from aircraft.

6. **Vehicles,** meaning only loss or damage caused by contact of a vehicle, or of an object thrown up by a vehicle, with Covered Property or with a building or structure containing Covered Property.

   This Cause of Loss does not include loss or damage to:

   a. "Livestock"; or

   b. A fence, driveway or walk.

   However, we will provide coverage under this Cause of Loss if the fence, driveway or walk is appurtenant to a covered "dwelling" and the vehicle that caused the loss or damage was not owned or operated by a resident of the "dwelling".

7. **Smoke,** causing sudden and accidental loss or damage, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

   This Cause of Loss does not include loss or damage by smoke from agricultural smudging or industrial operations.

8. **Vandalism**

   This Cause of Loss does not include loss of or damage to:

   a. A building or structure, or its contents, if the building or structure has been "vacant" for more than 30 consecutive days immediately before the loss;

   b. Any device or instrument, for the transmitting, recording, receiving or reproduction of sound or pictures, that is operated by power from the electrical system of a motor vehicle or mobile agricultural vehicle, unless it is:

      (1) Covered Property; and

      (2) Permanently installed in the motor vehicle or mobile agricultural vehicle; or

   c. While in or upon a motor vehicle or mobile agricultural vehicle, any tape, wire, record, disc or other medium for use with any device or instrument that transmits, records, receives or

reproduces sound or pictures and that is operated by power from the electrical system of the motor vehicle or mobile agricultural vehicle.

9. **Theft,** including attempted theft and loss of property from a known location when it is likely that the property has been stolen.

   This Cause of Loss does not include loss caused by or resulting from theft:

   a. Due to unauthorized instructions to transfer property to any person or to any place;

   b. Under Coverage **A** or **G:**

      In or from a building or structure under construction, or of materials and supplies for use in such construction, until the building or structure is completed and occupied;

   c. Under Coverage **A** or **C:**

      (1) From that part of your principal residence, including its grounds and appurtenant structures, which you rent to someone who is not an "insured";

      (2) With respect to household personal property away from the "insured location," of:

         (a) Property at any residence owned by, rented to, or occupied by, an "insured," except while an "insured," is temporarily residing there.

            But property of a student who is an "insured" is covered at a residence away from home provided the student has been there at any time during the 45 days immediately preceding the loss;

         (b) Any watercraft, its furnishings, equipment or outboard motors; or

         (c) Trailers or campers;

   d. Under Coverage **E** or **F:**

      (1) Discovered on taking inventory;

      (2) Due to wrongful conversion or embezzlement;

      (3) Due to disappearance of any "farm personal property" unless there is evidence that the property was stolen; or

(4) Due to acceptance of counterfeit money, fraudulent post office or express money orders, or checks or promissory notes not paid upon presentation.

e. Of any device or instrument for the transmitting, recording, receiving or reproduction of sound or pictures, that is operated by power from the electrical system of a motor vehicle or mobile agricultural vehicle, unless it is:

(1) Covered Property; and

(2) Permanently installed in the motor vehicle or mobile agricultural vehicle; or

f. While in or upon a motor vehicle or mobile agricultural vehicle, of any tape, wire, record, disc or other medium for use with any device or instrument that transmits, records, receives or reproduces sound or pictures and that is operated by power from the electrical system of the motor vehicle or mobile agricultural vehicle.

10. **Sinkhole Collapse,** meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This Cause of Loss does not include:

a. The cost of filling sinkholes; or

b. Sinking or collapse of land into man-made underground cavities.

11. **Volcanic Action,** meaning direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

a. Airborne volcanic blast or airborne shock waves;

b. Ash, dust or particulate matter; or

c. Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

This Cause of Loss does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the Covered Property.

12. **Collision - Coverages E and F Only**

a. **Causing Damage To Covered Farm Machinery**

We will pay for loss of or damage to covered farm machinery caused by collision or overturn of that machinery. Collision means accidental contact of that farm machinery with another vehicle or object.

Under this Cause of Loss we will not pay for loss or damage:

(1) To tires or tubes unless the damage is coincidental with other damage to the farm machinery or implement; or

(2) Caused by foreign objects taken into any farm machine or mechanical harvester.

b. **Causing Death Of Covered Livestock**

We will pay for loss of covered "livestock" caused by:

(1) Collision or overturn of a vehicle on which the "livestock" are being transported. Collision means accidental contact of that vehicle with another vehicle or object; or

(2) "Livestock" running into or being struck by a vehicle while the "livestock" are crossing, moving along or standing in a public road.

But we will not pay for loss if a vehicle owned or operated by an "insured":

(1) Collides with the vehicle on which the "livestock" are being transported; or

(2) Strikes "livestock" crossing, moving along or standing in a public road.

c. **Causing Damage To Other Farm Personal Property**

We will pay for loss of or damage to covered "farm personal property" (other than that described in Paragraph a. or b. above) in or upon a motor vehicle, caused by collision or overturn of that vehicle. Collision means accidental contact of the motor vehicle with another vehicle or object.

13. **Earthquake Loss To "Livestock"**

14. **Flood Loss To "Livestock",**

We will pay for loss or damage to "livestock" caused by or resulting from flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge).

**FFP 800** 02 09

Page 3 of 10
Amended Complaint - Exhibit B

**C. Covered Causes Of Loss - Broad**

Subject to the provisions in Section **A.**, when Broad is shown in the Declarations, Covered Causes of Loss means the Covered Causes of Loss under Section **B.** Covered Causes of Loss - Basic, plus the following:

**15. Electrocution Of Covered Livestock**

**16. Attacks On Covered Livestock By Dogs Or Wild Animals**

This Cause of Loss does not include loss or damage:

**a.** To sheep; or

**b.** Caused by dogs or wild animals owned by you, your employees or other persons residing on the "insured location."

**17. Accidental Shooting Of Covered Livestock**

This Cause of Loss does not include loss or damage caused by you, any other "insured," your employees, or other persons residing on the "insured location."

**18. Drowning Of Covered Livestock From External Causes**

This Cause of Loss does not include loss resulting from the drowning of swine under 30 days old.

**19. Loading/Unloading Accidents,** meaning sudden, unforeseen and unintended events causing or necessitating death of covered "livestock" and occurring while they are being unloaded from or loaded onto vehicles used or to be used to transport them.

This Cause of Loss does not include loss caused by or resulting from disease.

**20. Breakage Of Glass Or Safety Glazing Material** that is part of a building or structure, storm door or storm window.

Under this Cause of Loss, we will not pay for loss if the building or structure which contained the glass, including door or window glass, has been "vacant" for more than 30 consecutive days immediately before the loss.

**21. Falling Objects**

But we will not pay for loss or damage to:

**a.** Personal property in the open;

**b.** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object; or

**c.** The falling object itself.

**22. Weight Of Ice, Snow Or Sleet** causing damage to a building or to any property inside a building.

But under this Cause of Loss we will not pay for loss by pressure or weight of water in any form, whether driven by wind or not, to any:

**a.** Foundation or retaining wall;

**b.** Pavement or patio;

**c.** Awning;

**d.** Fence;

**e.** Outdoor equipment;

**f.** Swimming pool; or

**g.** Bulkhead, dock, pier or wharf.

**23. Sudden And Accidental Tearing Apart,** cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective system, or an appliance for heating water.

Under this Cause of Loss we will not pay for loss or damage caused by or resulting from freezing.

**24. Accidental Discharge Or Leakage Of Water Or Steam** from within a plumbing, heating, air conditioning or other system or appliance that is located on the "insured location" and contains water or steam.

Under this Cause of Loss we will pay for loss of or damage to covered personal property provided that Broad is shown in the Declarations for the coverage applicable to that personal property. If any part of a building or structure to which Coverage A or G applies must be torn out and replaced so that repairs can be made to the damaged system or appliance, we will also pay the necessary costs involved, provided that Broad is shown in the Declarations for the coverage applying to that building or structure.

We will not pay:

**a.** For loss or damage caused by discharge or leakage from a sump or related equipment and parts, including overflow due to sump pump failure or excessive volume of water;

**b.** The cost to repair any defect that caused the loss or damage;

FFP 800 02 09
**Page 4 of 10**
Amended Complaint - Exhibit B

c. For loss or damage caused by discharge or leakage in a building or structure "vacant" for more than 30 consecutive days immediately before the loss;

d. For loss or damage caused by or resulting from freezing; or

e. For loss or damage caused by or resulting from discharge or leakage from roof drains, gutters, downspouts or similar fixtures or equipment.

25. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective system or of a household appliance but only if you have used reasonable care to:

a. Maintain heat in the building or structure; or

b. Shut off the water supply and drain all systems or appliances of water.

However, if the building or structure is protected by an automatic fire protective system, you must use reasonable care to continue the water supply and maintain heat in the building or structure for coverage to apply.

A plumbing system does not include a roof, drain, gutter, downspout or similar fixtures or equipment.

26. **Sudden And Accidental Damage** from artificially generated electrical current - Applicable Only To Coverages **A, C** and **D**.

This Cause of Loss does not include loss of or damage to:

a. Tubes, transistors or integrated circuitry that are part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus. Integrated circuitry includes, but is not limited to, chips, transformers, resistors, diodes, wafers and rectifiers; or

b. Laser or infrared devices used to operate or assist in the operation of any appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

**D. Covered Causes Of Loss - Special**

Subject to the provisions in Section **A.**, when Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is excluded in the following paragraphs or in Section **E.** Exclusions.

1. We will not pay for loss or damage caused by or resulting from:

a. Fire, if that loss or damage is sustained by buildings or contents usual to tobacco barns as the result of using open fire for curing or drying tobacco in the barn, and occurs:

(1) While tobacco is being fired; or

(2) Within the five-day period following tobacco firing in the barn;

b. Collapse, except as provided in the Additional Coverage entitled Collapse. But if collapse results in a Covered Cause of Loss at the "insured location", we will pay for the loss or damage caused by that Covered Cause of Loss.

c. Windstorm or hail to:

(1) Dairy or farm products in the open;

(2) Watercraft or their trailers, furnishings, equipment or outboard motors, unless within a fully enclosed building;

d. Rain, snow, ice or sleet to personal property in the open;

e. Rain, snow, sleet, sand or dust, whether driven by wind or not, to the interior of any building or structure or the property inside a building or structure, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sleet, sand or dust enters;

f. Freezing, thawing, or pressure or weight of water or ice whether or not driven by wind, to any:

(1) Footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of any property covered under Coverages **A** or **G**;

(2) Retaining wall or bulkhead that does not support all or part of a building or structure;

(3) Pavement or patio;

(4) Fence;

(5) Swimming pool; or

(6) Dock, pier or wharf;

**FFP 800 02 09**

g. Discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective system or from within a household appliance:

(1) That occurs on the "insured location," but is caused by discharge that takes place off the "insured location;"

(2) Caused by or resulting from freezing. This provision does not apply if you have used reasonable care to:

(a) Maintain heat in the building or structure; or

(b) Shut off the water supply and drain all systems or appliances of water.

However, if the building or structure is protected by an automatic fire protective system, you must use reasonable care to continue the water supply and maintain heat in the building or structure for coverage to apply.

(3) Due to any cause other than freezing and occurring in a building or structure "vacant" for more than 30 consecutive days immediately before the loss;

h. Any of the following occurrences, if they take place in buildings or structures covered under Coverage G or if the property destroyed or damaged is "farm personal property;"

(1) Explosion of alcohol stills, steam boilers, steam pipes or steam engines, if you own, lease or operate them;

(2) Conditions or events (other than explosions) inside hot water boilers or other heating equipment, to the extent that they cause loss or damage to these boilers or equipment;

(3) Rupture, bursting or operating of pressure relief devices; or

(4) Rupture or bursting due to expansion of the contents of any building or structure, if the expansion is caused by or results from water.

But this exclusion does not apply to loss or damage caused by explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass;

i. Under Coverage A or C, theft from that part of your principal residence, including its grounds and appurtenant structures, which you rent to someone who is not an "insured";

j. Under Coverage G, theft in or from a building or structure under construction, or of materials and supplies for use in such construction until the building or structure is completed and occupied;

k. Under Coverage A or C, theft of the following property away from the "insured location:"

(1) Property at any residence owned by, rented to, or occupied by, an "insured," except while an "insured" is temporarily residing there.

But we will pay for loss by theft of the property of a student who is an "insured" from a residence away from home, provided the student was there at any time during the 45 days immediately preceding the loss.

(2) Any watercraft, its furnishings, equipment or outboard motors; or

(3) Trailers or campers;

l. Inventory shortage;

m. Disappearance of any "farm personal property" or portable building or structure unless there is evidence that the property was stolen;

n. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense;

o. Unauthorized instructions to transfer property to any person or to any place;

p. Theft of or vandalism to:

**(1)** Any device or instrument, for the transmitting, recording, receiving or reproduction of sound or pictures, that is operated by power from the electrical system of a motor vehicle or mobile agricultural vehicle, unless it is:

**(a)** Covered Property; and

**(b)** Permanently installed in the motor vehicle or mobile agricultural vehicle.

**(2)** While in or upon a motor vehicle or mobile agricultural vehicle, any tape, wire, record, disc or other medium for use with any device or instrument that transmits, records, receives or reproduces sound or pictures and that is operated by power from the electrical system of the motor vehicle or mobile agricultural vehicle;

**q.** Vandalism or breakage of glass or safety glazing material, if the building or structure was "vacant" for more than 30 consecutive days immediately before the loss;

**r.** Dishonest or criminal acts committed by you, any of your partners, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose, regardless of whether:

**(1)** That person acts alone or in collusion with others; or

**(2)** The act is committed during the hours of employment.

This exclusion does not apply to loss by acts of destruction committed by your striking employees (including leased employees), but it does apply to employee (including leased employee) theft;

**s.** Transport of "farm personal property," except to the extent of the coverage afforded under Covered Causes of Loss - Basic and Broad;

**t.** Collision, upset or overturn of farm machinery or equipment, to the extent of any loss of or damage to the tires or inner tubes of such machinery or equipment. But we will pay for the loss of or damage to the tires or inner tubes if the same accident causes other covered loss to the same machinery or equipment.

**u.** Artificially generated electric current, including electric arcing, that disturbs any electrical devices, appliances or wires; or under Coverages **A**, **C** and **D**, any tubes, transistors or integrated circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus, or laser or infrared devices used to operate or assist in operation of any appliances, fixtures, computers, home entertainment units or other types of electronic apparatus. Integrated circuitry includes, but is not limited to, chips, transformers, resistors, diodes, wafers and rectifiers.

But:

**(1)** Under Coverages **A**, **C** and **D**, we will pay for loss of or damage to electric devices, appliances or wires, provided the damage is sudden and accidental.

**(2)** If artificially generated electric current results in fire, we will pay for the loss or damage caused by that fire;

**v.** Smoke, vapor or gas from agricultural smudging or industrial operations, to any building, structure or personal property;

**w.** The following causes of loss to any building, structure or personal property:

**(1)** Wear and tear;

**(2)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by birds, vermin, rodents, insects or domestic animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**(7)** Dampness or dryness of atmosphere;

**FFP 800 02 09**
Page 7 of 19
Amended Complaint - Exhibit B

(8) Changes in temperature or extremes of heat or cold, including freezing. But this exclusion does not apply to freezing of a plumbing, heating, air conditioning or automatic fire protective system or freezing of a household appliance, if you have used reasonable care to:

  (a) Maintain heat in the building or structure; or

  (b) Shut off the water supply and drain all systems or appliances of water.

However, if the building or structure is protected by an automatic fire protective system, you must use reasonable care to continue the water supply and maintain heat in the building or structure for coverage to apply;

(9) Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs w.(1) through w.(9) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**2.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **2.a.** through **2.c.** But if an excluded cause of loss that is listed in Paragraphs **2.a.** through **2.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion applies only if weather conditions contribute in any way with a cause or event excluded in Section **E.** Exclusions, to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

  (1) Planning, zoning, development, surveying, siting;

  (2) Design, specifications, workmanship, repair, construction, renovation, re-

modeling, grading, compaction;

  (3) Materials used in repair, construction, renovation or remodeling; or

  (4) Maintenance;

of part or all of any property on or off the "insured location."

**3.** We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

Under Paragraphs **1.**, **2.** and **3.** any ensuing loss to property described in Coverage **A** not precluded by any other provision in this policy is covered.

**E. Exclusions**

The following Exclusions apply when any or all of the Covered Causes of Loss, Basic, Broad or Special, are specified in the Declarations.

We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**1. Ordinance or Law**

The enforcement of any ordinance or law:

**a.** Regulating the construction, use or repair of any property except as provided under Section II - Coverage Extensions in the Farm Property - Farm Dwellings and Household Personal Property Coverage Form if part of this policy;

**b.** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance or Law, applies whether the loss results from:

**a.** An ordinance or law that is enforced even if the property has not been damaged; or

b. The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

2. **Earth Movement**

a. Earthquake, including any earth sinking, rising or shifting related to such event;

b. Landslide, including any earth sinking, rising or shifting related to such event;

c. Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

d. Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions that cause settling, cracking or other disarrangement of foundations or other part of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

This exclusion applies whether the Earth Movement, as described in Paragraphs a. through d. above, is caused by human or animal forces or any act of nature.

But:

(1) If Earth Movement, as described in Paragraphs a. through d. above results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion; or

(2) If:

(a) Loss or damage to farm machinery, vehicles and equipment covered for the Special Causes of Loss; or

(b) Loss to "livestock;"

is caused by earthquake, as described in a. above, this Earth Movement exclusion does not apply to such loss or damage.

e. Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire or volcanic action, we will pay for the loss or damage caused by that fire or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(1) Airborne volcanic blast or airborne shock waves;

(2) Ash, dust or particulate matter; or

(3) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to Covered Property.

3. **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Form.

4. **Intentional Loss**

We will not pay for loss or damage arising out of any act an "insured" commits or conspires to commit with the intent to cause loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

5. **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

6. **Utility Services**

The failure of power or other utility service supplied to the "insured location," however caused, if the failure occurs away from the "insured location," except as provided under Coverage **C**. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**FFP 800 02 09**
Page 9 of 10

Amended Complaint - Exhibit B

7. **Neglect**

Neglect, meaning neglect of the "in-sured" to use all reasonable means to save and preserve property at and after the time of a loss.

8. **War And Military Action**

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

9. **Water**

a. Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

b. Mudslide or mudflow;

c. Water that backs up or overflows or is otherwise discharged from a sewer or drain;

d. Water that backs up or overflows or is otherwise discharged from a sump, sump pump or related equipment;

e. Water under the ground surface pressing on, or flowing or seeping through:

(1) Foundations, walls, floors or paved surfaces;

(2) Basements, whether paved or not; or

(3) Doors, windows or other openings; or,

f. Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **a.**, **c.**, **d.** or **e.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **a.** through **f.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But:

(1) If any of the above in Paragraphs **a.** through **f.** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage; or

(2) If loss or damage to:

(a) Farm machinery, vehicles and equipment covered for the Special Causes of Loss; or

(b) "Livestock;"

is caused by water as described in Paragraph **9.a.** above, this Water exclusion does not apply to such loss or damage.

Exclusion **E.1.** through **E.9.** apply whether or not the loss event results in widespread damage or affects a substantial area.

FARM

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA; LIMITED COVERAGE FOR FUNGI, WET ROT, AND DRY ROT - PROPERTY

This endorsement modifies insurance provided under the following:

FARM COVERAGE PART

## SCHEDULE

| II. | "Fungi", Wet Rot And Dry Rot Aggregate Loss Or Damage Limit   $ 15,000 |
| --- | --- |

**I. Exclusion Of Loss Due To Virus Or Bacteria**

A. The exclusion set forth in Paragraph **B.** applies to all property coverage under all forms and endorsements that comprise this Coverage Part, including but not limited to coverage forms or endorsements that cover:

1. Property damage to buildings, structures, personal property, "livestock" or "mobile agricultural machinery and equipment"; or

2. Income loss, extra expense, fair rental value, additional living expenses or action of civil authority.

B. We will not pay for loss ("loss") or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, with respect to the limited coverage for "fungi", wet rot and dry rot provided under Paragraph **II.** of this endorsement, this exclusion does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Paragraph **II.E.**

C. With respect to any loss ("loss") or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

D. The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss ("loss") that would otherwise be excluded under this Coverage Part.

**II. Limited Coverage For "Fungi", Wet Rot And Dry Rot**

A. The provisions set forth in Paragraphs **B.** through **F.** below apply to property covered under:

1. Coverages **A** and **C** of the Farm Property - Farm Dwellings and Household Property Coverage Form;

2. Coverages **E** and **F** of the Farm Property - Farm Personal Property Coverage Form except:

    a. "Livestock", other animals, bees, worms and fish covered under Coverage **E** - Scheduled Farm Personal Property; or

    b. "Livestock" covered under Coverage **F** - Unscheduled Farm Personal Property;

3. Coverage **G** of the Farm Property - Barns, Outbuildings And Other Farm Structures Coverage Form; and

B. The Additional Coverage, **Limited Coverage For "Fungi", Wet Rot And Dry Rot,** described in Paragraph **C.** is added to the **Additional Coverages** of the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

C. **Limited Coverage For "Fungi", Wet Rot And Dry Rot.**

1. The coverage provided in Paragraph **2.** and **5.** applies only when "fungi", wet rot or dry rot is the result of one or more of the causes included in **a.** or **b.** of this paragraph that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after the time of the occurrence:

    a. For property covered against:

© ISO Properties, Inc., 2007

**FFP 810 03 08**
**Page 1 of 3**
Amended Complaint - Exhibit B

**(1)** The Basic or Broad Covered Causes of Loss in the Causes Of Loss Form - Farm Property, any Covered Cause of Loss, except fire or lightning.

**(2)** The Special Covered Causes of Loss in the Causes Of Loss Form - Farm Property, any "specified causes of loss" except fire or lightning;

**b.** Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor which causes damage to a building, provided such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and the seepage or leakage is of less than 14 days' duration and the resulting damage is hidden within the walls or ceilings or beneath the floors or above the ceilings of the building.

**2.** We will pay for loss or damage to Covered Property by "fungi", wet rot or dry rot. As used in this endorsement, the term loss or damage means:

**a.** Direct physical loss or damage caused by "fungi", wet rot or dry rot;

**b.** The cost to remove the "fungi", wet rot or dry rot;

**c.** The cost to tear out and replace any part of a building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

**d.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is reason to believe that "fungi", wet rot or dry rot is present.

**3.** Unless a higher amount for this coverage is shown in the Schedule, the most we will pay for loss or damage under this Limited Coverage is $15,000.

Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of either Covered Causes of Loss or "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total limit shown in the Schedule, even if the "fungi", wet rot or dry rot or bacteria continue to be present or active, or recurs, in a later policy period.

**4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The following applies only if coverage against Disruption Of Farming Operations (Income Loss And Expense Coverage) applies and then only if the disruption of your farming operations satisfies all the terms and conditions of that coverage.

**a.** If a loss results in "fungi", wet rot or dry rot does not in itself necessitate a disruption of your farming operations but a disruption is necessary due to damage to property caused by "fungi", wet rot or dry rot, our payment will be limited to the amount of loss and/or expense you sustain in a period of not more than 30 days. The days need not be consecutive.

FFP 810 03 08

b. If a covered disruption of your farming operations is caused by property loss or property damage not due to "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the period of restoration, we will pay for the loss and/or expense you sustain during the period of restoration, but this coverage is limited to 30 days. The days need not be consecutive.

D. Paragraph **1.w.(2)** under Paragraph **D.** Covered Causes of Loss - Special in the Causes Of Loss Form - Farm Property is replaced by the following:

Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself; and

E. The following is added to the **Exclusions** in the Causes Of Loss Form - Farm Property:

**"Fungi", Wet Rot And Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot results in a Covered Cause of Loss or a "specified cause of loss", we will pay for the loss or damage caused by that Covered Cause of Loss or "specified cause of loss".

This exclusion does not apply:

a. When "fungi", wet rot or dry rot results from fire or lightning; or

b. To the extent that coverage is provided for loss or damage under Paragraph **II.C.** the Additional Coverage - Limited Coverage For "Fungi", Wet Rot And Dry Rot.

This exclusion applies whether or not the "fungi", wet rot or dry rot results in widespread damage or affects a substantial area.

F. The following is added to the **Definitions** of the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

**FFP 810** 03 08
Page 3 of 3

Amended Complaint - Exhibit B

POLICY NUMBER: FAB 224492Y         **FARM**

# FARM PROPERTY - FARM PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form, the words "you" and "your" refer to the Named Insured shown in the Declarations. If the Named Insured shown in the Declarations and spouse are members of the same household, the words "you" and "your" also refer to the spouse. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to the Definitions Section of the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

## SECTION I - COVERAGES

### COVERAGE E - SCHEDULED FARM PERSONAL PROPERTY

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at, or away from, the "insured location" described in the Declarations, caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

All of the following are Covered Property under Coverage **E** of this Coverage Form, provided a Limit of Insurance is shown in the Declarations for the specific type of property:

**a.** Grain, threshed seeds and beans, ground feed, silage, and manufactured and blended "livestock" feed in buildings or structures or in sacks, wagons or trucks, but for this property, the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss.

**b.** Grain in stacks, shocks, swaths or piles in the open, but for this property fire and lightning, vandalism, vehicles and theft are the only Covered Causes of Loss.

**c.** Hay, straw and fodder:

  **(1)** In buildings or structures, but for this property, the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss; and

  **(2)** In stacks, windrows or bales, but for this property fire or lightning, windstorm or hail, vandalism, vehicles and theft

are the only Covered Causes of Loss.

A stack means hay, straw or fodder in one area separated by a clear space of 100 feet or more from any other hay, straw or fodder in the open and at least 100 feet from a public highway.

**d.** Farm products, materials and supplies shown in the Declarations. These include farm materials and related packing materials and containers usual to the operations of a farm, but not hay, grain or any growing crops. For this property, the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss.

**e.** "Poultry" (excluding turkeys unless specified):

  **(1)** In the open; or

  **(2)** In any building designated for "poultry" in the Declarations.

But for this property, the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss.

**f.** Trays, boxes and box shook, each item or set in the proportion that its value bears to the total value of all trays, boxes and box shook covered under this Coverage Form. For this property, the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss.

**g.** Computers and related software used principally as aids in farm management.

But an item of software is Covered Property only up to the amount required to replace it as a prepackaged program, or in unexposed or blank form, whichever is greater. For this property, the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss.

**h.** Miscellaneous equipment, usual or incidental to the operation of a farm (including machinery, vehicles, tools, and supplies of all kinds), covered under a single Limit of Insurance shown for Miscellaneous Equipment in the Declarations.

But such miscellaneous farm equipment does not include:

© ISO Properties, Inc., 2005         **FFP 600 04 11**

(1) Automobiles, trucks, motorcycles, motorized bicycles or tricycles, mopeds, dirt bikes, snowmobiles, all-terrain vehicles (defined as motorized land vehicle with three, four, five, six or eight wheels, other than a dune buggy or go-cart, designed for recreation use off public roads and equipped with balloon tires including golf carts); mobile homes, house trailers; vehicles primarily designed and licensed for road use (other than farm wagons and farm trailers); watercraft or aircraft; or the equipment, tires or parts of any of these;

(2) Liquefied petroleum or manufactured gas or fuel, or their containers;

(3) Bulk milk tanks, bulk feed tanks or bins attached to buildings or structures; barn cleaners, pasteurizers or boilers; any permanent fixtures within or attached to a building;

(4) Brooders;

(5) Fences, windchargers, windmills or their towers;

(6) Outdoor radio or television equipment or wiring; private power and light poles;

(7) Well pumps and irrigation equipment;

(8) Portable buildings and portable structures;

(9) Household personal property or property usual to a "dwelling;" or

(10) Property more specifically covered under another Coverage or Coverage Form of this or any other policy.

i. Farm machinery, vehicles and equipment while on or away from the "insured location" that you borrow or rent whether or not under a written contract, except while on the premises of its owner. The borrowed or rented property must be:

(1) Usual or incidental to farming operations;

(2) In your care, custody or control; and

(3) Property in which you have no interest as owner or lienholder.

But Covered Property does not include borrowed or rented property of the following types:

(1) Automobiles, trucks, motorcycles, motorized bicycles or tricycles, mopeds, dirt bikes, snowmobiles, all-terrain vehicles (defined as motorized land vehicle with three, four, five, six or eight wheels, other than a dune buggy or go-cart, designed for recreation use off public roads and equipped with balloon tires including golf carts); mobile homes, house trailers; vehicles primarily designed and licensed for road use (other than farm wagons and farm trailers); watercraft or aircraft; or the equipment, tires or parts of any of these; or

(2) Dealers' demonstration machinery, vehicles or equipment.

j. Farm machinery, vehicles and equipment which are individually described and specifically covered in the Declarations, except while in the custody of a common or contract carrier.

k. "Livestock", but for this property the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss.

But we do not cover "livestock" while:

(1) In the custody of a common or contract carrier;

(2) At public stockyards, sales barns or sales yards; or

(3) At packing plants or slaughterhouses.

l. Bees, beehives and beehive accessories, but for this property the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss. But bees are Covered Property only while in the beehive.

m. Worms, but for this property the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss.

n. Fish, but for this property the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss.

o. Other animals, but for this property the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss.

**p.** Portable buildings and portable structures that you own.

**2. Property Not Covered**

Under Coverage **E**, Covered Property does not include:

**a.** Growing crops, trees, plants, shrubs or lawns;

**b.** Household personal property or property usual to a "dwelling" unless specifically scheduled;

**c.** Property while in the custody of a common or contract carrier;

**d.** Property stored or being processed in manufacturing plants, public elevators, warehouses, seed houses or commercial drying plants;

**e.** Property in public sales barns or public sales yards;

**f.** Magnetic recording or storage media for electronic data processing, such as cell, disc, drum, film and tape, over or above their replacement value:

**(1)** As prepackaged software programs; or

**(2)** In unexposed or blank form;

whichever is greater.

**g.** Any permanent fixtures within or attached to a building; or

**h.** Outdoor radio or television equipment or wiring; private power and light poles.

**3. Special Limits Of Insurance Under Coverage E**

Under Coverage **E**, certain individual items of "farm personal property" are subject to Special Limits of Insurance. These Special Limits are part of, not in addition to, the applicable Limits of Insurance shown in the Declarations.

**a.** If no specific stack limit is shown in the Declarations for hay, straw or fodder in the open, the Limit will be $100,000 for any one stack of hay and $25,000 for any one stack of straw or fodder.

**b.** For covered "poultry," the Limit of Insurance per bird under any provision of this Coverage Form applicable to "poultry" will be its cash market value as of the time of loss.

**c.** The most we will pay for loss of or damage to any one head of "livestock" (other than animals individually described and specifically covered under this coverage) is the least of the following amounts:

**(1)** 120% of the amount obtained by dividing the total insurance on the class and type of animal involved by the number of head of that class and type owned by you as of the time of loss;

**(2)** The actual cash value of the animal destroyed or damaged; or

**(3)** $5,000.

Each horse, mule or head of cattle under one year of age as of time of loss will be counted as 1/2 head.

**B. Coverage E Conditions**

Coverage **E** is subject to the following Loss Conditions as well as to the Farm Property Conditions (see Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions) and the Common Policy Conditions.

**LOSS CONDITIONS**

**1. Portable Buildings And Portable Structures That You Own**

The most we will pay for loss of or damage to this property in any one occurrence is the proportion that the applicable Limit of Insurance shown in the Declarations bears to the value of all portable buildings and portable structures you own as of the time of loss.

**2. Pro Rata Distribution -** Applicable Only to Grain, Hay, Straw and Fodder, to Farm Machinery, Vehicles and Equipment, and to Poultry in Unheated Buildings.

This Condition applies only if Scheduled "farm personal property" is covered at more than one "insured location." The Limit of Insurance for any category of covered "farm personal property" mentioned in the heading of this Condition will apply at any one "insured location" in the proportion that the value of Covered Property in that category at that location bears to the value of all Covered Property in that category at all "insured locations."

**EXAMPLE #1 (ADEQUATE INSURANCE)**

| | |
|---|---|
| The property in the given category is located at locations 1, 2, 3 and 4. Total value is: | $130,000 |
| The overall Limit of Insurance for this category is: | $150,000 |
| No loss at location 1, 2 or 3; loss at location 4 is: | $12,000 |
| Value of property in this category at location 4 is: | $45,000 |
| The deductible is: | $250 |
| Loss minus deductible ($12,000 - $250) is: | $11,750 |

**FFP 600  04 11**
Page 3 of 8

| Steps In Computing Loss Payment | |
|---|---|
| **A.** Value of property in this category at location 4: | $45,000 |
| **B.** Value of such property at all four locations: | $130,000 |
| **C.** Ratio of A to B ($45,000 ÷ $130,000): | 9/26 or 34.6% |
| **D.** Proportion of Limit of Insurance available for covering the loss (C x $150,000): | $51,900 |
| Therefore, the proportion of the Limit of Insurance available for payment of the $12,000 loss (after subtraction of deductible) is adequate and the full loss less the deductible is payable. | |
| We will pay no more than: | $11,750 |
| i.e., the $12,000 amount of loss minus the deductible of $250. | |

### EXAMPLE #2 (UNDERINSURANCE)

| | |
|---|---|
| The property in the given category is located in silos at locations 1 and 2. Total value is: | $18,000 |
| Value at location 1 is | $10,000 |
| Value at location 2 is | $8,000 |
| The overall Limit of Insurance for this category is: | $15,000 |
| The deductible is: | $500 |
| No loss at location 1; loss at location 2 is: | $7,500 |
| Loss minus deductible ($7,500 - 500) is: | $7,000 |

| Steps In Computing Loss Payment | |
|---|---|
| **A.** Value of property in this category at location 2: | $8,000 |
| **B.** Value of such property at both locations: | $18,000 |
| **C.** Ratio of A to B ($8,000 ÷ $18,000): | 4/9 or 44.4% |
| **D.** Proportion of Limit of Insurance available for covering the loss (C x $15,000): | $6,660 |
| **E.** Determination of payment amount: compare D ($6,660) with loss-minus-deductible ($7,000). | |
| We will pay no more than: | $6,660 |
| The remaining $840 is not covered. | |

**3. Livestock, Poultry, Bees, Fish, Worms And Other Animals**

With respect to "livestock", "poultry", bees, fish, worms, and other animals, the term loss means death or destruction caused by, resulting from or made necessary by a Covered Cause of Loss.

**4. Valuation**

In the event of loss of or damage to covered "farm personal property," we will settle at actual cash value as of time of loss, but we will not pay more than the amount necessary for repair or replacement.

**5. Coverage Territory**

We cover loss or damage commencing within the coverage territory. The coverage territory is:

**a.** The United States of America;

**b.** Puerto Rico; and

**c.** Canada.

### COVERAGE F - UNSCHEDULED FARM PERSONAL PROPERTY

**A. Coverage**

We will pay for direct physical loss of or damage to Covered Property at the "insured location" described in the Declarations, or elsewhere as expressly provided below, caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

All of the following are Covered Property under Coverage F of this Coverage Form, provided a Limit of Insurance is shown in the Declarations:

**a.** All items of "farm personal property" on the "insured location," except for items specified under Paragraph **2.** Property Not Covered.

But for Covered Property other than farm machinery, equipment, implements and tools, Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss.

**b.** The following items of "farm personal property" away from the "insured location:"

**(1)** Grain, ground feed, fertilizer, fodder, hay, herbicides, manufactured and blended "livestock" feed, pesticides, silage, straw, threshed beans and threshed seeds, except while:

FFP 600  04 11
Page 4 of 8

Amended Complaint - Exhibit B

(a) Being stored or processed in commercial drying plants, manufacturing plants, public elevators, seed houses or warehouses; or

(b) In the custody of a common or contact carrier.

(2) "Livestock," except while:

(a) In the custody of a common or contract carrier;

(b) At public stockyards, sales barns or yards; or

(c) At packing plants or slaughterhouses.

But for "livestock", the Basic or Broad Covered Causes of Loss are the only Covered Causes of Loss.

(3) Farm machinery, equipment, implements, tools and supplies, except:

(a) Items specified under Paragraph 2. Property Not Covered; or

(b) While in the custody of a common or contract carrier.

2. **Property Not Covered**

Covered Property does not include:

a. Household or personal property usual to a "dwelling;"

b. Magnetic recording or storage media for electronic data processing, such as cell, disc, drum, file and tape, over or above their replacement value:

(1) As prepackaged software programs; or

(2) In unexposed or blank form;

whichever is greater;

c. Animals other than "livestock;"

d. "Poultry," bees, fish or worms;

e. Racehorses, show horses or show ponies;

f. Any of the following while being stored or processed in manufacturing plants, public elevators, warehouses, seed houses or commercial drying plants: grain, threshed seeds, threshed beans, hay, straw, fodder, silage, ground feed, herbicides, fertilizer, manufactured or blended "livestock" feed;

g. Trees, plants, shrubs or lawns;

h. Tobacco, cotton, vegetables, root crops, bulbs, fruit or nursery stock;

i. Crops in the open, except to the extent provided for in the applicable Coverage Extension in Section II of this Coverage Form;

j. Contents of heated chicken fryer or broiler houses, laying houses, poultry brooder houses or duck or turkey houses, including fowl therein;

k. Automobiles, trucks, motorcycles, motorized bicycles or tricycles, mopeds, dirt bikes, snowmobiles, all-terrain vehicles (defined as motorized land vehicle with three, four, five, six or eight wheels, other than a dune buggy or go-cart, designed for recreation use off public roads and equipped with balloon tires including golf carts); mobile homes, house trailers; vehicles primarily designed and licensed for road use (other than farm wagons and farm trailers); watercraft or aircraft; or the equipment, tires or parts of any of these;

l. Fences; windmills or windchargers or their towers;

m. Bulk milk tanks, bulk feed tanks or bins attached to buildings or structures; barn cleaners, pasteurizers or boilers; any permanent fixtures within or attached to a building;

n. Outdoor radio or television equipment;

o. Portable buildings or portable structures;

p. Irrigation equipment and well pumps;

q. Property separately described and specifically covered in whole or in part under another Coverage or Coverage Form of this or any other policy;

r. Any property shown in the Declarations under the heading Other Property Not Covered Under Coverage **F.**

3. **Special Limits Of Insurance Under Coverage F**

Under Coverage F, individual "livestock" are subject to Special Limits of Insurance. These Special Limits are part of, not in addition to, the applicable Limit of Insurance shown in the Declarations.

**FFP 600  04 11**

Amended Complaint - Exhibit B

The most we will pay for loss of or damage to any one head of "livestock" is:

**a.** $2,500 on any horse, mule or head of cattle under one year of age as of time of loss; and

**b.** $5,000 on any head of "livestock" not included under Paragraph **a.** above.

If it becomes necessary to impose the penalty provided for in the first paragraph of the Coverage **F** Loss Condition - Coinsurance (see Paragraph **B.2.** below), no amount used as the actual cash value of an animal will exceed the applicable Limit of Insurance specified above.

**B. Coverage F Conditions**

Coverage **F** is subject to the following Loss Conditions as well as to the Farm Property Conditions (see the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions) and the Common Policy Conditions.

**LOSS CONDITIONS**

**1. Livestock**

With respect to "livestock," the term loss means death or destruction caused by, resulting from or made necessary by a Covered Causes of Loss.

**2. Coinsurance**

You must maintain insurance on unscheduled "farm personal property" to the extent of at least 80% of its actual cash value as of the time of loss. If you fail to do this, the percentage we pay of any loss will be the result produced by dividing the Limit of Insurance actually carried by the required Limit of Insurance.

The following provision applies in the event of loss of or damage to machinery or equipment within 30 days after the purchase of additional or replacement machinery or equipment.

If the Limit of Insurance actually carried becomes inadequate due to the purchase of additional or replacement machinery or equipment, then, up to $100,000 of the value of the newly purchased additional machinery or equipment and $75,000 of the value of the newly purchased replacement machinery or equipment will be omitted in determining the required Limit of Insurance.

**3. Valuation**

In the event of loss of or damage to covered "farm personal property," we will settle at actual cash value as of time of loss, but we will not pay more than the amount necessary for repair or replacement.

**4. Coverage Territory**

We cover loss or damage commencing within the coverage territory. The coverage territory is:

**a.** The United States of America;

**b.** Puerto Rico; and

**c.** Canada.

**SECTION II - COVERAGE EXTENSIONS**

**A. Property In The Custody Of A Common Or Contract Carrier**

This Coverage Extension applies to Coverages **E** and **F**.

Coverage is extended to apply to "farm personal property", insured under Coverage **E** or Coverage **F**, while in the custody of a common or contract carrier, for up to a total of $1,500 under each of these Coverages. However, if a higher limit is specified in the Declarations for Coverage **E** or Coverage **F** - Property in the Custody of a Common or Contract Carrier, the higher limit will apply to the Coverage(s) specified, instead of $1,500.

**B. Replacement Machinery, Vehicles And Equipment Newly Purchased**

This Coverage Extension applies to Coverage **E**. A Special Limit of Insurance equal to $75,000 plus the corresponding limit specified in the Declarations for individually scheduled items of Farm Machinery, Vehicles and Equipment applies to any item of property purchased as a replacement of such machinery, vehicle or equipment.

The additional $75,000 coverage will end:

**1.** 30 days after the date of purchase of the replacement item; or

**2.** When this policy expires;

whichever comes first.

In no event will we pay more than the actual cash value as of the time of loss.

A newly purchased vehicle or item of machinery or equipment is covered under this Coverage Extension only to the extent that it is not covered under another Coverage or Coverage Form of this or any other policy of the "insured".

**C. Additional Machinery, Vehicles And Equipment Newly Purchased**

This Coverage Extension applies to Coverage E.

1. Coverage on such items of farm equipment, machinery and vehicles such as tractors, combines, harvesters, corn pickers and hay balers, will extend to apply to newly purchased additional farm equipment, machinery and vehicles.

2. The most we will pay under this Coverage Extension is $100,000 for loss of or damage to all such Newly Purchased Additional Farm Equipment, Machinery and Vehicles. This $100,000 Limit is part of, not in addition to, the applicable Limit of Insurance.

3. When values for Newly Purchased Additional Farm Equipment, Machinery and Vehicles are reported under this Coverage Extension, additional premium for these values will be due and payable from the date of purchase.

4. None of the following is covered under this Coverage Extension:

   a. Automobiles, trucks, motorcycles, motorized bicycles or tricycles, mopeds, dirt bikes, snowmobiles, all-terrain vehicles (defined as motorized land vehicle with three, four, five, six or eight wheels, other than a dune buggy or go-cart, designed for recreation use off public roads and equipped with balloon tires including golf carts); mobile homes, house trailers; vehicles primarily designed and licensed for road use (other than farm wagons and farm trailers); watercraft or aircraft; or the equipment, tires or parts of any of these;

   b. Liquefied petroleum or manufactured gas or fuel, or their containers;

   c. Brooders, fences, windchargers, windmills or their towers; or

   d. Any farm equipment, machinery, or vehicles purchased as replacements of equipment, machinery, vehicles or equipment specifically described in the Declarations.

5. This Coverage Extension will end:

   a. 30 days after the date of acquisition of the additional item; or

   b. When this policy expires;

   whichever comes first.

6. Newly Purchased Additional Farm Equipment, Machinery and Vehicles are covered under this Coverage Extension only to the extent that they are not covered under another Coverage or Coverage Form of this or any other policy of the "insured".

**D. Additional Acquired Livestock**

This Coverage Extension applies to Coverage E.

1. If Coverage E covers "livestock"

   a. Specifically declared and described in the Coverage E Declarations; or

   b. With separate Limits of Insurance per class shown in the Coverage E Declarations;

   we will cover additional "livestock" you acquire during the policy period, for up to 30 days from acquisition.

2. The most we will pay under this Coverage Extension is the lesser of:

   a. The actual cash value of the additional "livestock"; or

   b. 25% of the total of the Limits of Insurance shown in the Coverage E Declarations for:

      (1) Specifically declared and described "livestock"; and

      (2) "Livestock" with separate limit per class.

3. You must report the additional "livestock" within 30 days from the date of acquisition and pay any additional premium due. If you do not report such property, coverage will end 30 days after the date of acquisition.

**E. Farm Machinery, Vehicles and Equipment Borrowed or Rented Without a Written Contract**

1. This Coverage Extension applies to Coverage E or Coverage F. Coverage is provided for loss to farm machinery, vehicles and equipment borrowed or rented without a written contract while on or away from the "insured location". The insurance provided by this Coverage Extension is limited to Basic Covered Causes of Loss and will apply in any one occurrence to loss of or damage only to such items, as described and limited in Paragraph A.1.i. in Section I, that you borrow or rent after the beginning of the policy period. The insurance provided by this Coverage Extension is limited to the actual cash value of the item(s) at time of loss but

not exceeding $25,000 for each occurrence. However, if a higher additional Limit of Insurance is specified in the Declarations, the higher Limit will apply.

2. Insurance under this Coverage Extension will end:

   a. Thirty days after the Covered Property is borrowed or rented; or

   b. When this policy expires:

   which ever comes first.

3. If any property covered under this Coverage Extension remains in your possession for a period of more than thirty days, you must report value for it, and additional premium will be due and payable from the thirty-first day after you took possession.

F. **Farm Products In The Open - Coverage Against Certain Causes Of Loss**

This Coverage Extension applies to Coverage **F**. You may apply up to 10% of the Limit of Insurance shown in the Declarations for "farm personal property" to cover the following in the open:

1. Grain in piles, shocks, stacks or swaths;

2. Hay, straw and fodder in stacks, windrows or bales; but the most we will pay for loss or damage is $100,000 for any one stack of hay and $25,000 for any one stack of straw or fodder.

A stack means hay, straw or fodder in one area separated by a clear space of 100 feet or more from any other hay, straw or fodder in the open and at least 100 feet from a public highway.

Fire or lightning, windstorm or hail, vandalism, vehicles and theft are the only Covered Causes of Loss for the property named in Paragraphs **1.** and **2.** above.

3. Unharvested barley, corn, oats, rye, wheat and other grains, flax, soy beans and sunflowers (but not on seed or forage crops, straw or stubble.)

   Fire or lightning is the only Covered Cause of Loss for this property.

This Extension is part of, not in addition to, the applicable Limit of Insurance.

G. **Cab Glass Breakage**

This Coverage Extension applies to Coverage **E** or Coverage **F**. We provide coverage for breakage of glass constituting a part of the cab of farm machinery covered under Coverage **E** or **F** of this policy. There will be no coverage under Coverage **E** or **F** for a loss to which insurance under this Coverage Extension applies.

In the event of breakage of glass constituting a part of the cab of the covered farm machinery, we will settle for the lesser of:

1. The actual cash value as of the time of loss, but we will not pay more than the amount necessary for repair or replacement of the broken cab glass; or

2. The amount it would cost to repair or replace the broken cab glass with the most closely equivalent cab glass obtainable; or

3. $500.

**SECTION III - ADDITIONAL COVERAGES**

A. **Cost Of Restoring Farm Operations Records**

For any one loss we will pay up to $2,500 to cover your cost to research, replace or restore the lost information on farm operations records damaged by a Covered Cause of Loss.

But if a higher Limit of Insurance is specified in the Declarations, the higher limit will apply.

No deductible applies to this Additional Coverage.

B. **Other Additional Coverages**

For other Additional Coverages, see the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

**SECTION IV - OTHER PROVISIONS**

A. **Covered Causes Of Loss, Exclusions And Limitations**

See the Causes of Loss Form - Farm Property, for Basic, Broad or Special coverage as shown in the Declarations.

B. **Limits Of Insurance**

See the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

C. **Deductible**

See the Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions.

**FFP 600  04 11**
**Page 8 of 8**
Amended Complaint - Exhibit B

FAB 224492Y                                                              FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

FARM COVERAGE PART including any attached endorsement that may provide specialized coverage on computers, but not including the FARM LIABILITY COVERAGE FORM

A. We will not pay for loss ("loss") or damage caused directly or indirectly by any of the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

1. The failure, malfunction or inadequacy of:

   a. Any of the following whether belonging to any "insured" or to others:

      (1) Computer hardware, including microprocessors, or other "electronic data processing equipment" as may be defined elsewhere in this policy;

      (2) Computer application software, including "electronic media and records" as may be defined elsewhere in this policy;

      (3) Computer operating systems and related software;

      (4) Computer networks;

      (5) Microprocessors (computer chips) not part of any computer system; or

      (6) Any other computerized or electronic equipment or components; or

   b. Any other products or any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph 1.a. above;

   due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by or for any "insured" to determine, rectify or test for, any potential or actual problems described in Paragraph 1. above.

B. If an excluded cause of loss as described above in Paragraph A. results in:

1. A "specified cause of loss" under the Special Causes of Loss; or

2. A Covered Cause of Loss under the Basic or Broad Causes of Loss;

we will pay only for the loss ("loss") or damage caused by such "specified cause of loss" or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. or b. above to correct any deficiencies or change any features.

Copyright, Insurance Services Office, Inc., 1998                **FP 10 21** 04 98

FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXPANDED PROPERTY ENDORSEMENT

This endorsement modifies insurance provided under the following:

FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM PROPERTY - FARM DWELLINGS AND HOUSEHOLD PERSONAL PROPERTY COVERAGE FORM
FARM PROPERTY - FARM PERSONAL PROPERTY COVERAGE FORM
FARM PROPERTY - BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM
CAUSES OF LOSS FORM - FARM PROPERTY

**Farm Property - Other Farm Provisions Form - Additional Coverage, Condition, Definitions**

The following is added to **A. Additional Coverages.**

**7. Arson Reward**

We will pay up to $2,500 as a reward for information which leads to an arson conviction in connection with a fire loss covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this additional coverage shall not be increased.

No deductible applies to this additional coverage.

**Farm Property - Farm Dwellings and Household Personal Property Coverage Form**

**1.** Under **SECTION I - COVERAGES, COVERAGE C - HOUSEHOLD PERSONAL PROPERTY, A.3. Special Limits Of Insurance Under Coverage C,** Items g.(1) and g.(2) are deleted and replaced by the following:

**g. (1)** $5,000 on furs, jewelry precious and semiprecious stones, and watches;

**g. (2)** $5,000 on goldware, goldplated ware, silverware, silverplated ware, platinumware, platinumplated ware and pewterware; this property includes platedware, flatware, holloware, tea sets, trays, trophies and the like; also other utilitarian items made of or containing silver, gold, platinum or pewter; and

**2.** The following is added to **SECTION I - COVERAGES, COVERAGE D - LOSS OF USE.**

We will pay for Additional Living Expense and Fair Rental Value loss you sustain if you are not able to use your "dwelling" insured under Coverage **A** because of an order of any civil authority. This coverage will apply for a period not exceeding seven days. Coverage does not begin until use of the "dwelling" insured under Coverage A has been prohibited for 48 consecutive hours.

If you are unable to occupy your "dwelling" insured under Coverage **A** as a result of a power outage caused by a Covered Cause of

Loss, we cover any resulting Additional Living Expense and Fair Rental Value loss for a period not exceeding seven days. Coverage does not begin until the "dwelling" has been unlivable for a period of 48 consecutive hours. Under Causes of Loss Form - Farm Property, Exclusion 6. Utility Services does not apply to this power outage coverage.

**3.** Under **SECTION II - COVERAGE EXTENSIONS, A. Trees, Shrubs, Plants And Lawns,** the reference to 250 feet is changed to 500 feet.

**4.** The following is added to **SECTION II - COVERAGE EXTENSIONS, B. Household Personal Property of "Insureds" Away From The "Insured Location".**

Household Personal Property is covered for up to $1,000 for the following additional Covered Causes of Loss while in transit and away from an "insured location": flood (meaning rising water), earthquake, landslide, collision or overturn of the conveyance in which the owned property is carried. Exclusions 2. Earth Movement and 9. Water in the Causes of Loss Form - Farm Property do not apply to this transit coverage.

**5.** Under **SECTION III - ADDITIONAL COVERAGES, B. Credit Cards And Electronic Fund Transfer Cards Or Other Access Devices; Forgery; Counterfeit Currency,** the limit that we will pay is increased to $5,000.

**6.** The following is added to **SECTION III - ADDITIONAL COVERAGES**

**Identity Theft Expense Coverage**

We will pay up to $20,000 for "expenses" incurred by an "insured" as the direct result of any one "identity theft" commenced during the policy period.

Any act or series of acts committed by anyone person or in which any person is concerned or implicated is considered to be one "identity theft", even if a series of acts continues into a subsequent policy period.

**Definitions**

With respect to the provisions of this endorsement only, the following definitions are added.

© ISO Properties, Inc., 2002

**FFP 804  04 11**
**Page 1 of 4**
Amended Complaint - Exhibit B

"Identity Theft" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "insured" with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

"Expenses" means:

a. Costs for notarizing theft affidavits or similar documents for financial institutions or similar credit grantors or credit agencies that have required that such affidavits be notarized.

b. Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

c. Lost wages as a result of time taken off work to meet with, or talk to, law enforcement agencies, credit agencies and/or legal counsel, or to complete theft affidavits, up to a maximum payment of $500 per week for a maximum period of five weeks.

d. Loan application fees for re-applying for a loan or loans when the original application is rejected solely because the lender received incorrect credit information.

e. Reasonable attorney fees incurred, with our prior consent, up to a maximum payment of $5,000 for:

   (1) Defense of lawsuits brought against the "insured" by merchants or their collection agencies,

   (2) The removal of any criminal or civil judgments wrongly entered against an "insured", and

   (3) Challenging the accuracy or completeness of any information in a consumer credit report.

f. Charges incurred for long distance telephone calls to merchants, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual identity theft.

**Exclusions**

The following additional exclusions apply to this coverage.

We do not cover:

a. Loss arising out of business activities of any "insured".

b. "Expenses" incurred due to any fraudulent, dishonest or criminal act by an "in-

sured" or any person acting in concert with an "insured", or by any authorized representative of an "insured", whether acting alone or in collusion with others.

c. Loss other than "expenses".

**Special Deductible**

We will pay only that part of the loss that exceeds $250. No other deductible applies to identity theft coverage. This deductible applies only once per incident for "expense" incurred by an "insured" as the direct result of any one "identity theft".

**Your Duties After Loss**

In the **Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions** form, the following is added under **B. Farm Property Conditions, 3. Duties In The Event Of Loss Or Damage:**

   (9) Receipts, bills or other records that support your claim for expenses under "identity theft" coverage.

All other provisions of this policy apply.

The following is added to SECTION III - ADDITIONAL COVERAGES

7. **Lock Replacement**

   We will pay the cost to repair or replace the door locks or tumblers of your principal farm living quarters due to theft of your door keys.

   The most we will pay under this additional coverage is $2,500.

   No deductible applies to this additional coverage.

**Farm Property - Farm Personal Property Coverage Form**

1. **Silo Unloader - Broadened Coverage**

   When silo unloaders are insured under Coverage E - Scheduled Farm Personal Property or Coverage F - Unscheduled Farm Personal Property, coverage is extended to apply for the broadened Causes of Loss as defined below.

   Definitions:

   Collapse - Within this provision the term shall mean the falling, bending, or breaking of the silo unloader which causes a silo to be loosened from its foundation or to be otherwise rendered unusable.

   Falling - Within this provision, the term shall include the silo unloader dropping to the floor of the silo.

   The deductible applicable to Farm Personal Property shall apply per occurrence to losses covered by this coverage extension.

**FFP 804  04 11**
**Page 2 of 4**
Amended Complaint - Exhibit B

2. **Specified Power Failure Assumption**

When this policy insures farm produce (excluding growing or standing crops but including milk in coolers), up to $5,000 of such coverage may be applied to a loss caused by change in temperature or humidity resulting from direct physical damage sustained on the insured premises or immediately adjacent thereto by a Covered Cause of Loss applicable to produce insured under Coverage E - Scheduled Farm Personal Property or Coverage F - Unscheduled Farm Personal Property.

3. **Suffocation of Poultry and Livestock**

Subject to all other terms and conditions contained in this policy, coverage is extended to cover poultry and livestock insured under this policy against loss resulting from death caused by the mechanical breakdown or the interruption of power to the equipment controlling the temperature, atmosphere, or movement of air within the building confining the covered poultry or livestock provided that:

   a. you are maintaining, in good working condition, auxiliary power generating equipment that is sufficient to operate the equipment which controls the temperature, atmosphere, or movement of air in the buildings confining the covered poultry or livestock;

   b. the auxiliary power generating equipment functions automatically upon the interruption of power furnished by the normal source or a person is in attendance on the premises at all times to manually turn on the auxiliary power supply in the event of a power failure; and

   c. the auxiliary power generating equipment is tested at least monthly and a log is kept of the date tested and the person testing it.

The maximum that we will pay in any one occurrence is $2,000.

A separate deductible of 10% of the loss subject to a minimum deductible of $1,000 per occurrence shall apply to losses covered by this Additional Coverage.

This policy does not insure against:

   a. Loss of poultry or livestock from normal mortality, sickness or disease.

   b. Loss of poultry or livestock unless death directly results or, with prior company approval, is required because of physical injury directly received from a Covered Causes of Loss within forty-eight (48) hours of the incident of damage.

   c. Loss of market, loss of market value or loss or damage caused by delay.

   d. Loss from electrical power interruption arising out of burned out fuses, opened circuit breakers, flickering lights, low or oscillating voltage, or your neglect to maintain proper electrical installations, equipment or lines, including any consequential loss arising therefrom.

4. **Acquired Farm Personal Property**

If you

   a. Complete and file with us annually (within 30 days of the anniversary date of the policy) the Farm Personal Property Inventory sheet; and

   b. Insure 100% of the amount shown on such annual inventory, the following shall apply.

As an additional amount of insurance, up to 25% of the amount of Coverage F - Unscheduled Farm Personal Property is provided for similar property acquired after the inception of the policy or its anniversary. Such acquired farm personal property may be replacement items or newly acquired property and is subject to the Coinsurance Clause which is applicable to all property insured under Coverage F - Unscheduled Farm Personal Property. The Property Not Covered portion of Coverage F shall apply to all property including acquired farm personal property as provided by this Coverage Extension.

5. **Embryos**

If the policy provides coverage for livestock, we will pay up to $500 for loss to each unborn embryo in pregnant "recipient cattle" caused by a Covered Cause of Loss that applies to livestock, not as an additional amount of insurance, but included in the amount of insurance applying to livestock in Coverage E - Scheduled Farm Personal Property or Coverage F - Unscheduled Farm Personal Property.

We do not cover embryos:

   (1) in "recipient cattle" not covered by this policy; or

   (2) in "recipient cattle" that have not been confirmed pregnant by a veterinarian.

"Recipient cattle" means cows that have been inseminated by embryo transplant.

6. **Farm Produce and Supplies - Away From Premises**

You may apply, not as an additional amount of insurance, up to 10% of the limit of insurance for Coverage F - Unscheduled Farm Personal Property to cover farm produce and supplies while off the "insured location".

Farm produce and supplies means farm produce usually originating on a farm, including supplies, which are used in the operations of the farm.

### Farm Property - Barns, Outbuildings and Other Farm Structures Coverage Form

**1.** The following is added to Additional Coverages.

**Well Pumps**

We will pay up to $2,500 on a replacement cost basis for direct physical loss of or damage to well pumps used to service farm outbuildings and caused by a Basic Covered Cause of Loss. Coverage includes pump switch boxes, fuse boxes, control boards and any other equipment attached to the pump for its operation. This Additional Coverage does not apply if coverage is available for the loss under Coverage A - Dwelling or Coverage C - Household Personal Property.

A separate $250 deductible per occurrence shall apply to losses covered by this Additional Coverage.

**Farm Earnings and Extra Expense**

We will pay up to $5,000 the actual loss of farm earnings and the necessary extra or additional expense incurred by you to resume normal farming operations interrupted as the result of direct physical loss of or damage by a Covered Cause of Loss to Covered Property under Coverage E - Scheduled Farm Personal Property, Coverage F - Unscheduled Farm Personal Property or Coverage G - Barns, Outbuildings and Other Farm Structures.

Coverage under this Additional Coverage is not limited by the expiration of this policy. But, we will not pay loss of farm earnings or extra expense you incur after the period required for repair, rebuilding or replacement of Covered Property.

This Additional Coverage does not include loss caused by or resulting from the enforcement of any ordinance or law which require any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize, or in any way respond to, or assess the effects of "pollutants".

**Signs and Driveway Entrance Gates**

We will pay for loss to driveway entrance gates or outdoor signs related to the insured farming operation cause by a Covered Cause of Loss that applies to Coverage G - Barns, Outbuildings and Other Farm Structures.

The most we will pay is $2,500 per occurrence unless a higher Limit of Insurance is indicated in the Declarations.

A $250 deductible applies to this Additional Coverage.

POLICY NUMBER:  FAB 224492Y                                                                    **FARM**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## LIMITATIONS ON WINDSTORM OR HAIL COVERAGE FOR ROOF SURFACING

This endorsement modifies insurance provided under the following:

FARM PROPERTY - BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM
FARM PROPERTY - FARM DWELLINGS AND HOUSEHOLD PERSONAL PROPERTY COVERAGE FORM
PRIVATE GARAGES

**SCHEDULE**

| "Insured Location(s)" Number(s) | Number And Description Of Building Or Structure | Indicate Applicability (Paragraph A. And/Or Paragraph B.) |
|---|---|---|
| 001 | 001  COVERAGE G - FARM STRUCTURES | B |
| 001 | 002  COVERAGE G - FARM STRUCTURES | B |
| 001 | 003  COVERAGE G - FARM STRUCTURES | B |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.  Actual Cash Value - Windstorm Or Hail Losses To Roof Surfacing**

The following applies with respect to covered loss or damage caused by windstorm or hail to roof surfacing of a building or structure described in the Schedule and identified as being subject to this Paragraph A.  When a Dwelling at Location **1** is identified as being subject to Paragraph **A.** in the Schedule, any Private Garage shown on the Declarations is also subject to Paragraph A.:

1.  The Valuation Loss Condition applicable to Coverage **A** - Dwellings in Paragraph **B.1.** under Section I - Coverages, Coverage **A** - Dwellings of the Farm Property - Farm Dwellings And Household Personal Property Coverage Form is replaced by the provisions of Paragraph **A.3.** below; or

2.  If the Declarations indicates that covered loss or damage to covered property, other than improvements and betterments under Coverage **G** - Barns, Outbuildings And Other Farm Structures, will be covered on a replacement cost basis, the Valuation - Property Other Than Improvements And Betterments Loss Condition in Paragraph **B.3.b.** under Section I - Coverages, Coverage **G** - Barns, Outbuildings And Other Farm Structures of the Farm Property - Barns, Outbuildings And Other Farm Structures Coverage Form is replaced by the provisions of Paragraph **A.3.** below:

3.  In the event of loss or damage to roof surfacing caused by windstorm or hail, we will settle such loss or damage to roof surfacing at actual cash value as of time

of loss, but we will not pay more than the amount necessary for repair or replacement.

The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**B.  Cosmetic Damage To Roof Surfacing Caused By Windstorm Or Hail**

The following applies with respect to covered loss or damage caused by windstorm or hail to roof surfacing of a building or structure described in the Schedule and identified as being subject to this Paragraph **B.** When a Dwelling at Location **1** is identified as being subject to Paragraph **B.** in the Schedule, any Private Garage shown on the Declarations is also subject to Paragraph **B.**:

We will not pay for cosmetic damage to roof surfacing caused by windstorm or hail. For the purpose of this endorsement, cosmetic damage means that the windstorm or hail caused marring, pitting or other superficial damage that altered the appearance of the roof surfacing, but such damage does not prevent the roof from continuing to function as a barrier to entrance of the elements to the same extent as it did before the cosmetic damage occurred.

**C.**  For the purpose of this endorsement, roof surfacing refers to the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface or moisture protection, as well as roof flashing.

Includes copyrighted material of Insurance
Services Office Inc., with its permission.

FFP 818  05 19

Amended Complaint - Exhibit B

POLICY NUMBER: FAB 224492Y                                                    **FARM**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATIONS ON WINDSTORM OR HAIL COVERAGE FOR ROOF SURFACING

This endorsement modifies insurance provided under the following:

FARM PROPERTY - BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM
FARM PROPERTY - FARM DWELLINGS AND HOUSEHOLD PERSONAL PROPERTY COVERAGE FORM
PRIVATE GARAGES

**SCHEDULE**

| "Insured Location(s)" Number(s) | Number And Description Of Building Or Structure | Indicate Applicability (Paragraph A. And/Or Paragraph B.) |
|---|---|---|
| 001 | 006  COVERAGE G - FARM STRUCTURES | B |
| 001 | 007  COVERAGE G - FARM STRUCTURES | B |
| 001 | 009  COVERAGE G - FARM STRUCTURES | B |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A. Actual Cash Value - Windstorm Or Hail Losses To Roof Surfacing**

The following applies with respect to covered loss or damage caused by windstorm or hail to roof surfacing of a building or structure described in the Schedule and identified as being subject to this Paragraph A. When a Dwelling at Location 1 is identified as being subject to Paragraph A. in the Schedule, any Private Garage shown on the Declarations is also subject to Paragraph A.:

1. The Valuation Loss Condition applicable to Coverage A - Dwellings in Paragraph B.1. under Section I - Coverages, Coverage A - Dwellings of the Farm Property - Farm Dwellings And Household Personal Property Coverage Form is replaced by the provisions of Paragraph A.3. below; or

2. If the Declarations indicates that covered loss or damage to covered property, other than improvements and betterments under Coverage G - Barns, Outbuildings And Other Farm Structures, will be covered on a replacement cost basis, the Valuation - Property Other Than Improvements And Betterments Loss Condition in Paragraph B.3.b. under Section I - Coverages, Coverage G - Barns, Outbuildings And Other Farm Structures of the Farm Property - Barns, Outbuildings And Other Farm Structures Coverage Form is replaced by the provisions of Paragraph A.3. below:

3. In the event of loss or damage to roof surfacing caused by windstorm or hail, we will settle such loss or damage to roof surfacing at actual cash value as of time

of loss, but we will not pay more than the amount necessary for repair or replacement.

The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**B. Cosmetic Damage To Roof Surfacing Caused By Windstorm Or Hail**

The following applies with respect to covered loss or damage caused by windstorm or hail to roof surfacing of a building or structure described in the Schedule and identified as being subject to this Paragraph B. When a Dwelling at Location 1 is identified as being subject to Paragraph B. in the Schedule, any Private Garage shown on the Declarations is also subject to Paragraph B.:

We will not pay for cosmetic damage to roof surfacing caused by windstorm or hail. For the purpose of this endorsement, cosmetic damage means that the windstorm or hail caused marring, pitting or other superficial damage that altered the appearance of the roof surfacing, but such damage does not prevent the roof from continuing to function as a barrier to entrance of the elements to the same extent as it did before the cosmetic damage occurred.

**C.** For the purpose of this endorsement, roof surfacing refers to the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface or moisture protection, as well as roof flashing.

Includes copyrighted material of Insurance Services Office Inc., with its permission.

**FFP 818  05 19**

POLICY NUMBER: FAB 224492Y                                                    **FARM**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATIONS ON WINDSTORM OR HAIL COVERAGE FOR ROOF SURFACING

This endorsement modifies insurance provided under the following:

FARM PROPERTY - BARNS, OUTBUILDINGS AND OTHER FARM STRUCTURES COVERAGE FORM
FARM PROPERTY - FARM DWELLINGS AND HOUSEHOLD PERSONAL PROPERTY COVERAGE FORM
PRIVATE GARAGES

**SCHEDULE**

| "Insured Location(s)" Number(s) | Number And Description Of Building Or Structure | Indicate Applicability (Paragraph A. And/Or Paragraph B.) |
|---|---|---|
| 001 | 010 COVERAGE G - FARM STRUCTURES | B |
| | | |
| | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Actual Cash Value - Windstorm Or Hail Losses To Roof Surfacing**

The following applies with respect to covered loss or damage caused by windstorm or hail to roof surfacing of a building or structure described in the Schedule and identified as being subject to this Paragraph **A**. When a Dwelling at Location **1** is identified as being subject to Paragraph **A**. in the Schedule, any Private Garage shown on the Declarations is also subject to Paragraph **A**.:

**1.** The Valuation Loss Condition applicable to Coverage **A** - Dwellings in Paragraph **B.1.** under Section **I** - Coverages, Coverage **A** - Dwellings of the Farm Property - Farm Dwellings And Household Personal Property Coverage Form is replaced by the provisions of Paragraph **A.3.** below; or

**2.** If the Declarations indicates that covered loss or damage to covered property, other than improvements and betterments under Coverage **G** - Barns, Outbuildings And Other Farm Structures, will be covered on a replacement cost basis, the Valuation - Property Other Than Improvements And Betterments Loss Condition in Paragraph **B.3.b.** under Section **I** - Coverages, Coverage **G** - Barns, Outbuildings And Other Farm Structures of the Farm Property - Barns, Outbuildings And Other Farm Structures Coverage Form is replaced by the provisions of Paragraph **A.3.** below;

**3.** In the event of loss or damage to roof surfacing caused by windstorm or hail, we will settle such loss or damage to roof surfacing at actual cash value as of time

of loss, but we will not pay more than the amount necessary for repair or replacement.

The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**B. Cosmetic Damage To Roof Surfacing Caused By Windstorm Or Hail**

The following applies with respect to covered loss or damage caused by windstorm or hail to roof surfacing of a building or structure described in the Schedule and identified as being subject to this Paragraph **B**. When a Dwelling at Location **1** is identified as being subject to Paragraph **B**. in the Schedule, any Private Garage shown on the Declarations is also subject to Paragraph **B**.:

We will not pay for cosmetic damage to roof surfacing caused by windstorm or hail. For the purpose of this endorsement, cosmetic damage means that the windstorm or hail caused marring, pitting or other superficial damage that altered the appearance of the roof surfacing, but such damage does not prevent the roof from continuing to function as a barrier to entrance of the elements to the same extent as it did before the cosmetic damage occurred.

**C.** For the purpose of this endorsement, roof surfacing refers to the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface or moisture protection, as well as roof flashing.

Includes copyrighted material of Insurance Services Office Inc., with its permission.                                    **FFP 818  05 19**

Amended Complaint - Exhibit B

FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SUMP OVERFLOW AND WATER BACKUP
# FROM SEWERS OR DRAINS

This endorsement modifies insurance provided under the following:

FARM PROPERTY - FARM DWELLINGS AND HOUSEHOLD PERSONAL PROPERTY COVERAGE FORM
CAUSES OF LOSS FORM - FARM PROPERTY

### SCHEDULE *

| Loc. No. | Dwelling No. | Limit of Insurance: |
|---|---|---|
| | | |

* Information required to complete this Schedule if not shown above, will be shown in the Declarations.

**A.** We will pay for direct physical loss or damage to Covered Property covered under Coverage **A and C** and for loss of use as covered under Coverage **D,** in the Farm Property - Farm Dwellings And Household Personal Property Coverage Form, caused by or resulting from water which:

   **1.** Backs up through or overflows or is otherwise discharged from a sewer or drain; or

   **2.** Overflows or is otherwise discharged from a sump, sump pump or related equipment, even if the overflow or discharge results from mechanical breakdown of a sump pump or its related equipment.

However, with respect to **A.2.,** we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

**B.** The coverage described in **A.** does not apply to loss or damage resulting from an "insured's" failure to:

   **1.** Keep a sump pump or its related equipment in proper working condition; or

   **2.** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**C.** The most we will pay for the coverage provided under this endorsement is the Limit of Insurance shown in the Schedule.

**D. Special Deductible**

The following replaces any other deductible provision in this policy with respect to loss covered under this endorsement.

We will pay only that part of the total of all loss payable under this endorsement that exceeds $500. No other deductible applies to this coverage. This deductible does not apply with respect to Coverage **D** - Loss of Use.

**E.** With respect to the coverage provided under this endorsement, Exclusion 9. under E. **Exclusions** in the Causes Of Loss Form - Farm Property, is replaced by the following exclusion:

   **9. Water**

    **a.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

    **b.** Mudslide or mudflow; or

    **c.** Water under the ground surface pressing on, or flowing or seeping through:

      **(1)** Foundations, walls, floors or paved surfaces;

      **(2)** Basements, whether paved or not; or

      **(3)** Doors, windows or other openings; or

    **d.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **a., c.** or **d.,** or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **a.** through **d.** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

© ISO Properties, Inc., 2002

But:

(1) If any of the above, in Paragraphs **a.** through **d.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage; or

(2) If loss or damage to:

(a) Farm machinery, vehicles and equipment covered for the Special Causes of Loss; or

(b) "Livestock";

is caused by water as described in Paragraph **a.** above, this Water exclusion does not apply to such loss or damage.

F. With respect to the coverage provided under this endorsement, the following does not apply: Exclusionary provision **D.1.w.(6)** of **Section D. Covered Causes Of Loss - Special** in the Causes Of Loss Form - Farm Property.

G. This coverage does not apply if a loss occurs or is in progress within the first 30 days of the effective date of this endorsement. This 30 day period does not apply when coverage is added at the policy inception or renewal date.

**WESTFIELD**

Westfield Companies
1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

**NEW
FARM PROPERTY**

| Company providing coverage | Westfield Insurance Company | |
|---|---|---|
| Policy Number: FAB 2 244 92Y | WIC Account Number: 3770265833 | M |

| Named Insured and Mailing Address | Agency 37-04620 Prod.     000 |
|---|---|
| MERRY-WATER FARMS INC<br>CHANTEL YORK<br>PO BOX 1355<br>LAKE GENEVA WI 53147-6355 | AGRI-SERVICES AGENCY<br>PO BOX 226<br>ATHENS PA 18810-0226<br><br>Telephone  800-654-8840 |
| Policy Period: 05/01/22 TO 05/01/23 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |

### Schedule of Farm Property Coverages

**FFP604 - Reproductive Materials Coverage**

Property Covered:

Item No.  Description of Storage Tank:     Limit of Insurance

Description of Reproductive Materials Inventory:    Limit of Insurance
REPRODUCTIVE MATERIALS                              $    10,000

**FFP503 - Sump Overflow and Water Backup From Sewers or Drains**

Loc. No.    Dwelling No.    Limit of Insurance:

| 001 | 001 | $ | 5,000 |
| 001 | 002 | $ | 5,000 |
| 002 | 001 | $ | 5,000 |

**FFP 551, Recreational Vehicle Physical Damage Coverage**

| Item.No. | Make/Model | Year | Vehicle Ident. No. | | Limit of Insurance |
|---|---|---|---|---|---|
| 1 | JOHN DEERE UTV | 2012 | 1M0356AFPT5099360 | $ | 6,000 |
| 2 | JOHN DEERE UTV | 2014 | 1M0625GSAEM081890 | $ | 12,000 |
| 3 | JOHN DEERE UTV | 2016 | 1M0HP4GX015562 | $ | 14,000 |
| 4 | JOHN DEERE UTV | 2017 | 1M0825GSHAM013627 | $ | 20,000 |

**FFP 705, Farm Earnings and Extra Expense Insurance**

Limit of Insurance:    $ 2,000,000
Monthly Limitation:    1/4

Limit of Insurance

FFP 816, MILK CONTAMINATION                          $    50,000

Amended Complaint - Exhibit B

PAGE   01 OF  01        FP 70 70 (10-08)        05/26/22        ORIGINAL

**◉ WESTFIELD°**

Westfield Companies
1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

**NEW
FARM PROPERTY**

| Company providing coverage | Westfield Insurance Company | |
|---|---|---|
| Policy Number: FAB 2 244 92Y | WIC Account Number: 3770265833 | M |

| Named Insured and Mailing Address | Agency 37-04620 Prod.   000 |
|---|---|
| MERRY-WATER FARMS INC<br>CHANTEL YORK<br>PO BOX 1355<br>LAKE GENEVA WI 53147-6355 | AGRI-SERVICES AGENCY<br>PO BOX 226<br>ATHENS PA 18810-0226<br><br>Telephone 800-654-8840 |
| Policy Period: 05/01/22 TO 05/01/23 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |

### Additional Coverage A Dwellings

**Loc. No. 001**
**Additional Dwelling No. 02**

| | | Covered<br>Causes<br>of Loss: | Limit of<br>Insurance: |
|---|---|---|---|
| Coverage A. | Dwelling | Special | $   244,110 |
| Coverage C. | Household Personal Property | | NONE |
| Coverage D. | Loss of Use | | $    48,822 |

**Loc. No. 002**
**Additional Dwelling No. 01**

| | | Covered<br>Causes<br>of Loss: | Limit of<br>Insurance: |
|---|---|---|---|
| Coverage A. | Dwelling | Special | $   383,160 |
| Coverage C. | Household Personal Property | | NONE |
| Coverage D. | Loss of Use | | $    76,632 |

Amended Complaint - Exhibit B

**WESTFIELD**

Westfield Companies
1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

**NEW
FARM PROPERTY**

| Company providing coverage | Westfield Insurance Company | |
|---|---|---|
| Policy Number: FAB 2 244 92Y | WIC Account Number: 3770265833 | M |

| Named Insured and Mailing Address | Agency 37-04620 Prod. 000 |
|---|---|
| MERRY-WATER FARMS INC<br>CHANTEL YORK<br>PO BOX 1355<br>LAKE GENEVA WI 53147-6355 | AGRI-SERVICES AGENCY<br>PO BOX 226<br>ATHENS PA 18810-0226<br><br>Telephone 800-654-8840 |
| Policy Period: 05/01/22 TO 05/01/23 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |

### Coverage E - Scheduled Farm Personal Property

| Item No. | Description | Covered Causes of Loss | Limit of Insurance |
|---|---|---|---|
| 001 | 2021 CLAAS CHOPPER | Special | $ 640,000 |
| 002 | LIVESTOCK | Broad | $ 4,000,000 |

**⊙ WESTFIELD**

Westfield Companies
1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

**NEW
FARM PROPERTY**

| Company providing coverage | Westfield Insurance Company | |
|---|---|---|
| Policy Number: FAB 2 244 92Y | WIC Account Number: 3770265833 | M |

| Named Insured and Mailing Address | Agency  37-04620  Prod.    000 |
|---|---|
| MERRY-WATER FARMS INC<br>CHANTEL YORK<br>PO BOX 1355<br>LAKE GENEVA WI 53147-6355 | AGRI-SERVICES AGENCY<br>PO BOX 226<br>ATHENS PA 18810-0226<br><br>Telephone  800-654-8840 |

| Policy Period: 05/01/22 TO 05/01/23 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |
|---|---|

**Coverage F - Unscheduled Farm Personal Property**

|  | Covered<br>Causes of<br>Loss | Limit of<br>Insurance |
|---|---|---|
| Unscheduled Farm Personal Property | Special | $ 2,386,249 |
|     Machinery & Equipment | Special | |
|     Other Farm Personal Property | Broad | |

Other Property not covered under Coverage F
    COMBINES AND HARVESTERS

Amended Complaint - Exhibit B

PAGE    01 OF  01      FD 7A 06 (01-04)        05/26/22      ORIGINAL

 **WESTFIELD**

Westfield Companies
1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

**NEW
FARM PROPERTY**

| Company providing coverage | Westfield Insurance Company | |
|---|---|---|
| Policy Number: FAB 2 244 92Y | WIC Account Number: 3770265833 | M |

Named Insured and Mailing Address

MERRY-WATER FARMS INC
CHANTEL YORK
PO BOX 1355
LAKE GENEVA WI 53147-6355

Agency  37-04620 Prod.  000

AGRI-SERVICES AGENCY
PO BOX 226
ATHENS PA 18810-0226

Telephone  800-654-8840

Policy Period: 05/01/22 TO 05/01/23    at 12:01 A.M. Standard Time at your
mailing address shown above.

## COVERAGE G - FARM STRUCTURES

| Loc No. | Bldg No. | Description | Causes of Loss | DED | Rebuilding Clause | Limit of Insurance |
|---|---|---|---|---|---|---|
| 001 | 01 | MAIN DAIRY BARN W/PARLOR & EQUIPMENT | Special | $ 25,000 | N | $ 2,100,000 |
| 001 | 02 | FRESH / DRY COW BARN | Special | $ 25,000 | N | $ 250,000 |
| 001 | 03 | FREESTALL BARNS 136X372 & 104X354 | Special | $ 25,000 | N | $ 2,100,000 |
| 001 | 04 | CALF BARN 30X92 | Special | $ 5,000 | N | $ 25,000 |
| 001 | 05 | (5) BULK BINS AT $80,000 EACH | Special | $ 25,000 | N | $ 400,000 |
| 001 | 06 | FREESTALL BARN 55X235 | Special | $ 25,000 | N | $ 250,000 |
| 001 | 07 | FREESTALL BARN 110X325 | Special | $ 25,000 | N | $ 1,000,000 |
| 001 | 08 | ELECTRICAL BUILDING | Broad | $ 5,000 | N | $ 6,000 |
| 001 | 09 | SAND SEPARATOR BUILDING WITH EQUIPMENT | Special | $ 25,000 | N | $ 250,000 |
| 001 | 10 | COMMODITY BUILDING 60X90 | Special | $ 25,000 | N | $ 50,000 |

Amended Complaint - Exhibit B

PAGE  01 OF  01          FP 70 07 (01-04)          05/25/22          ORIGINAL

 **WESTFIELD**

Westfield Companies
1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

**NEW
FARM PROPERTY**

| Company providing coverage | Westfield Insurance Company | |
|---|---|---|
| Policy Number: FAB 2 244 92Y | WIC Account Number: 3770265833 | M |

| Named Insured and Mailing Address | Agency 37-04620 Prod.  000 |
|---|---|
| MERRY-WATER FARMS INC<br>CHANTEL YORK<br>PO BOX 1355<br>LAKE GENEVA WI 53147-6355 | AGRI-SERVICES AGENCY<br>PO BOX 226<br>ATHENS PA 18810-0226<br><br>Telephone  800-654-8840 |
| Policy Period: 05/01/22 TO 05/01/23 | at 12:01 A.M. Standard Time at your<br>mailing address shown above. |

### Equipment Breakdown Coverage Schedule

PART B - Equipment Breakdown is subject to the Limits of Insurance shown in the Farm Property Coverage Part Declarations except as specifically shown below.

These Coverages apply to all locations covered on the policy unless otherwise specified.

| Coverages | Limit of Insurance |
|---|---|
| Expediting Expenses | $   25,000 |
| Hazardous Substances | $   25,000 |
| Spoilage | $   25,000 |
| Computers in The "Dwelling" | $    5,000 |
| Data Restoration | $   25,000 |
| Residence Loss of Use | $    1,000 |
| Farm Earnings and Extra Expense | $  * |
| Service Interruption | $  ** |

*The most we will pay for Farm Earnings and Extra Expense loss resulting from a "Farm Business Accident" is the limit provided in the Farm Earnings and Extra Expense Insurance endorsement attached to the policy.

**The Service Interruption Limit shall not exceed the Farm Earnings and Extra Expense limit or Spoilage limit, if any, and is subject to a 24-hour deductible.

The applicable deductible shown in the Farm Property Declarations applies.

Amended Complaint - Exhibit B

**WESTFIELD®**

Westfield Companies
1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

**NEW
FARM LIABILITY DECLARATIONS**

| Company providing coverage | Westfield Insurance Company |
|---|---|

| Policy Number: FAB 2 244 92Y | WIC Account Number: 3770265833 | M |
|---|---|---|

| Named Insured and Mailing Address | Agency 37-04620 Prod. 000 |
|---|---|
| MERRY-WATER FARMS INC<br>CHANTEL YORK<br>PO BOX 1355<br>LAKE GENEVA WI 53147-6355 | AGRI-SERVICES AGENCY<br>PO BOX 226<br>ATHENS PA 18810-0226<br><br>Telephone 800-654-8840 |

| Policy Period: 05/01/22 TO 05/01/23 | at 12:01 A.M. Standard Time at your mailing address shown above. |
|---|---|

Description of Premises: See Schedule FD 70 01

Farm Liability Coverages          Limit of Insurance:  Premium:

| | | |
|---|---|---|
| General Aggregate Limit(Coverages H, I & J) | $ 2,000,000 | $ 444 |
| Fire Damage Limit(Any One Fire) | $ 500,000 | |
| Personal & Advertising Injury Limit (Per Person or Organization) | $ 1,000,000 | |
| Medical Payments(Any One Person Limit) | $ 5,000 | |
| Each Occurrence Limit(Coverages H & J) | $ 1,000,000 | |

Pollution Liability-Limited Coverage
Aggregate Limit                                $ 500,000

Optional Liability Coverages

FFL 912 All-Terrain Vehicle Coverage            $ 57

Forms and Endorsements applicable to this coverage part:

| | | | | | |
|---|---|---|---|---|---|
| FL1022 | 0903*, | FL1050 | 1006*, | FFL942 | 0613*, | FFL934 | 0106*, |
| FL1001 | 0994*, | FFL900 | 1209*, | FFL935 | 0106*, | FL0116 | 0994*, |
| FL0163 | 0903*, | FFL925 | 0104*, | FFL922 | 1006*, | IL0021 | 0908*, |
| FFL912 | 0411*, | FFL921 | 0504*, | IL7013 | 1206*. | | |

Amended Complaint - Exhibit B

FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - COMPUTER-RELATED DATE PROCESSING AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

In **Section I - Coverages**, the following Exclusion is added to Paragraph **2. Exclusions** under **Coverage H - Bodily Injury and Property Damage Liability** and to Paragraph **2. Exclusions** under **Coverage I - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of:

1. Any actual or alleged failure, malfunction or inadequacy of:

   a. Any of the following, whether belonging to any "insured" or to others:

      (1) Computer hardware, including microprocessors, or other "electronic data processing equipment" as may be defined elsewhere in this policy;

      (2) Computer application software, including "electronic media and records" as may be defined elsewhere in this policy;

      (3) Computer operating systems and related software;

      (4) Computer networks;

      (5) Microprocessors (computer chips) not part of any computer system; or

      (6) Any other computerized or electronic equipment or components; or

   b. Any other products or any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **a.** above;

   due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

2. Any advice, consultation, design, evaluation, inspection, installation, maintenance repair, replacement or supervision provided or done by or for any "insured" to determine, rectify or test for, any potential or actual problems described in Paragraph **1.** above.

© ISO Properties, Inc., 2002    **FL 10 22 09 03**

**FARM**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# EXCLUSION - SILICA OR SILICA-RELATED DUST

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM
PERSONAL LIABILITY ENDORSEMENT

A. The following exclusion is added to:

1. Paragraph **2. Exclusions** of Section I - **Coverage H - Bodily Injury And Property Damage Liability** in the Farm Liability Coverage Form; and

2. Paragraph **A.2. Exclusions** of **Coverage A - Bodily Injury And Property Damage Liability** in the Personal Liability Endorsement:

   **2. Exclusions**

   This insurance does not apply to

   **SILICA OR SILICA-RELATED DUST**

   a. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

   b. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   c. Any loss, cost or expense arising in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" (insured) or by any other person or entity.

B. The following exclusion is added to Paragraph **2. Exclusions** of Section I - Coverages, **Coverage I - Personal And Advertising Injury Liability** in the Farm Liability Coverage Form:

   **2. Exclusions**

   This insurance does not apply to:

   **SILICA OR SILICA-RELATED DUST**

   a. "Personal injury" or "advertising injury" arising , in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, con-

tact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any "insured" or by any other person or entity.

C. The following exclusion is added to Paragraph **B.2. Exclusions**, of **Coverage B - Personal Injury Liability** in the Personal Liability Endorsement:

   **2. Exclusions**

   This insurance does not apply to:

   **SILICA OR SILICA-RELATED DUST**

   a. "Personal injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

   b Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

D. The following definitions are added to **Section IV - Definitions** in the Farm Liability Coverage Form:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2005

**FL 10 50  10 06**

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# UNFOUNDED ANIMAL CRUELTY CLAIM - LIMITED DEFENSE COST COVERAGE

**IMPORTANT NOTE - THIS ENDORSEMENT PROVIDES CLAIMS MADE COVERAGE. PLEASE READ THIS ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

## SCHEDULE

| Coverage Description | Limit of Insurance | Deductible |
|---|---|---|
| "Animal Cruelty Claim" | $25,000 | $1,500 |

**1. Applicability**

We will provide reimbursement of "defense costs" you incur in the defense of an "animal cruelty claim" brought against you, subject to all the terms and conditions contained in this endorsement. We will not provide you with defense or counsel. It is your responsibility to select and retain counsel to defend any "animal cruelty claim" brought against you.

We will not provide reimbursement for any damages, settlement, or amounts you may be ordered to pay due to an "animal cruelty claim".

We will only provide reimbursement for "defense costs" if you prevail in the "animal cruelty claim" and adjudication of the proceeding concludes without a finding of guilt or liability against you. No reimbursement will be provided if you are convicted or enter a plea of guilty, admit guilt or wrongdoing, or settle for any type of consideration an "animal cruelty claim". You agree to reimburse us for any payment of "defense costs" made pursuant to this endorsement that was received prior to any conviction, guilty plea, admission of guilt or wrongdoing, or settlement for any type of consideration of any "animal cruelty claim".

**2. "Defense Costs" Reimbursement**

We will reimburse you for "defense costs" you have paid for the defense of an "animal cruelty claim" brought against you, subject to the Limit of Insurance shown in the Schedule and all other terms and conditions contained in this endorsement. The "animal cruelty claim" must be first made against you during the policy period and reported to us in accordance with the requirements set forth in this endorsement.

Our obligation to pay the reimbursement of "defense costs" applies only to the amount of "defense costs" in excess of the deductible shown in the Schedule of this endorsement. The Limit of Insurance shall not be reduced by the amount of this deductible.

All related and similar "animal cruelty claims" brought against you will be deemed to have been made at the time of the first "animal cruelty claim" that is brought against you.

**3. Other Insurance**

If any other valid and collectible insurance is available that provides coverage or defense for any "animal cruelty claim" to which this endorsement otherwise applies, then benefits provided by this endorsement shall be excess over such other insurance whether that other insurance is primary, excess, contingent or provided on any other basis.

**4. Limit of Insurance - Annual Aggregate**

The Limit of Insurance shown in the Schedule of this endorsement is the most we will reimburse you for covered "defense costs" exceeding the deductible shown in the Schedule of this endorsement, regardless of the number of:

a. Allegations of animal cruelty; or

b. Persons or organizations who incur expenses.

This Limit of Insurance is an Annual Aggregate. The Annual Aggregate is the most we will reimburse you under this endorsement for "defense costs" regardless of the number of covered claims made during the policy period.

**FFL 942  06 13**
**Page 1 of 2**
Amended Complaint - Exhibit B

5. **Duties in the Event of Animal Cruelty Claim**

We will have no duty to provide reimbursement under this endorsement unless the following duties are complied with:

a. You must provide to us as soon as practical a copy of any written notice of an "animal cruelty claim" that you reasonably believe may be subject to the "defense costs" reimbursement provided by this endorsement. Such notice must be provided to us either:

   (1) during the policy period, or

   (2) within thirty (30) days after the end of the policy period, as long as such claim is reported no later than thirty (30) days after the date such claim is first made against you.

b. You must provide us written copies of any demands, notices, summonses or any other legal papers received in con-

nection with the "animal cruelty claim"; and

c. You must provide us copies of any bills and proof of your payment of "defense costs" associated with the "animal cruelty claim".

6. **Definitions**

The following definitions, as used in this endorsement, are added:

a. "Animal cruelty claim" is defined as an allegation or claim that leads to a criminal or civil proceeding alleging the neglect or infliction of physical pain, suffering or death beyond what is considered reasonable care.

b. "Defense costs" is defined as reasonable and necessary incurred costs, legal fees, and expenses resulting solely from an "animal cruelty claim" brought against you.

**FFL 942  06 13**
**Page 2 of 2**
Amended Complaint - Exhibit B

FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - TRANSMISSIBLE SPONGIFORM ENCEPHALOPATHY

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

**A.** The following exclusion is added to **2. Exclusions** of **SECTION I, COVERAGE H - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE J - MEDICAL PAYMENTS.**

    **2.  Exclusions**

    This insurance does not apply to:

    **Transmissible Spongiform Encephalopathy**

    **(1)** "Bodily injury" or "property damage" arising directly or indirectly, in whole or in part, out of the actual, threatened, suspected or potential transmission, release, dispersal, contamination with, or presence of, any form of "Transmissible Spongiform Encephalopathy".

    **(2)** Arising out of any **injury**, damage or threatened, suspected or potential injury or damage from any supervision, instructions, warnings or advice given in connection with the marketing, sale, distribution or handling of "your product" that contains or is infected with, or is suspected of containing or being infected with any form of "Transmissible Spongiform Encephalopathy".

    **(3)** Any loss, cost or expense arising out of any:

      **(a)** Removal or disposal of feed, feed additives or animals, or of any premises or equipment items, as a result of any known or suspected connection between such items and any form of "Transmissible Spongiform Encephalopathy".

      **(b)** Inspections, surveillance costs, slaughter costs and any other costs or expenses related to, arising from or associated with any of the responses to any form of "Transmissible Spongiform Encephalopathy".

      **(c)** Any loss, cost or expense arising out of any "insured" or any other person's abatement, mitigation or removal of, testing for, medical monitoring, medical costs or cure for any form of "Transmissible Spongiform Encephalopathy".

**B.** The following is added to **2. Exclusions** of **SECTION I, COVERAGE I - PERSONAL AND ADVERTISING INJURY LIABILITY**

    **2.  Exclusions**

    This insurance does not apply to:

    **Transmissible Spongiform Encephalopathy**

    "Personal Injury" and "Advertising Injury" arising directly or indirectly, in whole or in part, out of the actual, threatened, suspected or potential transmission, release, dispersal, contamination with, or presence of, any form of "Transmissible Spongiform Encephalopathy".

This exclusion applies regardless of any other cause, event, material or product that contributes concurrently or in any sequence to the injury, damage or threatened, suspected or potential injury or damage by any "insured" or any other person or entity.

**E.** The following is added to the **SECTION IV - DEFINITIONS:**

"Transmissible Spongiform Encephalopathy", also known as prion disease, is a group of rare infectious diseases characterized by a slowly progressive, degenerative, fatal protein affecting the central nervous system of its host.

Diseases of this nature include but are not limited to:

**a.** Bovine Spongiform Encephalopathy commonly referred to as "Mad Cow Disease" (BSE);

**b.** Chronic Wasting Disease (CWD);

**c.** Scrapie;

**d.** Feline Spongiform Encephalopathy;

**e.** Transmissible Mink Encephalopathy;

**f.** Creutzfeldt-Jakob Disease or new variant Creutzfeldt-Jakob (nv-CJD);

**g.** Gerstmann-Straussler-Scheinker syndrome; and

**h.** Fatal familial insomnia.

**FFL 934  01 06**

FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - EMPLOYMENT-RELATED PRACTICES

This endorsement modifies insurance provided under the following:

> FARM LIABILITY COVERAGE FORM
> PERSONAL LIABILITY ENDORSEMENT
> FARM EMPLOYERS LIABILITY AND FARM EMPLOYEES MEDICAL PAYMENTS
>     INSURANCE ENDORSEMENT

**A.** The following exclusion is added to the Exclusions under:

   **1.** Coverage H in the Farm Liability Coverage Form;

   **2.** Coverage A in the Personal Liability Endorsement; and

   **3.** Farm Employers Liability (Section I) in the Farm Employers Liability and Farm Employees Medical Payment Insurance Endorsement:

   This insurance does not apply to "bodily injury" to:

   **a.** A person arising out of any:

      **(1)** Refusal to employ that person;

      **(2)** Termination of that person's employment; or

      **(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   **b.** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **(1)**, **(2)** or **(3)** above is directed.

   This exclusion applies:

   **a.** Whether the "insured" may be liable as an employer or in any other capacity; and

   **b.** To any obligation to share damages with or repay someone else who

must pay damages because of the injury.

**B.** The following exclusion is added to the Exclusions under:

   **1.** Coverage I in the Farm Liability Coverage Form; and

   **2.** Coverage B in the Personal Liability Endorsement:

   This insurance does not apply to "personal injury" to:

   **a.** A person arising out of any:

      **(1)** Refusal to employ that person;

      **(2)** Termination of that person's employment; or

      **(3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   **b.** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs **(1)**, **(2)** or **(3)** above is directed.

   This exclusion applies:

   **a.** Whether the "insured" may be liable as an employer or in any other capacity; and

   **b.** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1989, 1993

**FL 10 01** 09 94

*THIS PAGE INTENTIONALLY LEFT BLANK*

Amended Complaint - Exhibit B

FARM

# FARM LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section IV - Definitions.

## SECTION I - COVERAGES

### COVERAGE H - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the "insured" becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the "insured" against any "suit" seeking those damages. However, we will have no duty to defend the "insured" against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section II - Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Coverage H or I or medical expenses under Coverage J.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under the Additional Coverages.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence;" and

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no "insured" listed under Paragraph a. of Definition 11. "Insured" and no employee authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized employee knew, prior to the policy period, that the "bodily injury" or "property damage" had occurred or was occurring, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" that occurs during the policy period and was not, prior to the policy period, known to have occurred by any "insured" listed under Paragraph a. of Definition 11. "Insured" or by any employee authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" listed under Paragraph a. of Definition 11. "Insured" or any employee authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

   f. "Property damage" that is loss of use of tangible property that is not physically injured will be deemed to occur at the time of the "occurrence" that caused it.

© ISO Properties, Inc., 2005

**FFL 900  12 09**
**Page 1 of 18**
Amended Complaint - Exhibit B

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured" even if the resulting "bodily injury" or "property damage":

**(1)** Is of a different kind, quality or degree than initially expected or intended; or

**(2)** Is sustained by a different person, entity, real or personal property, than initially expected or intended.

This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property;

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the "insured" is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the "insured" would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for an "insured's" "indemnitee" shall be deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such "indemnitee" for, or for the cost of, that "indemnitee's" defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that "indemnitee" against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are claimed;

**c. Pollution**

**(1)** "Bodily injury" and "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any "insured". However, this subparagraph, **(1)(a)**, does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

**(ii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any "insured"; or

**(ii)** Any person or organization for whom you may be legally responsible;

**(d)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such "insured", contractor or subcontractor. However, this subparagraph, **(1)(d)**, does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

**(e)** At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

    **(a)** Request, demand order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or suit by or on behalf of a governmental authority;

**d.  Release Or Discharge From Aircraft**

"Bodily injury or "property damage" caused by or resulting from any substance released or discharged from an aircraft.

This exclusion does not apply to model or hobby aircraft unless used or designed to carry an operator(s), any other person(s) or cargo;

**e.  Aircraft, Motor Vehicle, Motorized Bicycle or Tricycle**

"Bodily injury" or "property damage":

**(1)** Arising out of ownership, maintenance, use or entrustment to others of any aircraft, "motor vehicle", motorized bicycle or tricycle owned or operated by or rented or loaned to any "insured". Use includes operation and "loading or unloading"; or

**(2)** Giving rise to vicarious liability, whether or not imposed by law, for the actions of a child or minor involving any aircraft, "motor vehicle", motorized bicycle or tricycle.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "occurrence" that caused the "bodily injury" or "property damage" involved the ownership, maintenance, use, or entrustment to others of any aircraft, "motor vehicle", motorized bicycle or tricycle that is owned or operated by or rented or loaned to any "insured". This exclusion does not apply to:

    **(a)** An aircraft that causes "bodily injury" or "property damage" to a "residence employee" who is not operating or maintaining it;

    **(b)** Parking a "motor vehicle" or motorized bicycle or tricycle on, or on the ways next to, premises you own or rent, provided the "motor vehicle" is not owned by, or rented or loaned to you or the "insured;"

    **(c)** A "motor vehicle" not subject to motor vehicle registration:

        **(i)** By reason of its exclusive use as a device for assisting the handicapped; or

        **(ii)** Designed for recreational use off public roads and not owned by any "insured";

    **(d)** "Bodily injury" or "property damage" arising out of:

        **(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

        **(ii)** The operation of any of the machinery listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment" (Section **IV**);

**f.  Watercraft**

"Bodily injury" or "property damage":

**(1)** Arising out of ownership, maintenance, use or entrustment to others of an excluded watercraft described below. Use includes operation and "loading or unloading"; or

**(2)** Giving rise to vicarious liability, whether or not imposed by law, for the actions of a child or minor involving an excluded watercraft described below.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "occurrence" that caused the "bodily injury" or "property damage" involved the ownership, maintenance, use, or entrustment to others of an excluded watercraft described below.

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor or are sailing vessels, whether owned by or rented to an "insured". This exclusion does not apply to watercraft:

(1) That are not sailing vessels and are powered by:

    (a) Inboard or inboard-outdrive engine or motor power of 50 horsepower or less not owned by an "insured";

    (b) Inboard or inboard-outdrive engine or motor power of more than 50 horsepower not owned by or rented to an "insured";

    (c) One or more outboard engines or motors with 25 total horsepower or less;

    (d) One or more outboard engines or motors with more than 25 total horsepower if the outboard engine or motor is not owned by an "insured";

    (e) Outboard engines or motors of more than 25 total horsepower owned by an "insured" if:

        (i) You acquire them prior to the policy period; and

            i. You declare them at policy inception; or

            ii. Your intention to insure is reported to us in writing within 45 days after you acquire the outboard motors.

        (ii) You acquire them during the policy period.

    This coverage applies for the policy period.

(2) That are sailing vessels, with or without auxiliary power:

    (a) Less than 26 feet in overall length;

    (b) 26 feet or more in overall length, not owned by or rented to an "insured".

(3) That are stored.

This exclusion does not apply to "occurrences" of "bodily injury" or "property damage":

(1) That take place on the "insured location"; or

(2) Sustained by a "residence employee" in the course of employment by an "insured";

**g. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by a "motor vehicle" owned or operated by, or rented or loaned to, any "insured"; or

(2) The use of any self-propelled land vehicle, or "mobile equipment" in, or while in practice or preparation for, a prearranged racing, speed, strength or demolition contest or in any stunting activity;

**h. Use Of Livestock Or Other Animals**

"Bodily injury" or "property damage" arising out of:

(1) The use of any livestock or other animal in, or while in practice or preparation for, a prearranged racing, speed or strength contest, or prearranged stunting activity. But this Exclusion **h.(1)** applies only to "occurrences" arising out of such contests or activities, that take place at the site designated for the contest or activity; or

(2) The use of any livestock or other animal, with or without an accessory vehicle, for providing rides to any person for a fee or for providing rides in connection with or during a fair, charitable function or similar type of event;

**i. Business Pursuits**

"Bodily injury" or "property damage" arising out of or in connection with a "business" engaged in by an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

This exclusion does not apply to an "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees.

FFL 900  12 09
Page 4 of 18
Amended Complaint - Exhibit B

But in the event of "property damage" to which this exception may apply, the person who sustains the "property damage" must be someone other than an "insured";

**j. Custom Farming**

"Bodily injury" or "property damage" arising out of the "insured's" performance of, or failure to perform, "custom farming" operations.

But this exclusion will apply only when your receipts from "custom farming" operations exceed $5,000 for the 12 months immediately preceding the date of the "occurrence";

**k. Professional Services**

"Bodily injury" or "property damage" arising out of the rendering of, or failure to render, professional services;

**l. Rental Of Premises And Ownership Or Control Of Premises**

"Bodily injury" or "property damage" arising out of:

**(1)** An act or omission in connection with any location (other than an "insured location") that is rented to, or owned or controlled by, the "insured".

The only exceptions to this exclusion are in "occurrences" of "bodily injury" or "property damage" sustained by a "residence employee" arising out of and in the course of employment by the "insured".

**(2)** The rental or holding for rental of an "insured location".

This exclusion does not apply to:

**(a)** The rental of a farm premises shown in the Declarations, provided the premises is rented for "farming" purposes and the rental commences during the present annual policy period;

**(b)** The rental of a farm premises acquired during the present annual policy period, provided the rental is for "farming" purposes;

**(c)** The rental of a residence for residential purposes, provided:

**(i)** The residence is located on a farm premises used for "farming" purposes; and

**(ii)** Such farm premises is shown in the Declarations or acquired during the present annual policy period; and

**(iii)** The rental commences during the present annual policy period;

**(d)** The occupancy of a part of your principal residence as:

**(i)** Living quarters, by no more than two roomers or boarders; or

**(ii)** An office, school, studio or private garage; or

**(e)** The occasional occupancy of your principal residence by persons using the residence exclusively as living quarters.

Exclusion 2.i. under Coverage H does not apply with respect to the coverage provided in Paragraphs (a), (b), (c), (d) or (e) above;

**m. Communicable Disease**

"Bodily injury" or "property damage" arising out of the transmission of a communicable disease by an "insured";

**n. Workers' Compensation Or Similar Law**

Any obligation of the "insured" under a workers' compensation, disability benefits or unemployment compensation law or any similar law;

**o. Employers' Liability**

"Bodily injury" sustained by:

**(1)** Any employee (other than a "residence employee") as a result of his or her employment by the "insured";

**(2)** Any "residence employee," unless the employee makes a written claim or brings "suit" no later than 36 months after the end of the policy period; or

**(3)** The spouse, child, parent, brother or sister of any employee as a consequence of "bodily injury" to that employee.

This exclusion applies whether the "insured" may be held liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

The only exceptions to this exclusion are in "occurrences" of "bodily injury" for which the "insured" has assumed liability under an "insured contract";

**p. Building Or Structure Under Construction**

"Bodily injury" arising out of any premises on which a building or structure is being constructed.

**FFL 900  12 09**
**Page 5 of 18**
Amended Complaint - Exhibit B

The only exception to this exclusion is in an "occurrence" of "bodily injury" sustained by:

(1) Persons who are not "insureds"; or

(2) "Residence employees" of an "insured" arising out of or in the course of their employment.

But this exception requires that:

(a) In the case of a building that will be used as a dwelling:

    (i) It is located on an "insured location"; and

    (ii) It is intended for occupancy by an "insured", or by an "insured's" "farm employees" or "residence employees";

(b) In the case of buildings or structures that will be used in "farming" operations, they are located on an "insured location" and intended for the use of an "insured";

**q. Bodily Injury To An Insured**

"Bodily Injury" to you or to any "insured" within the meaning of "insured" as defined in Paragraph **11.a.(1)** in Section **IV** - Definitions.

This exclusion also applies to any claim made or "suit" brought against you or any "insured" to:

(1) Repay; or

(2) Share damages with;

another person who may be obligated to pay damages because of such "bodily injury";

**r. Damage To Property**

"Property damage" to:

(1) Property you own, nor to any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Property you rent or occupy;

(3) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(4) Property loaned to you; or

(5) Personal property in the care, custody or control of the "insured".

But with respect to "custom farming", Paragraph **r.(5)** will apply only when your receipts from "custom farming" operations exceed $5,000 for the 12 months immediately preceding the date of the "occurrence";

**s. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it;

**t. Damage To Your Work**

"Property damage" to:

(1) "Your work", arising out of it or any part of it; or

(2) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

But with respect to "custom farming", Exclusion **t.** will apply only when your receipts from "custom farming" operations exceed $5,000 for the 12 months immediately preceding the date of the "occurrence";

**u. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

But with respect to "custom farming", Exclusion **u.** will apply only when your receipts from "custom farming" operations exceed $5,000 for the 12 months immediately preceding the date of the "occurrence".

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" after it has been put to its intended use;

**v. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

**FFL 900  12 09**
**Page 6 of 18**
Amended Complaint - Exhibit B

if such product, work, or property is withdrawn or recalled from the market or from use, by any person or organization, because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it;

**w.   Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse;

**x.   Controlled Substances**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician;

**y.   Personal Injury**

"Bodily injury" arising out of "personal injury";

**z.   Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information; or

**aa.  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using

military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

Exclusions **c.** through **v.** and Exclusion **aa.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner.   A separate Limit of Insurance applies to this coverage as described in Section **II** - Limits Of Insurance.

**COVERAGE  I  -  PERSONAL  AND  ADVERTISING INJURY LIABILITY**

**1.   Insuring Agreement**

**a.** We will pay those sums that the "insured" becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies.  We will have the right and duty to defend the "insured" against any "suit" seeking those damages. However, we will have no duty to defend the "insured" against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply.  We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result.  But:

**(1)** The amount we will pay for damages is limited as described in Section **II** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under Coverages **H** or **I**   or medical expenses under Coverage **J.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under the Additional Coverages.

**b.** This insurance applies to "personal injury" only if caused by an offense:

**(1)** Committed during the policy period; and

**(2)** Arising out of personal activities or out of operations usual or incidental to "farming".

**c.** This insurance applies to "advertising injury" only if caused by an offense committed during the policy period.

**2.   Exclusions**

This insurance does not apply to:

**a.** "Personal injury" or "advertising injury":

**(1) Knowing Violation Of Rights Of Another**

Caused by or at the direction of the "insured" with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury";

**(2) Material Published With Knowledge Of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the "insured" with knowledge of its falsity:

**(3) Material Published Prior To Policy Period**

Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(4) Criminal Acts**

Arising out of a criminal act committed by or at the direction of the "insured".

This exclusion does not affect our duty to defend, in accordance with Paragraph **1.a.** under Coverage I above, an "insured" prior to determining, through the appropriate legal processes, that that "insured" is responsible for a criminal act;

**(5) Contractual Liability**

For which the "insured" has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement; or

**(6) Pollution**

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

**(7) Distribution Of Material In Violation Of Statutes**

Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(a)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(b)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(c)** Any statute, ordinance or regulation, other than the TCPA or

CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information; or

**(8) War**

However caused, arising, directly or indirectly, out of:

**(a)** War, including undeclared or civil war; or

**(b)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(c)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**b.** "Personal injury:"

**(1) Business Pursuits**

Arising out of or in connection with a "business" engaged in by an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

This exclusion does not apply to an "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees; or

**(2) Civic Or Public Activities For Pay**

Arising out of civic or public activities performed for pay by the "insured".

**(3) Personal Injury To An Insured**

To you or to any "insured" within the meaning of "insured" as defined in Paragraph **11.a.(1)** in Section **IV** - Definitions.

This exclusion also applies to any claim made or "suit" brought against you or any "insured" to:

**(a)** Repay; or

**(b)** Share damages with;

another person who may be obligated to pay damages because of such "personal injury".

FFL 900  12 09
Page 8 of 18
Amended Complaint - Exhibit B

c.  "Advertising injury" arising out of:

**(1) Breach Of Contract**

A breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(2) Quality Or Performance Of Goods - Failure To Conform To Statements**

The failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(3) Wrong Quotation Or Description Of Prices**

The wrong quotation or description of the price of goods, products or services stated in your "advertisement"; or

**(4) Business Of Advertising, Broadcasting, Publishing Or Telecasting**

An offense committed by an "insured" whose "business" is advertising, broadcasting, publishing or telecasting.

d.  **Pollution-Related Loss, Cost Or Expense**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulator requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants".

## COVERAGE J - MEDICAL PAYMENTS

**1. Insuring Agreement**

a.  We will pay reasonable medical expenses incurred or medically ascertained within 3 years from the date of an accident causing "bodily injury".

We will make these payments regardless of fault.

Reasonable medical expenses means expenses incurred or ascertained for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

b.  This coverage applies only:

**(1)** To a person (other than an "insured") who is on the "insured location" with the permission of an "insured"; or

**(2)** To a person (other than an "insured") off the "insured location", provided the "bodily injury":

**(a)** Arises out of a condition on the "insured location" or the ways immediately adjoining it;

**(b)** Is caused by the activities of an "insured" or by a "farm employee" in the course of employment by an "insured";

**(c)** Is caused or sustained by a "residence employee" in the course of employment by an "insured"; or

**(d)** Is caused by an animal owned by or in the care of an "insured".

**2. Exclusions**

We will not pay expenses for "bodily injury" to:

a.  **Professional Services And Business Pursuits**

Any person injured while on the "insured location" by reason of:

**(1)** Professional services being rendered there; or

**(2)** "Business" being engaged in there. This exclusion, a.(2), applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

The only exceptions to Paragraphs a.(1) and (2) are in "occurrences" of "bodily injury" to a "residence employee";

b.  **Location Rented, Owned Or Controlled By Insured**

Any person injured due to an act or omission in connection with any location (other than an "insured location") that is owned, rented or controlled by the "insured".

The only exceptions to this exclusion are in "occurrences" of "bodily injury" sustained by a "residence employee" arising out of and in the course of employment by the "insured";

**c.  Farm Employees Or Others Maintaining The Farm**

Any "farm employee" or other person engaged in work usual or incidental to the maintenance or use of the "insured location" as a farm.

The only exceptions to this exclusion are in "occurrences" of "bodily injury" sustained by a "residence employee" or by a person on the "insured location" in a neighborly exchange of assistance for which the "insured" is not obligated to pay any money;

**d.  Workers' Compensation Or Similar Law**

Any person eligible to receive any benefits that an "insured" voluntarily provides or is required to provide under any workers' compensation, non-occupational disability or occupational disease law;

**e.  Injury To Resident**

Any person regularly residing on any part of the "insured location" or who is a resident member of your household.

The only exceptions to this exclusion are in "occurrences" of "bodily injury" to a "residence employee"; or

**f.  Coverage H Exclusions**

Any person, if the "bodily injury" is excluded under Coverage H.

**ADDITIONAL COVERAGES**

**1.  Supplementary Payments - Coverages H And I**

**a.**  We will pay, with respect to any claim we investigate or settle, or any "suit" against an "insured" we defend:

  **(1)**  All expenses we incur.

  **(2)**  Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Coverage H applies. We do not have to furnish these bonds.

  **(3)**  The cost of bonds to release attachments, but only for bond amounts within the applicable Limit of Insurance. We do not have to furnish these bonds.

  **(4)**  All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

  **(5)**  All costs taxed against the "insured" in the "suit".

  **(6)**  Prejudgment interest awarded against the "insured" on that part of the judgment we pay. If we make an offer to pay the applicable Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

  **(7)**  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable Limit of Insurance.

These payments will not reduce the Limits of Insurance.

**b.**  If we defend an "insured" against a "suit" and an "indemnitee" of the "insured" is also named as a party to the "suit", we will defend that "indemnitee" provided all of the following conditions are met:

  **(1)**  The "suit" against the "indemnitee" seeks damages for which the "insured" has assumed the liability of the "indemnitee" in a contract or agreement that is an "insured contract";

  **(2)**  This insurance applies to such liability assumed by the "insured";

  **(3)**  The obligation to defend, or the cost of the defense of, that "indemnitee", has also been assumed by the "insured" in the same "insured contract";

  **(4)**  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the "insured" and the interests of the "indemnitee";

  **(5)**  The "indemnitee" and the "insured" ask us to conduct and control the defense of that "indemnitee" against such "suit" and agree that we can assign the same counsel to defend the "insured" and the "indemnitee"; and

FFL 900  12 09
**Page 10 of 18**
Amended Complaint - Exhibit B

**(6)** The "indemnitee":

    **(a)** Agrees in writing to:

        **(i)** Cooperate with us in the investigation, settlement or defense of the "suit";

        **(ii)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

        **(iii)** Notify any other insurer whose coverage is available to the "indemnitee"; and

        **(iv)** Cooperate with us with respect to coordinating other applicable insurance available to the "indemnitee"; and

    **(b)** Provides us with written authorization to:

        **(i)** Obtain records and other information related to the "suit"; and

        **(ii)** Conduct and control the defense of the "indemnitee" in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that "indemnitee", necessary litigation expenses incurred by us and necessary litigation expenses incurred by the "indemnitee" at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **b.(2)** of the Contractual Liability Exclusion (Exclusion **2.**) under Coverage **H** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an "insured's" "indemnitee" and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**(1)** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**(2)** The conditions set forth above, or the terms of the agreement described in Paragraph **(6)** above, are no longer met.

**2. Damage To Property Of Others**

    **a.** We will pay up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

At our option, we will either:

**(1)** Pay the actual cash value of the property; or

**(2)** Repair or replace the property with other property of like kind and quality.

    **b.** But we will not pay for "property damage":

**(1)** Caused intentionally by an "insured" who is 13 years of age or older;

**(2)** To property owned by or rented to an "insured", a tenant of an "insured", or a member of your household; or

**(3)** Arising out of:

    **(a)** Professional services, or a "business" engaged in by an "insured";

    **(b)** An act or omission in connection with any premises (other than an "insured location") that are owned, rented or controlled by the "insured"; or

    **(c)** The ownership, maintenance, operation, use, or "loading or unloading" of any "motor vehicle," motorized bicycle or tricycle, farm machinery or equipment, aircraft or watercraft.

**COVERAGE EXTENSION - COVERAGES H, I AND J**

The words "you" and "your," throughout this Coverage Form, include your spouse if a resident of the same household.

**SECTION II - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the provisions below fix the most we will pay regardless of the number of:

    **a.** "Insureds";

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Damages under Coverage **H** and Coverage **I**; and

    **b.** Medical expenses under Coverage **J**.

**3.** Subject to Paragraph **2.** above, the Each Occurrence Limit is the most we will pay for the sum of:

    **a.** Damages under Coverage **H**; and

**FFL 900  12 09**
**Page 11 of 18**
Amended Complaint - Exhibit B

**b.** Medical expenses under Coverage **J**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions will be considered to be the result of one "occurrence".

Included within the Each Occurrence Limit is a special Limit of Insurance of $10,000, which is the most we will pay for all covered damages that the "insured" becomes legally obligated to pay because of statutorily imposed vicarious liability for the actions of a child or minor. However, we will not pay for those damages excluded by means of **2.e.** or **2.f.** of Section **I** - Coverage H, Exclusions.

4. Subject to the first paragraph in Paragraph **3.**, above, the Fire Damage Limit is the most we will pay under Coverage **H** for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

5. Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **I** for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

6. Subject to Paragraph **3.** above, the Medical Expense Limit is the most we will pay under Coverage **J** for all medical expenses because of "bodily injury" sustained by any one person.

The limits for this Coverage Form apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION III - FARM LIABILITY CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**LOSS CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the "insured" or of the "insured's" estate will not relieve us of our obligations under this Coverage Form.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   We have no duty to provide coverage under this policy if failure to comply with the following duties is prejudicial to us.

a. You must see to it that we are notified as soon as practicable of all "occurrences" or an offense which may result in a claim.   To the extent possible, notice should include:

   (1) How, when and where the "occurrence" or offense took place;

   (2) The names and addresses of any injured persons and witnesses; and

   (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any "insured", you must:

   (1) Immediately record the specifics of the claim or "suit" and the date received; and

   (2) Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other "insured" involved must:

   (1) Notify the police if a law may have been broken;

   (2) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   (3) Authorize us to obtain records and other information;

   (4) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   (5) At our request, assist us in the enforcement of any right against any person or organization that may be liable to the "insured" because of injury or damage to which this insurance may also apply.

d. No "insured" will, except at that "insured's" own cost, voluntarily make any payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

e. Any injured person who makes a claim for payment of medical expenses under the provisions of Coverage **J** must:

   (1) Give us written proof of claim, under oath if required, as soon as practicable;

   (2) Execute authorization to allow us to obtain copies of medical reports and records; and

**(3)** Submit to physical examination by a physician selected by us when and as often as we reasonably require.

Requirements **(1)** and **(2)** above may be carried out by a person acting on behalf of the injured person.

**f.** If loss occurs under Additional Coverage **2.** – Damage To Property Of Others, you must submit to us within 60 days after the loss, a signed, sworn proof of loss, and exhibit the damaged property, if within your control.

**3. Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**4. Legal Action Against Us**

No person or organization has a right under this Coverage Form:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an "insured"; or

**b.** To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an "insured"; but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the "insured" and the claimant or the claimant's legal representative.

**5. No Admission Of Liability With Medical Payments**

No payment we make under the provisions of Coverage J constitutes an admission of liability by any "insured" or us.

**6. Other Insurance**

This condition applies only if, in addition to the insurance provided under this Coverage Form, any "insured" has other insurance under this or any other policy covering the same obligations to pay damages and provide defense against "suits" for damages.

**a.** We will pay only the proportion of covered damages and related defense costs that the applicable Limit of Insurance under this Coverage Form bears to the total amount of all insurance providing the same coverage, in covered "occurrences" arising from any cause **except** the ownership, maintenance, use, operation or "loading or unloading" of a:

**(1)** "Motor vehicle";

**(2)** Vehicle which qualifies as "mobile equipment" only while used on premises you own or rent; or

**(3)** Watercraft.

**b.** In covered "occurrences" arising from the ownership, maintenance, use, operation or "loading or unloading" of a conveyance described in Paragraphs **(1)**, **(2)** or **(3)** above, this insurance will not apply to the extent that any collectible insurance, whether primary, excess or contingent, is available to any "insured".

**c.** If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**7. Transfer Of Rights Of Recovery Against Others To Us**

If the "insured" has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The "insured" must do nothing after loss to impair them. At our request, the "insured" will bring "suit" or transfer those rights to us and help us enforce them.

**8. Conformity With Statute**

Any provision of this Coverage Part which, on its effective date, conflicts with the statutes of the state where the "insured" resides on such date is hereby amended to conform to the minimum requirements of such statute.

**ADDITIONAL CONDITIONS**

**1. Liberalization**

If we adopt any revision that would broaden the coverage under this Coverage Form without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Form.

**2. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**FFL 900  12 09**
**Page 13 of 18**
Amended Complaint - Exhibit B

3. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Form to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each "insured" against whom claim is made or "suit" is brought.

## SECTION IV - DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your farm-related goods, products or services for the purpose of attracting customers or supporters.

2. "Advertising injury" means an injury arising out of one or more of the following offenses:

a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

b. Oral or written publication of material that violates a person's right of privacy;

c. The use of another's advertising idea in your "advertisement"; or.

d. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

3. "Bodily Injury" means bodily injury, sickness or disease sustained by a person, and includes death resulting from any of these at any time.

4. "Business" means a trade, profession, occupation, enterprise or activity, other than "farming" or "custom farming", which is engaged in for the purpose of monetary or other compensation.

5. "Custom farming" means performance of specific planting, cultivating, harvesting or similar specific "farming" operations by an "insured", at a farm that is not an "insured location", when the performance is for, and under the direction or supervision of, the owner or operator of the farm or the authorized representative of the owner or operator.

But "custom farming" does not mean:

a. Operations conducted at a premises rented to, leased to or controlled by an "insured";

b. Operations for which no compensation in money or goods is received; or

c. A neighborly exchange of services.

6. "Farm employee" means any "insured's" employee whose duties are principally in connection with the maintenance or use of the "insured location" as a farm. These duties include the maintenance or use of the "insured's" farm equipment.

But "farm employee" does not mean any employee while engaged in an "insured's" "business."

7. "Farming" means the operation of an agricultural or aquacultural enterprise, and includes the operation of roadside stands, on your farm premises, maintained solely for the sale of farm products produced principally by you. Unless specifically indicated in the Declarations, "farming" does not include:

a. Retail activity other than that described above; or

b. Mechanized processing operations.

8. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

9. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

(1) The repair, replacement, adjustment or removal of "your product" or "your work"; or

(2) Your fulfilling the terms of the contract or agreement.

10. "Indemnitee" means a person or organization whose liability for payment of damages because of "bodily injury" or "property damage" covered under this Coverage Form has been assumed by an "insured" under an "insured contract".

11. "Insured"

a. "Insured" means you, and if you are:

(1) An individual, "insured" also means the following members of your household:

(a) Your relatives;

(b) Any other person under the age of 21 who is in the care of any person specified above.

FFL 900  12 09
**Page 14 of 18**
Amended Complaint - Exhibit B

(c) A student enrolled in school full time, as defined by the school, who was a member of your household before moving out to attend school, provided the student is under the age of:

   (i) 24 and your relative; or

   (ii) 21 and in your care or the care of a person specified in (1)(a).

(2) A partnership or joint venture, "insured" also means your members and your partners and their spouses, but only with respect to the conduct of your "farming" operations.

(3) A limited liability company, "insured" also means:

   (a) Your members, but only with respect to the conduct of your "farming" operations; and

   (b) Your managers, but only with respect to their duties as your managers.

(4) An organization other than a partnership, joint venture, or limited liability company, "insured" also means:

   (a) Your executive officers and directors, but only with respect to their duties as your officers and directors; and

   (b) Your stockholders, but only with respect to their liability as stockholders.

No person or organization is an "insured" with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

b. "Insured" also means any of your employees other than either your executive officers (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts that:

(1) Cause "bodily injury", "property damage" or "personal injury" to someone other than you, your partners or members (if you are a partnership or joint venture), your members (if you are a limited liability company) or a co-employee; and

(2) Are within the scope of the employee's employment by you. The providing of professional health care services or the failure to provide

them will not be considered to be within the scope of any employee's employment by you.

c. "Insured" also means any person (other than your employee), or any organization while acting as your real estate manager.

d. "Insured" also means any person or organization:

(1) Legally responsible for animals or watercraft owned by an "insured" as defined in Paragraph a. above, but only insofar as:

   (a) The insurance under this Coverage Form applies to "occurrences" involving animals or watercraft;

   (b) That person's or organization's custody or use of the animals or watercraft does not involve "business"; and

   (c) That person or organization has the custody or use of the animals or watercraft with the owner's permission.

e. "Insured" also means any person using a vehicle on the "insured location" with your consent, provided this insurance applies to the vehicle.

12. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. That part of any other contract or agreement pertaining to your "farming" operations (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

**FFL 900  12 09**
**Page 15 of 18**
Amended Complaint - Exhibit B

Paragraph **e.** does not include that part of any contract or agreement that indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

13. "Insured location" means:

   **a.** The farm premises (including grounds and private approaches) and "residence premises" shown in the Declarations;

   **b.** The part of other premises, or of other structures and grounds, that is used by you as a residence:

   (1) Shown in the Declarations; or

   (2) Acquired by you during the present annual policy period for your use as a residence;

   **c.** Premises used by you in conjunction with the premises included in Paragraph **a.** or **b.** above;

   **d.** Any part of premises not owned by any "insured" but where an "insured" is temporarily residing;

   **e.** Vacant land owned by or rented to an "insured";

   **f.** Land, owned by or rented to an "insured", on which:

   (1) A dwelling is being constructed for occupancy by an "insured", or by an "insured's" "farm employees" or "residence employees"; or

   (2) A building or structure is being constructed for use of an "insured" in "farming" operations;

   **g.** Individual or family cemetery plots or burial vaults of an "insured";

   **h.** Any part of premises occasionally rented to any "insured" for other than "business" purposes; and

   **i.** Any farm premises (including its grounds and private approaches) that you or your spouse acquire during the present annual policy period.

14. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "motor vehicle";

   **b.** While it is in or on an aircraft, watercraft or "motor vehicle"; or

   **c.** While it is being moved from an aircraft, watercraft or "motor vehicle" to the place where it is finally delivered.

But "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "motor vehicle".

15. "Mobile equipment" means the following, including any attached machinery or equipment:

   **a.** Bulldozers, forklifts and tractors designed for use principally off public roads;

   Other farm machinery designed for use:

   (1) Principally off public roads; and

   (2) As implements for cultivating or harvesting;

   **b.** Vehicles while on premises you own or rent except those vehicles licensed for and used or designed for travel on public roads.

   **c.** Vehicles that travel on crawler treads, except that snowmobiles are "mobile equipment" only while on an "insured location" or any premises you own or rent;

   **d.** Vehicles, whether self-propelled or not, on which are permanently mounted:

   (1) Power cranes, shovels, loaders, diggers or drills; or

   (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in Paragraphs **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2) Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in Paragraphs **a.**, **b.**, **c.** or **d.** above that are maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "motor vehicles":

(1) Equipment designed primarily for:

    (a) Road maintenance, but not construction or resurfacing; or

    (b) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "motor vehicles".

16. "Motor Vehicle"

    a. As used in this Coverage Form, the term "motor vehicle" means:

    (1) A motorized land vehicle, trailer or semi-trailer:

        (a) Designed for travel on public roads; or

        (b) Used on public roads;

    unless it qualifies as "mobile equipment";

    (2) Any machinery or equipment attached to a vehicle, trailer or semi-trailer included in Paragraph (1) above;

    (3) Any motorized golf cart, except a golf cart described in Paragraph b.(3) below, snowmobile or other motorized land vehicle owned by an "insured" and designed for recreational use off public roads, while off an "insured location";

    (4) Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    (5) Any vehicle, including any attached machinery or equipment, while being towed by or carried on a vehicle included in Paragraphs (1), (2), (3) or (4) above.

    b. However, "motor vehicle" does not mean:

(1) "Mobile equipment";

(2) A boat, camp trailer, home trailer or utility trailer unless it is being towed by or carried on a motorized land vehicle included in a.(1) above; or

(3) A motorized golf cart owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground, and that at the time of an "occurrence", is within the legal boundaries of;

    (a) A golfing facility, and is parked or stored there or is being used by an "insured" to:

        (i) Play the game of golf, or for other recreational or leisure activity allowed by the facility;

        (ii) Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

        (iii) Cross public roads at designated points to gain access to other parts of the golfing facility; or

    (b) A private residential community, including its public roads upon which a motorized golf cart can legally travel, that is subject to the authority of a property owners' association and contains an "insured's" "residence premises".

17. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

18. "Personal injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    a. False arrest, detention or imprisonment;

    b. Malicious prosecution;

    c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of, a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

19. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

20. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

21. "Residence employee" means an "insured's" employee whose duties are principally in connection with the maintenance or use of the "residence premises", including household or domestic services, or who performs duties elsewhere of a similar nature not in connection with the "business" of any "insured".

22. "Residence premises" means your principal residence and the grounds and structures appurtenant to it.

"Residence premises" does not include any part or parts of a building or structure that are used for "business".

23. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are

claimed and to which the "insured" submits with our consent.

24. "Your product":

a. Means

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You; and

(b) Others trading under your name.

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include property rented to or located for the use of others by not sold.

25. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work;" and

(2) The providing of or failure to provide warnings or instructions.

**FFL 900  12 09**
**Page 18 of 18**
Amended Complaint - Exhibit B

**FARM**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - TYPE A INFLUENZA

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

A. The following is added to **2. Exclusions** of **SECTION I, COVERAGE H - BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and **COVERAGE J - MEDICAL PAYMENTS:**

**2. Exclusions**

This insurance does not apply to:

**Type A Influenza**

(1) "Bodily injury" or "property damage" arising directly or indirectly, in whole or in part, out of the actual, threatened, suspected or potential transmission, release, dispersal, contamination with, or presence of:

(a) "Type A Influenza";

(b) Exposure to influenza or to any item that is known or suspected to cause, contribute to, or enable "Type A Influenza";

(2) Arising out of any injury, damage or threatened, suspected or potential injury or damage from any supervision, instructions, warnings or advice given in connection with the marketing, sale, distribution or handling of "your product" that contains or is infected with, or is suspected of containing or being infected with any form of "Type A Influenza".

(3) Any loss, cost or expense arising out of any:

(a) Abatement, mitigation, testing for, monitoring, removal or disposal of poultry, livestock or of any premises or equipment handling poultry or livestock, as a result of any known or suspected or potential connection between the poultry, livestock and "Type A Influenza";

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for,

monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "Type A Influenza";

(c) Any loss, cost or expense arising out of any "insured" or any other person's abatement, mitigation or removal of, testing for, medical monitoring, medical costs or cure for any form of "Type A Influenza";

(d) Any obligation to share damages or repay someone else who must pay damages because of such injury or damage.

B. The following is added to **2. Exclusions** of **SECTION I, COVERAGE I - PERSONAL AND ADVERTISING INJURY LIABILITY:**

**2. Exclusions**

This insurance does not apply to:

"Type A Influenza"

"Personal Injury" and "Advertising Injury" arising directly or indirectly, in whole or in part, out of the actual, threatened, suspected or potential transmission, release, dispersal, contamination with, or presence of, any form of "Type A Influenza".

This exclusion applies regardless of any other cause, event, material or product that contributes concurrently or in any sequence to the injury, damage or threatened, suspected or potential injury or damage by any "insured" or any other person or entity.

C. The following is added to the **SECTION IV - DEFINITIONS:**

"Type A Influenza" is an infection caused by viruses which include but are not limited to variant and mutated strains, and avian flu also known as bird flu, an infectious disease of wild and domestic birds.

**FFL 935  01 06**

Amended Complaint - Exhibit B

FARM

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

**A. Coverage H - Bodily Injury And Property Damage Liability**

Under **2. Exclusions**, Exclusion **c. Pollution**, the following is added to the exceptions to Subparagraph (1)(a):

**(iii)** "Bodily injury" or "property damage" caused by heat, smoke or fumes from a fire, if the fire:

**i.** Is set by the "insured" on the "insured location"; and

**ii.** Is set for the purpose of burning off crop stubble or other vegetation and is consistent with normal and usual agricultural practice; and

**iii.** Is not set in violation of an ordinance or law.

**B. Chemical Drift Liability Coverage** is added to the Farm Liability Coverage Form as Coverage **M**, as described and limited in Paragraph **1.** through Paragraph **5.** below.

**1. Insuring Agreement**

**a.** We will pay those sums that the "insured" becomes legally obligated to pay as damages for physical injury to crops or animals if:

**(1)** The injury was caused by discharge, dispersal, release or escape into the air, from the "insured location", of the chemicals, liquids or gases that the "insured" has used in normal and usual agricultural operations; and

**(2)** The chemicals, liquids or gases entered into the air by some means other than discharge, dispersal, release or escape from aircraft.

The term physical injury does not include any indirect or consequential damages such as loss, at any time, of market for crops or animals or of use of soil or animals.

This coverage applies only to physical injury that occurs during the policy period. The physical injury must be caused by an "occurrence".

**b.** We will have the right and duty to defend the "insured" against any "suit" seeking damages for covered physical injury. However, we will have no duty to defend the "insured" against any "suit" seeking damages for physical injury to which this insurance does not apply. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described below in Paragraph **3.**, Aggregate Limit Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable Aggregate Limit of Insurance in the payment of judgments or settlements under Chemical Drift Liability Coverage.

As used in this endorsement the term "suit" means a civil proceeding in which damages because of physical injury to which this insurance applies are alleged.

"Suit" includes:

**(1)** An arbitration proceeding in which such damages are claimed and to which the "insured" must submit or does submit with our consent; and

**(2)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the "insured" submits with our consent.

**c.** No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Subitem **a.** of Item **1.** Supplementary Payments of the Additional Coverages in the Farm Liability Coverage Form.

**2. Exclusions**

Chemical Drift Liability Coverage does not apply to:

**a.** Any loss, cost or expense arising out of any:

© ISO Properties, Inc., 2002

**FL 01 63  09 03**
**Page 1 of 2**
Amended Complaint - Exhibit B

(1) Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to or assessing the effects of, chemicals, liquids or gases.

However, this paragraph does not apply to liability for damages that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**b.** Physical injury to crops or animals arising out of agricultural operations which are in violation of an ordinance or law.

**c.** Physical injury to crops or animals expected or intended from the standpoint of the "insured".

**d.** Physical injury to crops or animals for which the "insured" is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) Assumed in a contract or agreement that is an "insured contract", provided the physical injury occurs subsequent to the execution of the contract or agreement; or

(2) That the "insured" would have in the absence of the contract or agreement.

With respect to Chemical Drift Liability Coverage, Paragraph e. of the "insured contract" definition in the Farm Liability Coverage Form is deleted and replaced by the following:

**e.** That part of a contract or agreement pertaining to your "farming" operations (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay a third person or organization for physical injury to crops or animals. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

However, Paragraph e. above does not include that part of any contract or agreement that indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

**e.** Physical injury to crops or animals you own, rent or borrow.

**3.** **Aggregate Limit Of Insurance** for Chemical Drift Liability Coverage: $25,000

**a.** Our total liability for Coverage M, Chemical Drift Liability Coverage, is the Aggregate Limit of Insurance stated above, unless a different Aggregate Limit of Insurance is stated for Coverage M in the Declarations.

**b.** The stated Aggregate Limit of Insurance applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Aggregate Limit of Insurance.

**c.** Therefore, the stated Aggregate Limit of Insurance is the most we will pay for the applicable period of time as described in Paragraph **b.** above, regardless of the number of:

(1) "Occurrences";

(2) "Insureds";

(3) Claims made or "suits" brought; or

(4) Persons or organizations making claims or bringing "suits".

**4.** Section III - Farm Liability Conditions of the Farm Liability Coverage Form applies to Chemical Drift Liability Coverage.

**5.** Words and phrases that appear in quotation marks in this endorsement have meaning as defined in Section IV - Definitions of the Farm Liability Coverage Form, unless otherwise defined in this endorsement.

**FL 01 63  09 03**
**Page 2 of 2**
Amended Complaint - Exhibit B

FARM

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED WATERCRAFT LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

**LIMITED WATERCRAFT LIABILITY COVERAGE**

Exclusion **f.** is deleted and replaced by the following:

**f.** "Bodily injury" or "property damage" arising out of:

**(1)** The ownership, maintenance, use, loading or unloading of an excluded watercraft described below;

**(2)** The entrustment by an insured of an excluded watercraft described below to any person; or

**(3)** Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded watercraft described below.

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor, or are sailing vessels, whether owned by or rented to an insured. However, the following watercraft are not excluded watercraft:

**(1)** That are not sailing vessels and which are powered by:

**(a)** Engines or motors of 400 cubic centimeters or less on personal watercraft, such as jet skis, water bikes, water scooters or similar watercraft; or

**(b)** Engines or motors of 150 horsepower or less on watercraft which are not personal watercraft.

**(2)** That are sailing vessels, with or without auxiliary power, which are:

**(a)** Less than 26 feet in overall length; or

**(b)** 26 feet or more in overall length, which are not owned by or rented to an insured.

**(3)** That are stored.

© ISO Properties, Inc., 2002

**FFL 925 01 04**

FARM

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LIMITED FUNGI OR BACTERIA COVERAGE - LIABILITY

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

**SCHEDULE\***

| Fungi And Bacteria Liability Aggregate Limit   $ 50,000 |
|---|

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

A. Insurance under Coverage **H** and **J** for all damages and reasonable medical expenses arising out of a "fungi or bacteria incident" is subject to the Fungi And Bacteria Aggregate Limit described in Paragraph **B**.

B. The following is added to **Section II - Limits Of Insurance:**

The Fungi And Bacteria Aggregate Limit shown in the Schedule is the most we will pay for the sum of:

a. "Bodily injury" and "property damage" under Coverage H; and

b. Medical expenses under Coverage J because of all "bodily injury" and "property damage" arising out of all "fungi or bacteria incidents". This limit is part of, not in addition to the General Aggregate Limit described in Paragraph **2.**, and applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

The limits applicable to "bodily injury" or "property damage" arising out of any one "fungi or bacteria incident" are the Each Occurrence Limit (Paragraph **3.**), the Damage To Premises Rented To You Limit (Paragraph **4.**) and the Medical Expense Limit (Paragraph **6.**) in Section II - Limits Of Insurance of the coverage form but only if, and to the extent that, limits are available under the Fungi And Bacteria Liability Aggregate Limit.

C. "Bodily injury" or "property damage" resulting from "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption will not be deemed to have arisen out of a "fungi or bacteria incident".

D. The following exclusion is added under Paragraph **2.** of **Section I - Coverage I - Personal And Advertising Injury Liability:**

This insurance does not apply to "personal injury" arising out of a "fungi or bacteria incident", nor to any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any "insured" or by any other person or entity.

E. The following are added to **Section IV - Definitions:**

1. "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Fungi or bacteria incident" means an incident which would not have occurred, in whole or in part, but for the actual, alleged, or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including it contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

© ISO Properties, Inc., 2005

FFL 922 10 06

Amended Complaint - Exhibit B

INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

    **A.** Under any Liability Coverage, to "bodily injury" or "property damage:"

        **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

        **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

        **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

        **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material," "special nuclear material" or "by-product material."

© ISO Properties, Inc., 2007

**IL 00 21  09 08**
**Page 1 of 2**
Amended Complaint - Exhibit B

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

(a) Any "nuclear reactor;"

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "Insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 00 21  09 08
Page 2 of 2
Amended Complaint - Exhibit B

FARM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ALL-TERRAIN VEHICLE COVERAGE

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

Insurance under the Farm Liability Coverage Form is revised as follows:

1. Insurance under Section I - Coverages /Coverage H - Bodily Injury And Property Damage Liability applies to "bodily injury" and "property damage":

   a. Arising out of the ownership, maintenance, use, or "loading or unloading" of an "all-terrain vehicle" owned or operated by or rented or loaned to the "insured";

   b. Arising out of the entrustment by an "insured" to any person of an "all-terrain vehicle" owned or operated by or rented or loaned to the "insured"; or

   c. Giving rise to vicarious liability, whether or not imposed by law, for the actions of a child or minor involving an "all-terrain vehicle" owned or operated by or rented or loaned to the "insured".

2. Insurance under Section I - Coverages /Coverage J - Medical Payments applies to "bodily injury":

   a. Arising out of the ownership, maintenance, use, or "loading or unloading" of an "all-terrain vehicle" owned or operated by or rented or loaned to the "insured";

   b. Arising out of the entrustment by an "insured" to any person of an "all-terrain vehicle" owned or operated by or rented or loaned to the "insured"; or

   c. Giving rise to vicarious liability, whether or not imposed by law, for the actions of a child or minor involving an "all-terrain vehicle" owned or operated by or rented or loaned to the "insured".

3. Exclusion **2.e.** under Section I - Coverages/Coverage H - Bodily Injury And Property Damage Liability does not apply to the coverage provided under this endorsement.

4. With respect to an "all-terrain vehicle", the definition of "insured" includes any person or organization legally responsible for an "all-terrain vehicle" owned by any "insured";  it does not include a person or organization using or having custody or possession of an "all-terrain vehicle" without the permission of the owner.

5. With respect to the coverage provided under this endorsement, the following definition is added:

   "All-terrain vehicle(s)" means a motorized land vehicle with three, four, five, six or eight wheels other than a dune buggy or go-cart, designed for recreation use off public roads and equipped with balloon tires.  An "all-terrain vehicle" includes a golf cart.  An "all-terrain vehicle" does not include a snowmobile or other motorized land vehicle which operates on crawler treads.

6. This coverage does not apply to an "all-terrain vehicle":

   a. While used to carry persons for charge;

   b. While rented to others; or

   c. While being operated in, or in practice for, any prearranged or organized race, speed contest or other competition.

© ISC Properties, Inc., 2005     **FFL 912  04 11**

Amended Complaint - Exhibit B

**FARM**

---

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# POLLUTION LIABILITY - LIMITED COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

FARM LIABILITY COVERAGE FORM

**A.** **Exclusion c.** under Coverage H (Section I) is replaced by the following:

**2.** **Exclusions**

This insurance does not apply to:

**c.** **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from a storage tank, other container, duct or piping:

(i) Which is below or partially below the surface of the ground or water; or

(ii) Which, at any time, has been buried under the surface of the ground or water and then subsequently exposed by erosion, excavation or any other means;

if the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" arises at or from any premises, site or location:

(i) Which is or was at any time owned or occupied by, or rented or loaned to, any "insured"; or

(ii) On or at which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations, if the "pollutants" are brought on or to the premises, site or lo-

cation in connection with such operations by such "insured", contractor or subcontractor.

Subparagraph (a) does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from an "insured location" which is or was at any time used by or for an insured.  This subsection (b) does not apply if the discharge, dispersal, release or escape is sudden, accidental, unexpected, unintended, instantaneous and demonstrable by the "insured" as having commenced at a specific time and place, and arises out of;

(i) livestock or poultry manure produced on the "insured location"; or

(ii) manufactured fertilizers, insecticides and herbicides.

(c) At or from any premises, site or location which is or was at any time used by or for any "insured" or others for the handling, storage, disposal, processing or treatment of waste;

(d) Which are or were at any time transported, handled, stored, treated, disposed of or processed as waste by or for:

(i) Any "insured"; or

(ii) Any person or organization for whom you may be legally responsible;

---

© ISO Properties, Inc., 2002

**FFL 921 05 04**
**Page 1 of 2**
Amended Complaint - Exhibit B

(e) At or from any premises, site or location on which any "insured" or any contractors or subcontractors working directly or indirectly on any "insured's" behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of, "pollutants".

(2) "Bodily injury" or "property damage" arising out of "pollutants" actually or allegedly released, discharged or dispersed from an aircraft.

(3) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the "insured" would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or suit by or on behalf of a governmental authority.

**B. Limit Of Insurance**

With respect to "bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

1. The following is added to **Section II - Limits Of Insurance:**

Subject to the General Aggregate Limit shown in the Declarations, the Pollution Liability - Limited Coverage Aggregate Limit shown in the Declarations is the most we will pay for the sum of:

a. Damages under Coverage H; and

b. Medical expenses under Coverage J;

regardless of the number of "insureds", claims made or "suits" brought, or persons or organizations making claims or bringing "suits".

2. The Each Occurrence Limit shown in the Declarations does not apply. Therefore, Paragraph 3. of **Section II - Limits of Insurance** is deleted.

3. Paragraph 6. of **Section II - Limits of Insurance** is replaced by the following:

Subject to the Pollution Liability - Limited Coverage Aggregate Limit, the Medical Expense Limit shown in the Declarations is the most we will pay under Coverage J for all medical expenses because of "bodily injury" sustained by any one person.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - LEAD

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS COVERAGE FORM
> FARM LIABILITY COVERAGE FORM
> COMMERCIAL GENERAL LIABILITY COVERAGE FORM
> FARMOWNERS-RANCHOWNERS POLICY PERSONAL LIABILITY FORM
> OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART
> FARMER'S COMPREHENSIVE PERSONAL INSURANCE COVERAGE PART
> COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

This insurance does not apply to:

**(1)** "Bodily injury", "property damage", "personal injury" or "personal and advertising injury" arising out of lead poisoning, lead contamination or exposure to lead.

**(2)** Any loss, cost or expense arising out of any:

    **a.** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of lead; or

    **b.** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of lead.

**IL 70 13** 12 06

Amended Complaint - Exhibit B

FARM

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - MIGRANT AND SEASONAL AGRICULTURAL WORKER PROTECTION ACT

This endorsement modifies insurance provided under the following:

    FARM LIABILITY COVERAGE FORM
    FARM EMPLOYERS LIABILITY AND FARM EMPLOYEES MEDICAL PAYMENTS INSURANCE
      ENDORSEMENT
    BASIC FARM PREMISES LIABILITY ENDORSEMENT
    BROAD FARM PREMISES LIABILITY ENDORSEMENT

This insurance does not apply to damages awarded under:

**A.** The Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801 et seq.) (hereinafter "MSAWPA");

**B.** Any law, due to violation of the MSAWPA; or

**C.** Any regulation promulgated pursuant to the MSAWPA.

Copyright, Insurance Services Office, Inc., 1993

**FL 01 16 09 94**

SS02WOIT

[REDIRECT

GANNON ASSOCIATES

B 0

5205

---

**INTERLINE**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WISCONSIN CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT - RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

If this policy has been in effect for less than 60 days and is not a renewal policy, we may cancel for any reason.

If this policy has been in effect for 60 days or more or is a renewal of a policy we issued, except as provided in Paragraph **7.** below, we may cancel this policy only for one or more of the following reasons:

**a.** The policy was obtained by material misrepresentation;

**b.** There has been a substantial change in the risk we originally assumed, except to the extent that we should have foreseen the change or considered the risk in writing the policy;

**c.** There have been substantial breaches of contractual duties, conditions or warranties; or

**d.** Nonpayment of premium.

If this policy has been in effect for 60 days or more or is a renewal of a policy we issued, the notice of cancellation will state the reason for cancellation.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Anniversary Cancellation**

If this policy is written for a term of more than one year or has no fixed expiration date, we may cancel this policy for any reason by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the anniversary date of the policy. Such cancellation will be effective on the policy's anniversary date.

We may cancel this policy because of the termination of an insurance marketing intermediary's contract with us only if the notice of cancellation contains an offer to continue the policy with us if we receive a written request from the first Named Insured prior to the date of cancellation.

**C.** The following applies to the:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART

**1.** We may rescind this policy because of the following:

**a.** Misrepresentation made by you or on your behalf in the negotiation for or procurement of this Coverage Part, if the person knew or should have known that the representation was false;

© ISO Properties, Inc., 2018

**IL 02 83 11 18**
**Page 1 of 3**
Amended Complaint - Exhibit B

b. Breach of affirmative warranty made by you or on your behalf in the negotiation for or procurement of this Coverage Part;

c. Failure of a condition before a loss if such failure exists at the time of loss; or

d. Breach of a promissory warranty if such breach exists at the time of loss.

2. We may not rescind this policy:

a. For the reasons in Paragraphs **C.1.a.** and **C.1.b.** unless:

(1) We rely on the misrepresentation or affirmative warranty and the misrepresentation or affirmative warranty is either material or made with intent to deceive; or

(2) The facts misrepresented or falsely warranted contribute to the loss.

b. For the reasons in Paragraphs **C.1.c.** and **C.1.d.** unless such failure or breach:

(1) Increases the risk at the time of loss; or

(2) Contributes to the loss.

3. If we elect to rescind this policy, we will notify the first Named Insured of our intention within 60 days after acquiring knowledge of sufficient facts to constitute grounds for rescission.

D. The following are added and supersede any other provisions to the contrary:

1. **Nonrenewal**

a. If we elect not to renew this policy we will mail or deliver written notice of nonrenewal to the first Named Insured's last mailing address known to us. We may elect not to renew for any reason; the notice will state the reason for nonrenewal. We will mail or deliver the notice at least 60 days before the expiration date of this policy.

We need not mail or deliver the notice if:

(1) You have insured elsewhere;

(2) You have accepted replacement coverage;

(3) You have requested or agreed to nonrenewal of this policy;

(4) This policy is renewed in an affiliate in compliance with WIS. STAT. § 631.39; or

(5) This policy is expressly designated as nonrenewable.

b. We may refuse to renew this policy because of the termination of an insurance marketing intermediary's contract with us only if the notice of nonrenewal contains an offer to renew the policy with us if we receive a written request from the first Named Insured prior to the renewal date.

c. If you fail to pay the renewal or continuation premium by the premium due date, this policy will terminate on the policy expiration or anniversary date, if we have:

(1) Given you written notice of the renewal or continuation premium not more than 75 days nor less than 10 days prior to the due date of the premium; and

(2) Stated clearly in the notice the effect of nonpayment of premium by the due date.

2. **Anniversary Alteration**

If this policy is written for a term of more than one year or has no fixed expiration date, we may alter the terms or premiums of this policy by mailing or delivering written notice of less favorable terms or premiums to the first Named Insured's last mailing address known to us. We will mail, by first class mail, or deliver this notice at least 60 days prior to the anniversary date.

If we notify the first Named Insured within 60 days prior to the anniversary date, the new terms or premiums will not take effect until 60 days after the notice was mailed or delivered. The notice will include a statement of the first Named Insured's right to cancel. The first Named Insured may elect to cancel the policy at any time during the 60 day period, in accordance with Paragraph **1.** of the Cancellation Common Policy Condition. If the first Named Insured elects to cancel the policy during the 60 day period, return premiums or additional premium charges will be calculated proportionately on the basis of the old premiums.

IL 02 83  11 18
Page 2 of 3

Amended Complaint - Exhibit B

**3. Renewal With Altered Terms**

If we elect to renew this policy but on less favorable terms or at higher premiums, we will mail or deliver written notice of the new terms or premiums to the first Named Insured's last mailing address known to us. We will mail, by first class mail, or deliver this notice at least 60 days prior to the renewal date.

If we notify the first Named Insured within 60 days prior to the renewal date, the new terms or premiums will not take effect until 60 days after the notice was mailed or delivered. The notice will include a statement of the first Named Insured's right to cancel. The first Named Insured may elect to cancel the renewal policy at any time during the 60 day period, in accordance with Paragraph **1.** of the Cancellation Common Policy Condition. If the first Named Insured elects to cancel the renewal policy during the 60 day period, return premiums or additional premium charges will be calculated proportionately on the basis of the old premiums.

We need not mail or deliver this notice if the only change adverse to you is a premium increase that:

**a.** Is less than 25% and is generally applicable to the class of business to which this policy belongs; or

**b.** Results from a change based on your action that alters the nature or extent of the risk insured against, including but not limited to a change in the classification or the units of exposure, or increased policy coverage.

**E. Special Provision - Cancellation And Nonrenewal**

With respect to insurance provided under the Commercial Automobile Coverage Part, we will not cancel or refuse to renew Liability Coverage wholly or partially because of age, sex, residence, race, color, creed, religion, national origin, ancestry, marital status or occupation of anyone who is an insured.

**IL 02 83  11 18**
**Page 3 of 3**
Amended Complaint - Exhibit B

INTERLINE

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT - RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued.  On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© ISO Properties, Inc., 2007          **IL 00 03  09 08**

Amended Complaint - Exhibit B

**FARM**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WISCONSIN CHANGES

This endorsement modifies insurance provided under the following:

FARM COVERAGE PART

**A.** The **Ordinance Or Law** Exclusion in the:

1. Causes Of Loss - Farm Property; and

2. Causes Of Loss - Earthquake Form;

does not apply to the total loss or construc-tive total loss of the "dwelling" you occupy.

**B.** The following applies only to "dwellings" covered under Coverage **A** - Dwellings in the Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form.

Under the Loss Condition - Valuation in **B.** Coverage **A** Conditions in the Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form:

1. The last paragraph under **1.b.(3)** and **1.d.** is replaced by the following:

   The cost of repairs or replacement does not include the increased cost attribut-able to enforcement of any ordinance or law regulating the construction, use or repair of any property, except in the event of the total loss or constructive total loss of the "dwelling" you occupy;

2. Paragraph **1.c.(2)** is replaced by the fol-lowing:

   (2) A proportion of the cost to repair or replace the damaged part of the structure, without deduction for de-preciation.    This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.  The cost of repairs or replacement does not include the increased cost attribut-able to enforcement of any ordi-nance or law regulating the construction, use or repair of any property, except in the event of the total loss or constructive total loss of the "dwelling" you occupy; and

3. The following provision is added to Par-agraph **1. Property:**

   **e.** When this Coverage Part insures real property in Wisconsin which is owned and occupied by you prima-rily as a "dwelling" and the property is wholly destroyed, we will pay the Limit of Insurance that applies to such property.

**C.** The **Intentional Loss** Exclusion in the Causes Of Loss Form - Farm Property, Mobile Agri-cultural Machinery And Equipment Coverage Form and Livestock Coverage Form is re-placed by the following:

**INTENTIONAL LOSS**

1. We will not pay for loss ("loss") or dam-age arising out of any act committed:

   **a.** By or at the direction of any "in-sured"; and

   **b.** With the intent to cause a loss ("loss").

2. However, this exclusion will not apply to deny coverage to an "insured" who did not cooperate in or contribute to the cre-ation of the loss ("loss"), provided the loss ("loss") is otherwise covered under this Coverage Part and:

   **a.** The loss ("loss") arose out of an act or pattern of abuse or domestic abuse; and

   **b.** The perpetrator of the loss ("loss") is criminally prosecuted for the act or acts causing the loss ("loss").

3. If we pay a claim pursuant to Paragraph **C.2.,** our payment to the innocent "in-sured" is limited to that "insured's" own-ership interest in the property less any payments we first made to a mortgagee or other party with a legal secured inter-est in the property.  In no event will we pay more than the Limit of Insurance.

**D.** The **Legal Action Against Us Condition** in the:

1. Farm Liability Coverage Form does not apply.

2. Farm Property - Other Farm Provisions Form - Additional Coverages, Conditions, Definitions is replaced by the following:

© ISO Properties, Inc., 2003

**FP 01 48 09 03**
**Page 1 of 3**
Amended Complaint - Exhibit B

No one may bring action against us under this insurance unless the action is brought within 2 years after the date on which the direct physical loss or damage occurred.

E. The:

    **1. Concealment, Misrepresentation Or Fraud** General Condition in the:

        **a.** Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions;

        **b.** Mobile Agricultural Machinery And Equipment Coverage Form; and

        **c.** Livestock Coverage Form; and

    **2. Representations** Additional Condition in the Farm Liability Coverage Form;

    are replaced by the following:

        **a.** No misrepresentation and no breach of affirmative warranty made by you or on your behalf in the negotiation for or procurement of this policy affects our obligations unless, if a misrepresentation, the person knew or should have known that the representation was false, and unless:

            **(1)** We reply on the misrepresentation or affirmative warranty and the misrepresentation or affirmative warranty is either material or made with intent to deceive; or

            **(2)** The facts misrepresented or falsely warranted contribute to the loss.

        **b.** No failure of a condition before a loss and no breach of a promissory warranty affects our obligation under this policy unless such failure or breach exists at the time of loss and either:

            **(1)** Increases the risk at the time of loss; or

            **(2)** Contributes to the loss.

**F.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Loss Condition in the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form:

If we pay an "insured" for a loss ("loss") described in Paragraph **C.2.**, the rights of the "insured" to recover damages from the perpetrator are transferred to us to the extent of our payment. Following the loss ("loss"),

the "insured" may not waive such rights to recover against the perpetrator.

We will be entitled to a recovery only after you have been fully compensated for damages.

**G.** In the Causes Of Loss Form – Farm Property, under **A. Covered Causes of Loss,** items which provide that a cause of loss does not apply if the "dwelling", "insured location", building or structure has been "vacant" for more than 30 consecutive days are revised to replace 30 consecutive days with 60 consecutive days.

**H.** The following are added:

    **1. Knowledge And Acts Of Agents**

        **a.** If any of our agents knows any fact that breaches a condition of this policy, we will be considered to know it also if that fact:

            **(1)** Is known to the agent at the time the policy is issued or an application made; or

            **(2)** Later becomes known to the agent in the course of his or her dealings as an agent with you.

        **b.** Any fact that breaches a condition of this policy and is known to the agent before the loss will not:

            **(1)** Void this policy; or

            **(2)** Prevent a recovery in the event of loss.

    **2. Conformity To Statute Or Rule**

        Any provision of this Coverage Part (including endorsements which modify the Coverage Part) that is in conflict with a Wisconsin statute or rule is hereby amended to conform to that statute or rule.

        The term rule means a valid rule promulgated by the Commissioner of Insurance in accordance with the rule-making authority conferred under Wis. Stat. Ann. Sec. 227.11(2) and published in the Wisconsin Administrative Code.

**I.** The following loss settlement provisions are added to the **Loss Payment** Loss Condition in the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions. These provisions apply to all real property covered under the Farm Property – Farm Dwellings, Appurtenant Structures and Household Personal Property Coverage Form and Farm Property – Barns, Outbuildings and Other Farm Structures Coverage Form **except** a one- or two-family dwelling that you occupy as your principal residence:

**FP 01 48 09 03**
**Page 2 of 3**

Amended Complaint - Exhibit B

g. If a municipality, which is a first class city, has elected to apply the provisions of Wis. Stat. Ann. Secs. 632.10 through 632.104, a part of our payment for fire or explosion loss or damage to your covered real property in that municipality will be withheld if the loss or damage is subject to these provisions.

(1) The withheld amount will be paid in accordance with the law, to the following:

(a) The municipality where the covered property is located;

(b) You and any other interest named in the Declarations; or

(c) The mortgageholder, if any.

However, we will not pay more than the amount of loss payable under this policy.

(2) Within 10 days after withholding the required amount, we will give written notice of the withholding to the following:

(a) The building inspection official of the municipality where the covered property is located;

(b) You;

(c) Any mortgageholder and any other lienholder who has an existing lien against the property and is named in the Declarations; and

(d) The court in which judgment was entered if the final settlement was determined by judgment.

(3) We will not be liable in any cause of action, nor may any liability be imposed on us, arising from the payment, withholding or transferring of all of any portion of a final settlement in accordance with Wis. Stat. Ann. Secs. 632.10 through 632.104.

J. The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Loss Condition in the Farm Liability Coverage Form:

We will be entitled to a recovery only after the "insured" has been fully compensated for damages.

FP 01 48 09 03
**Page 3 of 3**
Amended Complaint - Exhibit B

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statues, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 00 17 11 98

Amended Complaint - Exhibit B

FILED
02-11-2026
Walworth County
Clerk of Circuit Court
2025CV000345

STATE OF WISCONSIN    CIRCUIT COURT    WALWORTH COUNTY

MERRY-WATER FARMS, INC.,

    Plaintiff,                                        Case No. 2025-CV-345

v.

AGRI-SERVICES AGENCY, LLC,
GREAT AMERICAN ALLIANCE INSURANCE CO., and
WESTFIELD INSURANCE COMPANY,

    Defendants.

## ADMISSION OF SERVICE

The undersigned attorney for Defendant, Great American Alliance Insurance Company, hereby admits, pursuant to Wis. Stat. § 801.10(4)(c), that on February 9, 2026, Great American Alliance Insurance Company received an authenticated copy of the Amended Summons and Complaint (Dkt. 33) filed by the Plaintiff on January 13, 2026 in the above-captioned and numbered civil action.

The parties further stipulate and agree that Great American Alliance Insurance Company shall have until March 26, 2026 to answer or otherwise respond to the Amended Complaint.

    Dated this 10th day of February, 2026.

                  Meissner Tierney Fisher & Nichols S.C.


                  *Electronically signed by Caleb R. Gerbitz*
                  Caleb R. Gerbitz, SBN 1122558
                  Attorneys for Great American Alliance
                    Insurance Company
                  111 E. Kilbourn Ave., 19th Fl.
                  Milwaukee, WI 53202
                  Tel: 414-273-1300
                  crg@mtfn.com

EXHIBIT
F

# Walworth County Case Number 2025CV000345 Merry-Water Farms, Inc vs. AGRI-SERVICES AGENCY et al

## Case summary

| **Filing date** | **Case type** | **Case status** |
|---|---|---|
| 05-02-2025 | Civil | Open - Electronic filing |

| **Class code description** | **Responsible official** | **Branch ID** |
|---|---|---|
| Money Judgment | Johnson, Daniel S. | 2 |

### Party summary

| Party type | Party name | Party status |
|---|---|---|
| Plaintiff | Merry-Water Farms, Inc | |
| Defendant | AGRI-SERVICES AGENCY | |
| Defendant | Wollenberg, Jordan | Dismissed |
| Defendant | ABC Insurance Company | |
| Defendant | Great American Alliance Insurance Co. | |
| Defendant | Westfield Insurance Company | |

## Parties

### Plaintiff: Merry-Water Farms, Inc

| **Date of birth** | **Sex** | **Race** |
|---|---|---|
| | | |

**Address (last updated 05-02-2025)**
N1240 Hillside Road, Lake Geneva, WI 53147 US

### Attorneys

| Attorney name | Guardian ad litem | Entered | Withdrawn |
|---|---|---|---|
| Dassow, Adam J | No | 05-02-2025 | 10-06-2025 |
| Barraza, Adam F | No | 09-15-2025 | |

EXHIBIT
G

**Defendant: AGRI-SERVICES AGENCY**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 05-02-2025)**
5001 Brittonfield Parkway, East Syracuse, NY 13057 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered | Withdrawn |
|---|---|---|---|
| Vescio, Michael R | No | 06-16-2025 | 02-16-2026 |
| Cohen, Michael J. | No | 02-11-2026 | |
| Gerbitz, Caleb R | No | 02-11-2026 | |

**Defendant: Wollenberg, Jordan - Dismissed**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 05-02-2025)**
687 W. Main Street, Evansville, WI 53536 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Vescio, Michael R | No | 06-16-2025 |

**Defendant: ABC Insurance Company**

| Date of birth | Sex | Race |
|---|---|---|

**Address**

**Defendant: Great American Alliance Insurance Co.**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 01-15-2026)**
119 East Court Street, Cincinnati, OH 45202 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Cohen, Michael J. | No | 02-11-2026 |
| Gerbitz, Caleb R | No | 02-11-2026 |

**Defendant: Westfield Insurance Company**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 01-15-2026)**
One Park Circle, Westfield Center, OH 44251 US

---

## Court activities

| Date | Time | Location | Description | Type | Court official |
|---|---|---|---|---|---|
| 04-10-2026 | 10:30 am | Walworth County Judicial Center - Room 3040 | Scheduling conference | Court | Johnson, Daniel S. |

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 02-16-2026 | Order | Johnson, Daniel S. | | |

**Additional text:**

Order for Substitution of Counsel

| Date | Event | | | |
|---|---|---|---|---|
| 02-11-2026 | Proposed Order | | | |

**Additional text:**

Proposed - Order for Substitution of Counsel

| 02-11-2026 | Motion | | | |
|---|---|---|---|---|

**Additional text:**

Motion for Substitution of Counsel

| 02-11-2026 | Admission of service | | | |
|---|---|---|---|---|

**Additional text:**

Admission of Service on Defendant Great American Alliance Insurance Co

| 02-11-2026 | Electronic Notice Update | | | |
|---|---|---|---|---|
| 02-11-2026 | Electronic Notice Update | | | |
| 02-10-2026 | Notice of retainer | | | |

**Additional text:**

Attorney Michael J Cohen

| 02-10-2026 | Notice of retainer | | | |
|---|---|---|---|---|

**Additional text:**

Attorney Caleb Gerbitz

| 01-15-2026 | Notice of hearing | | | |
|---|---|---|---|---|

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | Scheduling conference on April 10, 2026 at 10:30 am. | | | |
| 01-15-2026 | Telephone scheduling conference | Johnson, Daniel S. | Boss, Rhonda | |

**Additional text:**

9:37 AM Case called off the record for scheduling.

Attorney Adam F Barraza appeared by phone for Merry-Water Farms, Inc.  Atty Erica Walberg for  Attorney Michael R Vescio appeared by phone for AGRI-SERVICES AGENCY.
Atty Barraza makes statement requests scheduling conference be adjourned
Atty Walberg makes statement
Atty Barraza requests 90 days out.
Court grants request for 90 days.
Discussion regarding scheduling.
Nothing further by the parties.
9:43am adjourned.
Scheduling conference scheduled for April 10, 2026 at 10:30 am.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 01-13-2026 | Amended summons and complaint | | | |
| 01-02-2026 | Party dismissed for Wollenberg, Jordan | Johnson, Daniel S. | | |
| 01-02-2026 | Order for dismissal | Johnson, Daniel S. | | |

**Additional text:**

Order for Partial Dismissal - Jordan Wollenberg

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 12-18-2025 | Proposed Order | | | |
| 12-18-2025 | Stipulation | | | |
| 11-18-2025 | Telephone scheduling conference | Scholtz, Estee | | |

**Additional text:**

8:47am Case not called on the record

Attorney Adam F Barraza appeared by phone for Merry-Water Farms, Inc.
Attorney Michael R Vescio appeared by phone for AGRI-SERVICES AGENCY and Jordan Wollenberg.

Court reviewed the scheduling questionnaire filed by Defense
Statement by Atty Barraza, Plaintiff will be filing an amended complaint to bring in another insurance company

Court will set an adjourned telephone scheduling conference in appprox. 60 days
Telephone scheduling conference scheduled for January 15, 2026 at 09:30 am.

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 11-18-2025 | Notice of hearing | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | Telephone scheduling conference on January 15, 2026 at 09:30 am. | | | |
| 10-06-2025 | Electronic Notice Update | | | |
| 10-06-2025 | Order | Johnson, Daniel S. | | |
| | **Additional text:** | | | |
| | Order for Withdrawal of Counsel | | | |
| 09-25-2025 | Proposed Order | | | |
| | **Additional text:** | | | |
| | for Withdrawal of Counsel | | | |
| 09-25-2025 | Notice of motion, motion | | | |
| | **Additional text:** | | | |
| | for Withdrawal of Counsel | | | |
| 09-16-2025 | Notice of hearing | | | |
| | **Additional text:** | | | |
| | Telephone scheduling conference on November 18, 2025 at 08:45 am. | | | |
| 09-15-2025 | Letters/correspondence | | | |
| | **Additional text:** | | | |
| | Attorney Barraza letter to Judge Johnson regarding adjournment of scheduling conference | | | |
| | BTC: "Approved." DSJ 9/16/25 | | | |
| 09-15-2025 | Notice of retainer | | | |
| 09-15-2025 | Electronic Notice Update | | | |
| 09-11-2025 | Jury fee paid | | | $72.00 |
| | **Additional text:** | | | |
| | Adjustment Number: 25A 299493, | | | |
| | Payable Number: 303884, | | | |
| | Receipt Number: 25R 018072, | | | |
| | Amount: $72.00 | | | |
| 09-11-2025 | Jury demand | | | |
| | **Additional text:** | | | |
| | with Payment of Fee (12 Person) | | | |
| 09-11-2025 | Scheduling data sheet | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | Scheduling Questionnaire Completed by Defendant's Attorney - Michael Vescio | | | |
| 08-28-2025 | Notice of hearing | | | |
| | **Additional text:** | | | |
| | Telephone scheduling conference on September 16, 2025 at 10:45 am. | | | |
| 08-11-2025 | Order | Johnson, Daniel S. | | |
| | **Additional text:** | | | |
| | Order for Scheduling Information with Scheduling Questionnaire | | | |
| 08-04-2025 | Notice of hearing | | | |
| | **Additional text:** | | | |
| | Telephone scheduling conference on September 16, 2025 at 08:45 am. | | | |
| 06-16-2025 | Answer and affirmative defense | | | |
| | **Additional text:** | | | |
| | Defendants Jordan Wollenberg and Agri-Services Agency, LLC's Answer and Affirmative Defenses to Plaintiff's Complaint | | | |
| 06-16-2025 | Notice of retainer | | | |
| | **Additional text:** | | | |
| | Attorney Michael Vescio | | | |
| 06-16-2025 | Electronic Notice Update | | | |
| 06-16-2025 | eFiled Document Fee Paid | | | $35.00 |
| | **Additional text:** | | | |
| | Adjustment Number: 25A 187627, Payable Number: 300661, Receipt Number: 25R 011998, Amount: $35.00 | | | |
| 05-13-2025 | Affidavit/Declaration of Service | | | |
| | **Additional text:** | | | |
| | as to Agri-Services Agency on 05/05/25 at 1:06 pm; Summons & Complaint | | | |
| 05-09-2025 | Affidavit/Declaration of Service | | | |
| | **Additional text:** | | | |
| | as to Jordan Wollenberg, on 5/7/25, with Summons and Complaint | | | |
| 05-02-2025 | Filing fee paid | | | $300.50 |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | Adjustment Number: 25A 149867, | | | |
| | Payable Number: 299055, | | | |
| | Receipt Number: 25R 008763, | | | |
| | Amount: $300.50 | | | |
| | | | | |
| 05-02-2025 | Case initiated by electronic filing | | | |
| 05-02-2025 | Summons and complaint | | | |